1  Ruffin B. Cordell (Admission pro hac vice pending/cordell@fr.com)
   Linda Liu Kordziel (Admission pro hac vice pending/kordziel@fr.com)
2  Timothy W. Riffe (Admission pro hac vice pending/riffe@fr.com)
   FISH & RICHARDSON P.C.
3  1425 K Street, N.W., 11th Floor
   Washington, DC 20005
4  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
5
   Katherine D. Prescott (SBN 215496/prescott@fr.com)
6  Fish & Richardson P.C.
   500 Arguello Street, Suite 500
7  Redwood City, CA 94063
   Telephone: (650) 839-5070
8  Facsimile: (650) 839-5071
9  David E. Killough (SBN 110719/davkill@microsoft.com)
   MICROSOFT CORPORATION
10 One Microsoft Way
   Redmond, WA 98052-6399
11 Telephone: (425) 703-8865
   Facsimile: (425) 869-1327
12
   Attorneys for Plaintiff
13 MICROSOFT CORPORATION

14                                                          **RS**

15

16              UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA      **3666**
                        CV 08

18

19 MICROSOFT CORPORATION,              Case No.

20            Plaintiff,               **COMPLAINT FOR PATENT
                                       INFRINGEMENT**
21     v.

22 PRIMAX ELECTRONICS LTD.,            DEMAND FOR JURY TRIAL

23            Defendant.

24

25

26

27

28

FILED

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## I.    COMPLAINT

Plaintiff Microsoft Corporation, by and through the undersigned attorneys, hereby files this Complaint against Primax Electronics Ltd., requesting damages and injunctive relief based upon its personal knowledge as to its own facts and circumstances, and based upon information and belief as to the facts and circumstances of others.

## II.    PARTIES

1.    Plaintiff Microsoft Corporation ("Microsoft") is a Washington corporation having a principal place of business at One Microsoft Way, Redmond, Washington 98052.

2.    On information and belief, Defendant Primax Electronics Ltd. ("Primax" or "Defendant") is a Taiwanese corporation having a principal place of business at No. 669, Ruey Kung Road, Neihu Taipei, Taiwan, R.O.C.

3.    On information and belief, Polaris Electronics, Inc. ("Polaris") is a California corporation located at 7020 Koll Center Pkwy, Suite 136, Pleasanton, CA 94566, and is a sales and marketing office and/or agent of Primax.

## III.    JURISDICTION AND VENUE

4.    This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.  The technology at issue generally involves computer peripheral products, such as keyboards and point-and-click (commonly referred to as mouse) products.

5.    This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) because the action concerns a federal question arising under the patent laws of the United States, including 35 U.S.C. § 271.

6.    This Court has personal jurisdiction over Primax because Primax transacts business and committed acts arising out of said transaction of business in California and because Primax has sufficient minimum contacts with California to render the exercise of jurisdiction over Primax compatible with due process.  This Court has personal jurisdiction over Primax because Primax placed its infringing products in established distribution channels resulting in a regular and

1

1  anticipated flow of infringing products to California and/or because Primax committed acts

2  purposefully directed toward California.

3      7.    Primax has committed and caused acts of patent infringement within California,

4  including placing infringing products into the stream of commerce under circumstances such that

5  Primax reasonably should have anticipated being subject to suit in this judicial district.  On

6  information and belief, Primax has intentionally and/or purposefully used established distribution

7  channels for computer products, including nationwide retailers (e.g., Best Buy), in order to sell,

8  cause to be sold, offer for sale and/or cause to be offered for sale computer peripheral products,

9  such as keyboards and mice, within the United States including the California market.  Further, on

10  information and belief, Primax maintains a sales and marketing office and/or agent, Polaris, in

11  California for serving the United States market, including the market in this judicial district.

12      8.    Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b) because

13  Defendant has committed acts of infringement and is subject to personal jurisdiction in this judicial

14  district.

15  **IV.    INTRA-DISTRICT ASSIGNMENT**

16      9.    Pursuant to Civ. L.R. 3-2(c), this matter is assignable on a district-wide basis.

17  **V.    BACKGROUND**

18      10.   Microsoft is a global technology company that designs, develops, manufactures and

19  supports a wide range of software and hardware products, including various peripheral devices, for

20  a variety of different applications.  Microsoft has developed technology that allows a peripheral

21  device to be used with both universal serial bus (USB) and PS2 interfaces and technology that has

22  improved the performance and ease of use of peripheral devices.

23      11.   On information and belief, Primax offers a broad selection of peripheral devices,

24  including Dynex®-brand and Rocketfish™-brand products.

25      12.   Microsoft is the owner by valid assignment of the entire right, title, and interest in

26  and to U.S. Patent No. 6,460,094 ("the '094 Patent"), which is entitled "Peripheral Device

27  Configured to Detect the Type of Interface to which it is Connected and Configuring Itself

28  Accordingly" and issued on October 1, 2002.  The '094 Patent issued from U.S. Patent Application

2

1  No. 09/112,171, filed July 8, 1998. The '094 identifies Mark T. Hanson, Lord Nigel Featherston,

2  Nathan C. Sherman, Victor P. Drake, Keith Mullins and David L. Holo as the inventors. The '094

3  Patent is attached hereto as Exhibit A.

4      13.     Microsoft is the owner by valid assignment of the entire right, title, and interest in

5  and to U.S. Patent No. 6,795,949 ("the '949 Patent"), which is entitled "Method and Apparatus for

6  Detecting the Type of Interface to which a Peripheral Device is Connected" and issued on

7  September 21, 2004. The '949 Patent issued from U.S. Patent Application No. 10/260,188, filed

8  September 30, 2002, which is a continuation of Application No. 09/112,171, filed on July 8, 1998,

9  now the '094 Patent. The '949 Patent identifies Mark T. Hanson, Lord Nigel Featherston, Nathan

10  C. Sherman, Victor P. Drake, Keith Mullins and David L. Holo as the inventors. The '949 Patent is

11  attached hereto as Exhibit B.

12      14.     Microsoft is the owner by valid assignment of the entire right, title, and interest in

13  and to U.S. Patent No. 5,414,445 ("the '445 Patent"), which is entitled "Ergonomic Pointing

14  Device" and issued on May 9, 1995. The '445 Patent issued from U.S. Patent Application No.

15  957,682, filed October 7, 1992. The '445 Patent identifies Steven T. Kaneko and Aditha M. Adams

16  as the inventors. The '445 Patent is attached hereto as Exhibit C.

17      15.     Microsoft is the owner by valid assignment of the entire right, title, and interest in

18  and to U.S. Patent No. 7,199,785 ("the '785 Patent"), which is entitled "Input Device Including a

19  Wheel Assembly for Scrolling an Image in Multiple Directions" and issued on April 3, 2007. The

20  '785 Patent issued from U.S. Patent Application No. 11/193,460, filed August 1, 2005. The '785

21  Patent identifies Carl J. Ledbetter, Daan Lindhout, Aditha Adams, Hugh E. McLoone, Timothy

22  Michael Muss, James Y. Koo, and Gino Garcia as the inventors. The '785 Patent is attached hereto

23  as Exhibit D.

24      16.     Microsoft is the owner by valid assignment of the entire right, title, and interest in

25  and to U.S. Patent No. 7,187,358 ("the '358 Patent"), which is entitled "Input Device Including a

26  Wheel Assembly for Scrolling an Image in Multiple Directions" and issued on March 6, 2007. The

27  '358 Patent issued from U.S. Patent Application No. 11/193,483, filed August 1, 2005. The '358

28  Patent identifies Carl J. Ledbetter, Daan Lindhout, Aditha Adams, Hugh E. McLoone, Timothy

3

COMPLAINT FOR PATENT INFRINGEMENT

1   Michael Muss, James Y. Koo, and Gino Garcia as the inventors. The '358 Patent is attached hereto
2   as Exhibit E.

3   17.    Microsoft is the owner by valid assignment of the entire right, title, and interest in
4   and to U.S. Patent No. 7,068,257 ("the '257 Patent"), which is entitled "Imaging Lens with Integral
5   Light Source Holder" and issued on June 27, 2006. The '257 Patent issued from U.S. Patent
6   Application No. 10/417,173, filed April 17, 2003. The '257 Patent identifies David D. Bohn as the
7   inventor. The '257 Patent is attached hereto as Exhibit F.

8   18.    Microsoft is the owner by valid assignment of the entire right, title, and interest in
9   and to U.S. Patent No. 6,531,692 ("the '692 Patent"), which is entitled "Optical Coupling Assembly
10  for Image Sensing Operator Input Device" and issued on March 11, 2003. The '692 Patent issued
11  from U.S. Patent Application No. 09/273,899, filed March 22, 1999. The '692 Patent identifies
12  Manolito E. Adan, Mark W. Casebolt, Erik G. von Fuchs, and Suresh Venkat as the inventors. The
13  '692 Patent is attached hereto as Exhibit G.

14  19.    As set forth above, Microsoft is the owner of the '094 Patent, the '949 Patent, the
15  '445 Patent, the '785 Patent, the '358 Patent, the '257 Patent and the '692 Patent, and Microsoft has
16  the right to bring the present action.

17  **VI.     COUNT I: INFRINGEMENT OF UNITED STATES PATENT NO. 6,460,094**

18  20.    The foregoing paragraphs 1-19 of this Complaint are incorporated herein as though
19  fully set forth.

20  21.    On information and belief, Defendant has infringed and continues to infringe the
21  '094 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the
22  United States, or importing into the United States, products that fall within the scope of one or more
23  claims of the '094 Patent. Such products include at least the Primax Dynex® Wired Optical Mouse
24  (DX-WMSE), the Primax Dynex® Keyboard and Optical Mouse (DX-WDCMBO), and the Primax
25  Dynex® Multimedia Keyboard (DX-WKBD).

26  22.    Defendant has been and is now contributing to and/or actively inducing the
27  infringement of the '094 Patent by others.

28

4

23.    Defendant's past and continued infringement of the '094 Patent have damaged and will damage Microsoft, and thus Microsoft is entitled to recover from Defendant damages in an amount adequate to compensate for that infringement.

24.    Defendant's acts of infringement have caused and will continue to cause irreparable injury to Microsoft unless and until enjoined by this Court.

**VII.    COUNT II: INFRINGEMENT OF UNITED STATES PATENT NO. 6,795,949**

25.    The foregoing paragraphs 1-24 of this Complaint are incorporated herein as though fully set forth.

26.    On information and belief, Defendant has infringed and continues to infringe the '949 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the United States, or importing into the United States, products that fall within the scope of one or more claims of the '949 Patent. Such products include at least the Primax Dynex® Wired Optical Mouse (DX-WMSE), the Primax Dynex® Keyboard and Optical Mouse (DX-WDCMBO), and the Primax Dynex® Multimedia Keyboard (DX-WKBD).

27.    Defendant has been and is now contributing to and/or actively inducing the infringement of the '949 Patent by others.

28.    Defendant's past and continued infringement of the '949 Patent have damaged and will damage Microsoft, and thus Microsoft is entitled to recover from Defendant damages in an amount adequate to compensate for that infringement.

29.    Defendant's acts of infringement have caused and will continue to cause irreparable injury to Microsoft unless and until enjoined by this Court.

**VIII.    COUNT III: INFRINGEMENT OF UNITED STATES PATENT NO. 5,414,445**

30.    The foregoing paragraphs 1-29 of this Complaint are incorporated herein as though fully set forth.

31.    On information and belief, Defendant has infringed and continues to infringe the '445 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the United States, or importing into the United States, products that fall within the scope of one or more claims of the '445 Patent. Such products include at least the Primax Dynex® Wired Optical Mouse

COMPLAINT FOR PATENT INFRINGEMENT

1    (DX-WMSE), Primax Dynex® Wireless Optical Mouse (DX-WLMSE), the Primax Dynex®

2    Keyboard and Optical Mouse (DX-WDCMBO), the Primax Rocketfish™ 2.4GHz Wireless Laser

3    Mouse (RF-MSE12), and the Primax Rocketfish™ Wireless Multimedia Bluetooth Keyboard and

4    Laser Mouse - Black/Silver/Red (RF-BTCMBO).

5         32.    Defendant has been and is now contributing to and/or actively inducing the

6    infringement of the '445 Patent by others.

7         33.    Defendant's past and continued infringement of the '445 Patent have damaged and

8    will damage Microsoft, and thus Microsoft is entitled to recover from Defendant damages in an

9    amount adequate to compensate for that infringement.

10        34.    Defendant's acts of infringement have caused and will continue to cause irreparable

11   injury to Microsoft unless and until enjoined by this Court.

12   **IX.    COUNT IV: INFRINGEMENT OF UNITED STATES PATENT NO. 7,199,785**

13        35.    The foregoing paragraphs 1-34 of this Complaint are incorporated herein as though

14   fully set forth.

15        36.    On information and belief, Defendant has infringed and continues to infringe the

16   '785 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the

17   United States, or importing into the United States, products that fall within the scope of one or more

18   claims of the '785 Patent.  Such products include at least the Primax Dynex® Wireless Optical

19   Mouse (DX-WLMSE), the Primax Rocketfish™ 2.4GHz Wireless Laser Mouse (RF-MSE12), and

20   the Primax Rocketfish™ Wireless Multimedia Bluetooth Keyboard and Laser Mouse -

21   Black/Silver/Red (RF-BTCMBO).

22        37.    Defendant has been and is now contributing to and/or actively inducing the

23   infringement of the '785 Patent by others.

24        38.    Defendant's past and continued infringement of the '785 Patent have damaged and

25   will damage Microsoft, and thus Microsoft is entitled to recover from Defendant damages in an

26   amount adequate to compensate for that infringement.

27        39.    Defendant's acts of infringement have caused and will continue to cause irreparable

28   injury to Microsoft unless and until enjoined by this Court.

6

COMPLAINT FOR PATENT INFRINGEMENT

**X.    COUNT V: INFRINGEMENT OF UNITED STATES PATENT NO. 7,187,358**

40.    The foregoing paragraphs 1-39 of this Complaint are incorporated herein as though fully set forth.

41.    On information and belief, Defendant has infringed and continues to infringe the '358 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the United States, or importing into the United States, products that fall within the scope of one or more claims of the '358 Patent. Such products include at least the Primax Dynex® Wireless Optical Mouse (DX-WLMSE), the Primax Rocketfish™ 2.4GHz Wireless Laser Mouse (RF-MSE12), and the Primax Rocketfish™ Wireless Multimedia Bluetooth Keyboard and Laser Mouse - Black/Silver/Red (RF-BTCMBO).

42.    Defendant has been and is now contributing to and/or actively inducing the infringement of the '358 Patent by others.

43.    Defendant's past and continued infringement of the '358 Patent have damaged and will damage Microsoft, and thus Microsoft is entitled to recover from Defendant damages in an amount adequate to compensate for that infringement.

44.    Defendant's acts of infringement have caused and will continue to cause irreparable injury to Microsoft unless and until enjoined by this Court.

**XI.    COUNT VI: INFRINGEMENT OF UNITED STATES PATENT NO. 7,068,257**

45.    The foregoing paragraphs 1-44 of this Complaint are incorporated herein as though fully set forth.

46.    On information and belief, Defendant has infringed and continues to infringe the '257 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the United States, or importing into the United States, products that fall within the scope of one or more claims of the '257 Patent. Such products include at least the Primax Rocketfish™ 2.4GHz Wireless Laser Mouse (RF-MSE12) and the Primax Rocketfish™ Wireless Multimedia Bluetooth Keyboard and Laser Mouse - Black/Silver/Red (RF-BTCMBO).

47.    Defendant has been and is now contributing to and/or actively inducing the infringement of the '257 Patent by others.

7

1    48.    Defendant's past and continued infringement of the '257 Patent have damaged and

2   will damage Microsoft, and thus Microsoft is entitled to recover from Defendant damages in an

3   amount adequate to compensate for that infringement.

4    49.    Defendant's acts of infringement have caused and will continue to cause irreparable

5   injury to Microsoft unless and until enjoined by this Court.

6   **XII.    COUNT VII: INFRINGEMENT OF UNITED STATES PATENT NO. 6,531,692**

7    50.    The foregoing paragraphs 1-49 of this Complaint are incorporated herein as though

8   fully set forth.

9    51.    On information and belief, Defendant has infringed and continues to infringe the

10   '692 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the

11   United States, or importing into the United States, products that fall within the scope of one or more

12   claims of the '692 Patent.  Such products include at least the Primax Dynex® Optical Laptop

13   Mouse - Silver (DX-PMSE), the Primax Dynex® Wired Optical Mouse (DX-WMSE), the Primax

14   Dynex® Wireless Optical Laptop Mouse - Silver (DX-PWLMSE), the Primax Dynex® Wireless

15   Optical Mouse (DX-WLMSE), the Primax Dynex® Keyboard and Optical Mouse (DX-

16   WDCMBO), the Primax Rocketfish™ Optical Mouse for Laptops - White (RF-ALPME), the

17   Primax Rocketfish™ 2.4GHz Wireless Laser Mouse (RF-MSE12), and the Primax Rocketfish™

18   Wireless Multimedia Bluetooth Keyboard and Laser Mouse - Black/Silver/Red (RF-BTCMBO).

19    52.    Defendant has been and is now contributing to and/or actively inducing the

20   infringement of the '692 Patent by others.

21    53.    Defendant's past and continued infringement of the '692 Patent have damaged and

22   will damage Microsoft, and thus Microsoft is entitled to recover from Defendant damages in an

23   amount adequate to compensate for that infringement.

24    54.    Defendant's acts of infringement have caused and will continue to cause irreparable

25   injury to Microsoft unless and until enjoined by this Court.

26   **XIII.    PRAYER FOR RELIEF**

27    WHEREFORE, Plaintiff Microsoft Corporation prays that this Court enter judgment:

28

8

1      a)  declaring that Defendant has infringed United States Patent Nos. 6,460,094,

2          6,795,949, 5,414,445, 7,199,785, 7,187,358, 7,068,257 and 6,531,692;

3      b)  permanently enjoining Defendant and its officers, agents, employees,

4          representatives, successors and assigns, and any others acting in concert with

5          them, from infringing United States Patent Nos. 6,460,094, 6,795,949, 5,414,445,

6          7,199,785, 7,187,358, 7,068,257 and 6,531,692;

7      c)  awarding Microsoft damages adequate to compensate it for Defendant's

8          infringement, but no less than a reasonably royalty, with interest, including pre-

9          judgment and post-judgment interest; and

10     d)  granting Microsoft such other relief as this court deems just and proper,

11         including, but not limited to, for example, trebling damages for willful

12         infringement and awarding reasonable attorney fees to Microsoft.

## XIV.   JURY TRIAL DEMAND

Microsoft respectfully demands a trial by jury.

Dated:  July 31, 2008                    FISH & RICHARDSON P.C.

                                         Respectfully submitted,

                                         By: *Katherine D. Prescott*
                                             Katherine D. Prescott

                                         Attorneys for Plaintiff,
                                         MICROSOFT CORPORATION

9

COMPLAINT FOR PATENT INFRINGEMENT

(12) **United States Patent**
Hanson et al.

(10) Patent No.: **US 6,460,094 B1**
(45) Date of Patent:    **\*Oct. 1, 2002**

(54) **PERIPHERAL DEVICE CONFIGURED TO DETECT THE TYPE OF INTERFACE TO WHICH IT IS CONNECTED AND CONFIGURING ITSELF ACCORDINGLY**

(75) Inventors: **Mark T. Hanson**, Lynnwood; **Lord Nigel Featherston**, Redmond; **Nathan C. Sherman**, Redmond; **Victor P. Drake**, Redmond; **Keith Mullins**, Kent; **David L. Holo**, Des Moines, all of WA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/112,171**

(22) Filed: **Jul. 8, 1998**

(51) Int. Cl.$^7$ ............................. G06F 3/00; G06F 7/38; G06F 1/24

(52) U.S. Cl. ............................... 710/8; 326/37; 326/62; 710/1; 710/104; 710/15; 710/62; 713/100

(58) Field of Search ............................... 710/129, 100, 710/15, 63, 62, 8; 326/30, 37; 375/110; 713/400; 360/69; 708/854; 324/433; 345/168

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,500,933 A | * | 2/1985 | Chan | 360/69 |
| 4,785,469 A | * | 11/1988 | Joshi et al. | 375/110 |
| 5,043,938 A | * | 8/1991 | Ebersole | 364/900 |
| 5,473,264 A | * | 12/1995 | Mader et al. | 326/30 |
| 5,481,696 A | * | 1/1996 | Lomp et al. | 395/500 |
| 5,548,782 A | * | 8/1996 | Michael et al. | 395/835 |
| 5,577,213 A | * | 11/1996 | Avery et al. | 395/280 |
| 5,612,634 A | | 3/1997 | MacKenna | 326/30 |
| 5,644,790 A | * | 7/1997 | Li et al. | 395/883 |
| 5,793,999 A | * | 8/1998 | Mori | 395/309 |
| 5,828,905 A | * | 10/1998 | Rao | 395/883 |
| 5,832,244 A | * | 11/1998 | Jolley et al. | 395/309 |
| 5,841,424 A | * | 11/1998 | Kikinis | 345/168 |
| 5,857,112 A | * | 1/1999 | Hashemi et al. | 395/828 |
| 5,928,347 A | * | 6/1999 | Jones | 710/129 |
| 5,935,224 A | | 8/1999 | Svancarek et al. | 710/63 |
| 5,969,529 A | * | 10/1999 | Eiraku et al. | 324/433 |
| 6,006,295 A | * | 12/1999 | Jones et al. | 710/62 |
| 6,012,103 A | * | 1/2000 | Sartore et al. | 710/8 |
| 6,094,063 A | * | 7/2000 | St. Pierre, Jr. et al. | 326/37 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 860 781 A2 | 2/1998 |
| WO | WO 97/31386 | 8/1997 |
| WO | WO 97/17214 | 8/1999 |

* cited by examiner

*Primary Examiner*—Matthew Smith
*Assistant Examiner*—Jibreel Speight
(74) *Attorney, Agent, or Firm*—Westman, Champlin & Kelly, P.A.

(57) **ABSTRACT**

A peripheral device is connectable to a computer having one of a first interface and a second interface. The first interface communicates with the peripheral device over a differential data connection having a first data conductor and a second data conductor. The second interface communicates with the peripheral device over a clock conductor and a single ended data connection which includes a data conductor. The peripheral device has first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface and is configured for connection to the first data conductor in the single ended data connection and the clock conductor when the computer is provided with the second interface. The peripheral device includes an interface detection component coupled to the first and second communication conductors and configured to detect which of the first and second interfaces the peripheral device is connected to. The peripheral device also includes a controller component configured to communicate between the peripheral device according to a protocol corresponding to the detected interface.

59 Claims, 6 Drawing Sheets





FIG. 1



*FIG. 2A*



*FIG. 2B*



FIG. 2C

FIG. 3A



*FIG. 3B*



*FIG. 4*



FIG. 5

1

## PERIPHERAL DEVICE CONFIGURED TO DETECT THE TYPE OF INTERFACE TO WHICH IT IS CONNECTED AND CONFIGURING ITSELF ACCORDINGLY

### BACKGROUND OF THE INVENTION

The present invention relates to a peripheral device connectable to a computer. More particularly, the present invention relates to a peripheral device configured to detect the type of interface to which it is connected.

A wide variety of peripheral devices are currently configured to be connectable to computers. Such peripheral devices commonly include user input devices, such as keyboards, point and click devices (traditionally referred to as a computer mouse) and other similar types of devices.

The computer to which such devices are connected communicates with the devices through one of a number of interfaces. Interfaces commonly used to connect to such peripheral devices include a serial interface (such as an RS232 interface) and a PS2 interface. Indeed, the PS2 interface has long been a standard for connecting keyboards and mice to computers.

However, recently, another serial interface referred to as a universal serial bus (USB) interface has been introduced. The USB interface accommodates a wide variety of computer peripherals, including keyboards and mice. However, a conventional computer is typically provided with only one interface (such as a PS2 or USB interface) for communication with peripheral devices. Therefore, if the computer is provided with a PS2 interface, the keyboard or mouse must be configured to support communication with the computer according to a protocol defined by the PS2 interface. Similarly, if the computer is provided with the USB interface, the keyboard or mouse must be configured to communicate according to a protocol defined by the USB interface.

In order to do this, a conventional computer peripheral device contains a microprocessor which runs a software program to carry out the functions of that particular peripheral device. In the device such as a keyboard or mouse, the software program includes an interface between the peripheral device and the host computer, through which the peripheral device communicates with the host computer. Such communication often includes receiving commands from the host computer and transmitting data and status information to the host computer.

As discussed above, the PS2 and USB interfaces have different hardware and software requirements, which must be met by the microprocessor in the peripheral device so that the peripheral device can communicate with the host computer. The PS2 interface uses two conductors which include a separate clock conductor and a separate data conductor. These conductors are driven by the computer through an open-collector or open-drain circuit, and have a pull-up resistor (typically in the range of 2k ohms to 10k ohms) pulling the conductor to a rail voltage (such as VCC) inside the host computer. The open-collector or open-drain circuit (commonly a transistor) is typically implemented inside the microprocessor. Another pull-up resistor is required inside the peripheral device as well. The peripheral device communicating over a PS2 interface is responsible for providing a clock signal on the clock conductor, regardless of the direction of data flow on the data conductor. The host computer pulls the clock conductor to a logic low level to inhibit communication from the peripheral device, and it can also pull the data conductor low to signal to the peripheral

2

device that the host computer intends to transmit data to the peripheral device.

The USB interface also uses two conductors which include differential data signal conductors D+ and D−. In the USB interface at the USB port (i.e., at the host computer or USB hub), the two conductors are pulled to a logic low level via 15k ohm resistors. In the peripheral device, the D+ conductor is pulled to approximately 3.3 volts via a 1.5k ohm resistor if the peripheral device is a high-speed USB peripheral device. The D− conductor is pulled to 3.3 volts via a 1.5k ohm resistor if the peripheral device is a low-speed USB peripheral device. When a peripheral device is attached to the USB port, the USB host determines whether it is a low-speed or high-speed device by determining which of the D+ or D− conductors is pulled to the logical high level.

Thus, it can be seen that the two interfaces have different hardware structures, and communicate using different software protocols. Traditionally, separate peripheral devices have been provided, one being configured to communicate with a USB interface, and the other being configured to communicate with a PS2 interface. This requires the manufacturer of such peripheral devices to offer two different types of peripheral devices in order to support these two different interfaces.

### SUMMARY OF THE INVENTION

The present invention defines a method and apparatus in the peripheral device such that the peripheral device can determine which type of interface it is connected to, and configure itself accordingly.

The peripheral device is connectable to a computer having one of a first interface and a second interface. The first interface communicates with a peripheral device over a differential data connection having a first data conductor and a second data conductor. The second interface communicates with the peripheral device over a clock conductor and a single-ended data connection, which includes a data conductor. The peripheral device has first and second communication conductors configured for connection to the first and second data conductors in the differential data connection and to the first data conductor in the single ended data connection and the clock conductor. The peripheral device includes an interface detection component configured to detect which of the first and second interfaces the peripheral device is connected to. The peripheral device also includes a controller component configured to communicate between the peripheral device and the computer according to a protocol corresponding to the detected interface.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of an exemplary environment in which an input device in accordance with the present invention can be used.

FIGS. 2A–2C illustrate conventional high-speed and low-speed USB peripheral devices and a PS2 peripheral device coupled to a USB interface and a PS2 interface, respectively.

FIGS. 3A and 3B illustrate a peripheral device in accordance with the present invention coupled to a USB interface and a PS2 interface, respectively.

FIG. 4 is a flow diagram illustrating operation of a peripheral device in accordance with one aspect of the present invention.

FIG. 5 is a block diagram illustrating another embodiment in accordance with one aspect of the present invention.

3

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention includes a method and apparatus, implemented in a peripheral device, by which the peripheral device detects whether it is coupled to a PS2 interface or a USB interface. A peripheral device, in accordance with one aspect of the present invention, senses the state of the interface, changes a hardware configuration of the interface through software control, and observes the effect of the configuration change on the state of the interface. The nature of changes on the interface allows the peripheral device to determine which type of interface it is connected to, and thus allows the peripheral device to configure itself appropriately.

FIG. 1 and the related discussion are intended to provide a brief, general description of a suitable computing environment in which the invention may be implemented. Although not required, the invention will be described, at least in part, in the general context of computer-executable instructions, such as program modules, being executed by a personal computer or other computing device. Generally, program modules include routine programs, objects, components, data structures, etc. that perform particular tasks or implement particular abstract data types. Moreover, those skilled in the art will appreciate that the invention may be practiced with other computer system configurations, including hand-held devices, multiprocessor systems, microprocessor-based or programmable consumer electronics, network PCs, minicomputers, mainframe computers, and the like. The invention is also applicable in distributed computing environments where tasks are performed by remote processing devices that are linked through a communications network. In a distributed computing environment, program modules may be located in both local and remote memory storage devices.

With reference to FIG. 1, an exemplary environment for the invention includes a general purpose computing device in the form of a conventional personal computer 20, including processing unit 21, a system memory 22, and a system bus 23 that couples various system components including the system memory to the processing unit 21. The system bus 23 may be any of several types of bus structures including a memory bus or memory controller, a peripheral bus, and a local bus using any of a variety of bus architectures. The system memory includes read only memory (ROM) 24 a random access memory (RAM) 25. A basic input/output system 26 (BIOS), containing the basic routine that helps to transfer information between elements within the personal computer 20, such as during start-up, is stored in ROM 24. The personal computer 20 further includes a hard disk drive 27 for reading from and writing to a hard disk (not shown), a magnetic disk drive 28 for reading from or writing to removable magnetic disk 29, and an optical disk drive 30 for reading from or writing to a removable optical disk 31 such as a CD ROM or other optical media. The hard disk drive 27, magnetic disk drive 28, and optical disk drive 30 are connected to the system bus 23 by a hard disk drive interface 32, magnetic disk drive interface 33, and an optical drive interface 34, respectively. The drives and the associated computer-readable media provide nonvolatile storage of computer readable instructions, data structures, program modules and other data for the personal computer 20.

Although the exemplary environment described herein employs a hard disk, a removable magnetic disk 29 and a removable optical disk 31, it should be appreciated by those skilled in the art that other types of computer readable media which can store data that is accessible by a computer, such

4

as magnetic cassettes, flash memory cards, digital video disks, Bernoulli cartridges, random access memory (RAM), read only memory (ROM), and the like, may also be used in the exemplary operating environment.

A number of program modules may be stored on the hard disk, magnetic disk 29, optical disk 31, ROM 24 or RAM 25, including an operating system 35, one or more application programs 36, other program modules 37, and program data 38. A user may enter commands and information into the personal computer 20 through input devices such as a keyboard 40 and pointing device (or mouse) 42. Other input devices (not shown) may include a microphone, joystick, game pad, satellite dish, scanner, or the like. These and other input devices are often connected to the processing unit 21 through one of a plurality of ports. For instance, keyboard 40 and mouse 42 are connected through a PS2 or USB interface 45. In the illustrative embodiment, interface (or port) 45 is coupled to the system bus 23. User input devices may also be connected by other interfaces, such as a sound card, a parallel port, or a game port. A monitor 47 or other type of display device is also connected to the system bus 23 via an interface, such as a video adapter 48. In addition to the monitor 47, personal computers may typically include other peripheral output devices such as speakers and printers (not shown).

The personal computer 20 may operate in a networked environment using logic connections to one or more remote computers, such as a remote computer 49. The remote computer 49 may be another personal computer, a server, a router, a network PC, a peer device or other network node, and typically includes many or all of the elements described above relative to the personal computer 20, although only a memory storage device 50 has been illustrated in FIG. 1. The logic connections depicted in FIG. 1 include a local area network (LAN) 51 and a wide area network (WAN) 52. Such networking environments are commonplace in offices, enterprise-wide computer network intranets and the Internet.

When used in a LAN networking environment, the personal computer 20 is connected to the local area network 51 through a network interface or adapter 53. When used in a WAN networking environment, the personal computer 20 typically includes a modem 54 or other means for establishing communications over the wide area network 52, such as the Internet. The modem 54, which may be internal or external, is connected to the system bus 23 via the serial port interface 46. In a network environment, program modules depicted relative to the personal computer 20, or portions thereof, may be stored in the remote memory storage devices. It will be appreciated that the network connections shown are exemplary and other means of establishing a communications link between the computers may be used.

FIGS. 2A–C illustrate conventional peripheral devices coupled to conventional interfaces. FIG. 2A illustrates a high-speed USB peripheral device 100 connected through USB interface 102 to CPU 21 of host computer 20. It should be noted that high-speed USB peripheral device 100 can be any suitable peripheral device. Peripheral device 100 is connected to USB interface 102 and communicates therewith over two conductors 104 and 106. Conductors 104 and 106 are connected to corresponding conductors 108 and 110 through USB connector 112. Conductors 104 and 106 carry signals denoted D+ and D− in a high-speed USB device. Signals D+ and D− are differential digital data signals with which peripheral device 100 communicates with computer 20.

In a high-speed USB arrangement, conductor 104, which carries signal D+, is pulled to a logical high level (such as

5

VCC) by a pull-up resistor 114. Resistor 114 is preferably valued such that the voltage potential to which conductor 104 is pulled is approximately 3.3 volts. Therefore, resistor 114 can, for instance, be a 7.5k ohm resistor connected to a 5 volt VCC rail.

In USB interface 102 on computer 20, both conductors 108 and 110 (which correspond to the D+ and D− signals) are pulled to a logic low level by two 15k ohm resistors 116 and 118. When peripheral device 100 is initially attached to computer 20 through USB interface 102, computer 20 can determine that peripheral device 100 is a high-speed USB peripheral device because the conductor 104 corresponding to signal D+ is pulled to a logical high level, while conductor 106 which corresponds to signal D− is not.

FIG. 2B illustrates the connection of a low-speed USB peripheral device 120 to computer 20. Some items are similar to those shown in FIG. 2A, and are similarly numbered. However, rather than having conductor 104 (corresponding to signal D+) pulled to a logical high level with resistor 114, conductor 106 (which corresponds to signal D−) is pulled to a logical high level with resistor 122. Thus, computer 20 determines that peripheral device 120 is a low-speed USB device.

FIG. 2C illustrates another peripheral device 124 connected to computer 20. Peripheral device 124 is configured to communicate with computer 20 through a PS2 interface 126. PS2 peripheral device 124 communicates with computer 20 over a pair of conductors 104 and 106, which correspond to a data signal and a clock signal. Conductors 104 and 106 are connected to transistors 131 and 133, which are configured as open-collector or open-drain switches controlled by the microprocessor in peripheral device 124. Conductors 104 and 106 are connected to conductors 108 and 110 through PS2 connector 128. Conductors 104 and 106 are pulled to a logical high level at peripheral device 124 by resistors 130 and 132 which are typically in a 2k–10k ohm range.

In PS2 interface 126, conductors 108 and 110 are also pulled to a logical high level by resistors 134 and 136, which are also typically in a 2k–10k ohm range. Conductors 108 and 110 are also coupled to ground by transistors 138 and 140, which are typically open-drain or open-collector and driven by appropriate circuitry in processor 21. It should also be noted that transistors 138 and 140 can typically be implemented inside processor 21, or discretely.

With the open-collector configured interface, when a logical 1 is written to either conductor 108 or 110, the conductor is not actively driven high. Instead, it is pulled high, to nearly the rail voltage VCC, via the pull-up resistors 134 and 136. In this manner, either host processor 21 or peripheral device 124 can drive the conductor low without the concern of the conductor already being actively driven high.

Peripheral device 124 is responsible for providing the clock signal over conductors 106 and 110, to host processor 21, regardless of the direction of data flow over conductors 104 and 108. Host processor 21 can pull the conductor 110 carrying the clock signal low by controlling transistor 140 appropriately. This inhibits communication from peripheral device 124. Host processor 21 can also pull the data conductor 108 low by manipulating transistor 138 in order to signal peripheral device 124 that host processor 21 intends to transmit data.

FIG. 3A illustrates host computer 20 coupled to a peripheral device 142 in accordance with one aspect of the present invention. A number of items are similar to those shown in

6

FIGS. 2A–2C, and are similarly numbered. Also, in FIG. 3A, computer 20 is provided with USB interface 102, rather than PS2 interface 126.

Peripheral device 142 includes communication controller 144, switch controller 146, and signal level detector 148. Peripheral device 142 is also coupled to first switch 150 and second switch 152. Switches 150 and 152 are coupled to a rail voltage VCC, and to pull-up resistors 154 and 156 which are, in turn, coupled to conductors 158 and 160. Conductors 158 and 160 are provided to connector 112 for connection to conductors 108 and 110 at computer 20.

FIG. 3B shows peripheral device 142 coupled to host computer 20. In FIG. 3B, host computer 20 is provided with PS2 interface 126, rather than USB interface 102. It should be noted that, regardless of the particular interface 102 or 126 with which host computer 20 is provided, peripheral device 142 is the same.

In accordance with one aspect of the present invention, pull-up resistors 154 and 156 are switched on and off under the control of switch controller 146, which is preferably implemented in the microprocessor of peripheral device 142. While transistors 150 and 152 are shown as discrete switching transistors, they can also be implemented within the microprocessor of peripheral device 142, such that the side of resistor 154 coupled to switch 150 can be connected directly to an input pin of the microprocessor in peripheral device 142, as can the side of resistor 156 coupled to switch 152. Further, while switches 150 and 152 are illustrated as bipolar junction transistors, other switch mechanisms can be used as well, such as field effect transistors, relays, etc.

It should also be noted that the data signal of PS2 interface 126 and the D+ signal of the USB interface 102 are coupled to conductor 158, and the PS2 clock signal and the D− signal are coupled to conductor 160. Thus, peripheral device 142 can operate as a high-speed USB peripheral device or as a PS2 device. The relationship between the signals is reversed (i.e., the D+ and D− signals are reversed with respect to the PS2 clock and data signals) when peripheral device 142 is configured to operate as a low-speed USB peripheral device or a PS2 device. Further, these relationships could be reversed. An adapter is preferably provided in connector 112 to accommodate different connections used for the PS2 and the two types of USB interfaces.

FIG. 4 is a flow diagram, which illustrates the operation of peripheral device 142. Upon being connected to computer 20, peripheral device 142 receives power from computer 20. Power-up of peripheral device 142 is illustrated by block 180. Switch controller 146 in peripheral device 142 then turns off both switches 150 and 152. This disables pull-up resistors 154 and 156 from pulling conductors 158 and 160 to a logical high voltage potential, effectively disconnecting resistors 154 and 156 from the rail voltage VCC. Disabling the pull-ups is indicated by block 182 in FIG. 4.

Signal level detector 148 then detects whether the signal level on either conductor 158 or 160 is at a logical high level. Signal level detector 148 can be any suitable signal level detector. This is indicated by block 184.

If either or both conductors 158 or 160 are carrying a logical high signal, peripheral device 142 concludes that it is connected to a PS2 interface 126, rather than a USB interface 102. This is because, with pull-up resistors 154 and 156 disabled, the pull-down resistors 116 and 118 in USB interface 102 would tend to pull conductors 108 and 110 (and hence conductors 158 and 160) to a logical low level. Therefore, if either of the conductors are at a logical high level, the conductors are being pulled high by resistors 134 and 136 in the PS2 interface 126.

7

However, if both conductors are low, peripheral device 142 cannot yet determine which type of interface it is connected to. For example, in the USB interface 102, pull-down resistors 116 and 118 could be pulling the conductors to a logic low level. However, it is also valid for PS2 interface 126 to have switches 138 and 140 energized thus driving the conductors carrying both the data and clock signals to a logical low level. Therefore, upon power-up and disabling of pull-up resistors 154 and 156, if the signals on both conductors 158 and 160 are at a logical low level, peripheral device 142 needs to take additional steps to determine which type of interface it is connected to.

Switch controller 146 then turns on switch 150 to enable pull-up resistor 154. It should be noted that the particular pull-up resistor enabled at this point is that pull-up resistor which is connected to the PS2 data conductor and the USB D+ conductor for a high-speed USB device, or the PS2 data conductor and the USB D− conductor for a low-speed USB device. The flow diagram illustrated in FIG. 4 illustrates operation of the PS2 /high-speed USB peripheral device.

In any case, once pull-up resistor 154 is enabled by switch controller 146 turning on switch 150, signal level detector 148 again looks at the signal level on conductor 158. If that signal stays at a logical low level, peripheral device 142 can safely conclude that it is connected to PS2 port 126, rather than a USB port 102. This is because, with pull-up resistor 154 enabled, in order for there to be a logical low level signal on conductor 158, conductor 158 must be positively driven to a low level by transistor 138 in PS2 interface 126. The enabled pull-up resistor 154 would otherwise pull conductor 158 to a logical high level if it had been connected to USB interface 102.

Enabling pull-up resistor 154 and detecting the signal level on conductor 158 is indicated by blocks 186 and 188 in FIG. 4.

If, on the other hand, after the pull-up resistor 154 is enabled, the associated conductor is not at a logical low level, then peripheral device 142 is probably connected to a USB interface 102. This assumption can be made most of the time, and thus peripheral device 142 can optionally stop the detection algorithm at this point and run the USB software. This is indicated by dashed arrow 190 in FIG. 4.

However, there is a small chance that peripheral device 142 could be connected to a PS2 interface 126 wherein the host processor 21 coincidentally allowed the data signal to go to a logical high level at the same instant that switch controller 146 enabled pull-up resistor 154. Peripheral device 142 can thus take additional steps to further ensure that its determination as to the type of interface is correct. In that instance, switch controller 146 disables pull-up resistor 154, and signal level detector 148 then determines whether the signal level on either of conductors 158 or 160 is at a logical high level. This is indicated by blocks 192 and 194 in FIG. 4.

If either conductor is at a logical high level, then peripheral device 142 can safely assume that it is connected to a PS2 interface 126, rather than a USB interface 102. If, on the other hand, neither of the conductors is at a logical high level, peripheral device 142 can assume that it is connected to USB interface 102, rather than a PS2 interface 126. In addition, peripheral device 142 can safely conclude that it is connected to a PS2 device if, at any time, it is determined that the PS2 clock signal has assumed a logical high level.

The probability of a second, coincidental switching by the host processor 21 of the data signal back to a logical low level at the same instant that the switch controller 146

8

disables the pull-up resistor 146 is very low, since such a reversal, namely, data signal low to high to low, while the clock signal remains low, is a violation of the PS2 protocol.

Once the peripheral device 142 has determined which type of interface it is connected to, it branches to a portion of its software code that supports that type of interface and the code operates to turn on resistors appropriate to the detected interface. This is indicated by blocks 196 and 198 in FIG. 4.

It should be noted that while FIG. 4 has been described with respect to testing of the conductor carrying the PS2 data signal, the present invention can be carried out by testing the conductor carrying the PS2 clock signal instead. The process is the same.

FIG. 5 is a block diagram of another peripheral device 200 in accordance with another aspect of the present invention. Peripheral device 200 includes USB microcontroller 202 which includes USB controller component 204, connection type determination component 205 and PS2 controller component 206. Peripheral device 200 also includes pull up resistor 208, resistors 210 and 212, and switch 214. Microcontroller 200 also includes a plurality of input/output (I/O) pins 216, 218, 220, 222 and 224.

Microcontroller 202 also includes USB differential data outputs D+ and D− provided on pins 226 and 228. The D+ and D− pins 226 and 228 are coupled to conductors which represent USB D+ and USB D− signals for a high-speed USB device, and PS2 data and PS2 clock signals, respectively, for a PS2 device.

When peripheral device 200 is attached to host processor 21 through either PS2 interface 126 or USB interface 102, connection type determination component 205 determines what type of interface peripheral device 200 is connected to. Microcontroller 202 is powered up and initially provides a signal on I/O pin 224 causing switch 214 to remain open. Component 205 first examines the level of the signal on pin 218. If the signal level is at a logic one (or logical high level), component 205 determines that peripheral device 200 is connected to a PS/2 interface 126. This is because, with switch 214 open, and pin 218 at a logical high level, the signal level must be being pulled high by the pull up resistor in the PS2 interface.

On the other hand, if the signal level on pin 218 is still at a logical zero (or a logical low level) the component 205 provides a logical high output on pin 216. This essentially enables pull up resistor 210. Component 205 then again examines the signal level on pin 218. If the signal is at a logical low level, the signal is being actively driven low by the interface to the host system. Thus, the interface must be a PS2 interface. However, if the signal is pulled up to a logical high level, then the interface is determined to be a USB interface.

If the interface to which peripheral device 200 is connected is determined to be a USB interface, then USB controller 204 provides a signal on pin 224 causing switch 214 to be closed. In addition, microcontroller 202 provides pins 216, 218, 220 and 222 in a high impedance state. USB controller component 204 then simply controls communication with the host system according to a USB protocol using differential data D+ and D−.

If, on the other hand, the interface is determined to be a PS2 interface, then switch 214 is maintained in the open position and microcontroller 202 provides signals on pins 216 and 220 in a logical high level thus enabling pull up resistors 210 and 212 (both of which are illustratively 2.2k ohms) PS2 controller component 206 then controls com-

9

munications using pins 218 and 222 as the PS2 data and PS2 clock lines, respectively.

It should be noted that some USB devices have a serial interface engine which is permanently enabled. A condition in which both differential data signals D+ and D− go to a logical zero causes the part to reset itself. By providing switch 214, with pull up resistor 208, the present invention ensures that when switch 214 is open, the D+ signal to USB controller 204 is always maintained at a logical high level.

Further, other USB controllers 204 may require both the differential data signals D+ and D− to be disconnected when PS2 controller 206 is controlling communication with the PS2 interface. In that case, an additional switch is placed in the D− conductor and is maintained in the open position during determination of the connection type, and during communication if the interface type is determined to be a PS2 interface. If, on the other hand, the interface type is determined to be a USB interface, the switches are both closed and USB controller 204 controls communication according to the USB protocol.

In an illustrative embodiment, the determination of the interface connection type can be done at power-up only, or it can be repeated upon software exception, such as might occur from a watchdog time out or an electrostatic discharge event, or it can be repeated at regular intervals during normal operation.

Thus, it can be seen that the present invention provides a method and apparatus by which a peripheral device can determine whether it is connected to a USB interface or a PS2 interface. The manufacturer of such peripheral devices need only support one product, rather than two separate products, yet will still accommodate connection to computers with both types of interfaces.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

1. A peripheral device connectable to a computer having one of a first interface and a second interface, the first interface communicating with the peripheral device over a differential data connection including a first data conductor and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device comprising:

first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface, and configured for connection to the first data conductor in the single ended data connection and the clock conductor when the computer includes the second interface;

an interface detection component, coupled to the first and second communication conductors, configured to monitor the first and second communication conductors to detect which of the first and second interfaces the peripheral device is connected to and to provide a connection output indicative of the detected interface; and

a controller component, coupled to the interface detection component, configured to communicate between the peripheral device and the computer over the first and second communication conductors according to a protocol corresponding to the detected interface based on the connection output.

10

2. The peripheral device of claim 1 wherein, when the computer includes the first interface, the first and second data conductors in the differential data connection in the computer are coupled to a first voltage potential with first and second resistive elements, respectively, and when the computer includes the second interface, the first data conductor in the single ended data connection and the clock conductor in the computer are pulled to a second voltage potential by third and fourth resistive elements, respectively, and wherein the interface detection component comprises:

a signal detector coupled to the first and second communication conductors and configured to detect signal levels on the first and second communication conductors and provide the connection output based on the signal levels detected.

3. The peripheral device of claim 2 wherein the interface detection component comprises:

a fifth resistive element;

a sixth resistive element;

a first selectable connection element selectively connecting the first communication conductor to a third voltage potential through the fifth resistive element; and

a second selectable connection element selectively connecting the second communication conductor to the third voltage potential through the sixth resistive element.

4. The peripheral device of claim 3 wherein the second and third voltage potentials are associated with a first logic level.

5. The peripheral device of claim 4 wherein the interface connection component is configured to deselect the first and second selectable connection elements to disconnect the first and second communication conductors from the third voltage potential upon power-up of the peripheral device.

6. The peripheral device of claim 5 wherein the signal detector is configured to detect signal levels on the first and second communication conductors upon power-up of the peripheral device, when the first and second selectable connection elements are deselected and to provide the connection output based on the signal levels.

7. The peripheral device of claim 6 wherein the signal detector is configured to provide the connection output indicative of connection to the second interface when the signal level corresponding to at least one of the first and second communication conductors is at the first logic level.

8. The peripheral device of claim 7 wherein the interface detection component is configured to select the first selectable connection element and deselect the second connection element and wherein the signal detector is configured to provide the connection output indicative of connection to the second interface when the signal level corresponding to the first communication conductor is at a second logic level corresponding to the first voltage potential.

9. The peripheral device of claim 8 wherein the signal detector is configured to provide the connection output indicative of connection to the first interface when the signal level corresponding to the first communication conductor is at the first logic level.

10. The peripheral device of claim 8 wherein the interface detection component is configured to deselect the first selectable connection element and deselect the second connection element and wherein the signal detector is configured to provide the connection output indicative of connection to the first interface when the signal level corresponding to the first communication conductor is at the second logic level and to provide the connection output indicative of

US 6,460,094 B1

**11**

connection to the second interface when the signal level corresponding to at least one of the first and second communication conductors is at the first logic level.

11. The peripheral device of claim 10 wherein the first logic level corresponds to a logic one and wherein the second logic level corresponds to a logic zero.

12. The peripheral device of claim 1 wherein the controller component comprises:

a first controller configured to control communication according to a first protocol corresponding to the first interface; and

a second controller configured to control communication according to a second protocol corresponding to the second interface.

13. The peripheral device of claim 12 wherein the first controller is coupled to differential data pins providing differential data signals, the differential data pins being coupled to the first and second communication conductors.

14. The peripheral device of claim 13 wherein the second controller is coupled to first and second input/output (I/O) pins providing a first data signal and a clock signal, the first and second I/O pins being coupled to the first and second communication conductors.

15. The peripheral device of claim 14 and further comprising:

a first switch coupled between a first of the differential data pins and the first communication conductor, the controller component being configured to selectively close the first switch when the interface detection component provides the connection output indicative of the detected interface being the first interface.

16. The peripheral device of claim 15 wherein the controller component is configured to open the first switch when the interface detection component provides the connection output indicative of the detected interface being the second interface.

17. The peripheral device of claim 16 and further comprising:

a second switch coupled between a second of the differential data pins and the second communication conductor, the controller component being configured to selectively close the second switch when the interface detection component provides the connection output indicative of the detected interface being the first interface.

18. The peripheral device of claim 17 wherein the controller component is configured to open the second switch when the interface detection component provides the connection output indicative of the detected interface being the second interface.

19. The peripheral device of claim 15 wherein the second controller is configured to provide a high impedance signal on the first and second I/O pins when the interface detection component provides the connection output indicative of the detected interface being the first interface.

20. The peripheral device of claim 19 and further comprising:

first and second resistive elements coupled between the first and second communication conductors and third and fourth I/O pins, respectively, wherein the controller component is configured to provide a signal on the third and fourth I/O pins at a high impedance state when the interface detection component provides the connection output indicative of the detected interface being the first interface and at a voltage level when the interface detection component provides the connection output indicative of the detected interface being the second interface.

**12**

21. A computer readable medium for use in a peripheral device connectable to a computer, the computer having one of a first interface and a second interface, the first interface communicating with the peripheral device over a differential data connection including a first data conductor and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device including first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface, and configured for connection to the first data conductor in the single ended data connection and the clock conductor when the computer includes the second interface, the computer readable medium including instructions stored thereon which when executed by the peripheral device causes the peripheral device to execute the steps of:

detecting which of the first and second interfaces the peripheral device is connected to by signal levels on the first and second communication conductors; and

communicating with the computer over the first and second communication conductors according to a protocol corresponding to the detected interface.

22. The computer readable medium of claim 21 wherein detecting comprises:

disconnecting the first and second communication conductors from a predetermined voltage potential;

determining whether either of the first and second communication conductors is at a first logic level associated with the first voltage potential; and

if so, determining that the peripheral device is connected to the second interface.

23. The computer readable medium of claim 22 wherein detecting further comprises:

if neither of the first and second communication conductors is at the first logic level, connecting the first communication conductor to the first voltage potential through a first resistive element;

determining whether the first communication conductor is at a second logic level associated with a second voltage potential; and

if so, determining that the peripheral device is connected to the second interface.

24. The computer readable medium of claim 23 wherein detecting further comprises:

if the first communication conductor is not at the second logic level, determining that the peripheral device is connected to the first interface.

25. The computer readable medium of claim 23 wherein detecting further comprises:

if the first communication conductor is not at the second logic level, disconnecting the first communication conductor from the first voltage potential; and

determining whether either of the first and second communication conductors are at the first voltage potential.

26. The computer readable medium of claim 25 wherein detecting further comprises:

if either of the first and second communication conductors are at the first logic level, determining that the peripheral device is connected to the second interface; and

otherwise, determining that the peripheral device is connected to the first interface.

27. A method implemented by a peripheral device for detecting whether the peripheral device is connected to a

13

14

first interface or a second interface in a computer, the first interface communicating with the peripheral device over a differential data connection including a first data conductor and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device having first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface, and configured for connection to the first data conductor in the single ended data connection and the clock conductor when the computer includes the second interface, the method comprising:

detecting which of the first and second interfaces the peripheral device is connected to by attempting to impart a signal level on at least one of the first and second communication conductors and detecting the signal level on at least one communication conductor; and

communicating with the computer over the first and second communication conductors according to a protocol corresponding to the detected interface.

28. The method of claim 27 wherein detecting comprises:

disconnecting the first and second communication conductors from a predetermined voltage potential;

determining whether either of the first and second communication conductors is at a first logic level associated with a first voltage potential; and

if so, determining that the peripheral device is connected to the second interface.

29. The method of claim 28 wherein detecting further comprises:

if neither of the first and second communication conductors is at the first logic level, connecting the first communication conductor to the first voltage potential through a first resistive element;

determining whether the first communication conductor is at a second logic level associated with a second voltage potential; and

if so, determining that the peripheral device is connected to the second interface.

30. The method of claim 29 wherein detecting further comprises:

if the first communication conductor is not at the second logic level, determining that the peripheral device is connected to the first interface.

31. The method of claim 29 wherein detecting further comprises:

if the first communication conductor is not at the second logic level, disconnecting the first communication conductor from the first voltage potential; and

determining whether either of the first and second communication conductors are at the first voltage potential.

32. The method of claim 31 wherein detecting further comprises:

if either of the first and second communication conductors are at the first logic level, determining that the peripheral device is connected to the second interface; and

otherwise, determining that the peripheral device is connected to the first interface.

33. A peripheral device connectable to a computer having one of a first interface and a second interface, the first interface communicating with the peripheral device over a differential data connection including a first data conductor

and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device comprising:

first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface, and configured for connection to the clock conductor and the first data conductor in the single ended data connection when the computer includes the second interface;

an interface detection component, coupled to the first and second communication conductors, configured to detect which of the first and second interfaces the peripheral device is connected to by detecting a signal level on at least one of the communication conductors and to provide a connection output indicative of the detected interface; and

a controller component, coupled to the interface detection component, configured to communicate between the peripheral device and the computer over the first and second communication conductors according to a protocol corresponding to the detected interface based on the connection output.

34. The peripheral device of claim 33 wherein, when the computer includes the first interface, the first and second data conductors in the differential data connection in the computer are coupled to a first voltage potential with first and second resistive elements, respectively, and when the computer includes the second interface, the first data conductor in the single ended data connection and the clock conductor in the computer are pulled to a second voltage potential by third and fourth resistive elements, respectively, and wherein the interface detection component comprises:

a signal detector coupled to the first and second communication conductors and configured to detect signal levels on the first and second communication conductors and provide the connection output based on the signal levels detected.

35. The peripheral device of claim 34 wherein the interface detection component comprises:

a fifth resistive element;

a sixth resistive element;

a first selectable connection element selectively connecting the first communication conductor to a third voltage potential through the fifth resistive element; and

a second selectable connection element selectively connecting the second communication conductor to the third voltage potential through the sixth resistive element.

36. The peripheral device of claim 35 wherein the second and third voltage potentials are associated with a first logic level.

37. The peripheral device of claim 36 wherein the interface connection component is configured to deselect the first and second selectable connection elements to disconnect the first and second communication conductors from the third voltage potential upon power-up of the peripheral device.

38. The peripheral device of claim 37 wherein the signal detector is configured to detect signal levels on the first and second communication conductors upon power-up of the peripheral device, when the first and second selectable connection elements are deselected and to provide the connection output based on the signal levels.

39. The peripheral device of claim 38 wherein the signal detector is configured to provide the connection output

15

indicative of connection to the second interface when the signal level corresponding to at least one of the first and second communication conductors is at the first logic level.

**40.** The peripheral device of claim 39 wherein the interface detection component is configured to select the first selectable connection element and deselect the second connection element and wherein the signal detector is configured to provide the connection output indicative of connection to the second interface when the signal level corresponding to the first communication conductor is at a second logic level corresponding to the first voltage potential.

**41.** The peripheral device of claim 40 wherein the signal detector is configured to provide the connection output indicative of connection to the first interface when the signal level corresponding to the first communication conductor is at the first logic level.

**42.** The peripheral device of claim 40 wherein the interface detection component is configured to deselect the first selectable connection element and deselect the second connection element and wherein the signal detector is configured to provide the connection output indicative of connection to the first interface when the signal level corresponding to the first communication conductor is at the second logic level and to provide the connection output indicative of connection to the second interface when the signal level corresponding to at least one of the first and second communication conductors is at the first logic level.

**43.** The peripheral device of claim 42 wherein the first logic level corresponds to a logic one and wherein the second logic level corresponds to a logic zero.

**44.** The peripheral device of claim 33 wherein the controller component comprises:

a first controller configured to control communication according to a first protocol corresponding to the first interface; and

a second controller configured to control communication according to a second protocol corresponding to the second interface.

**45.** The peripheral device of claim 44 wherein the first controller is coupled to differential data pins providing differential data signals, the differential data pins being coupled to the first and second communication conductors.

**46.** The peripheral device of claim 45 wherein the second controller is coupled to first and second input/output (I/O) pins providing a clock signal and a first data signal, the first and second I/O pins being coupled to the first and second communication conductors.

**47.** The peripheral device of claim 46 and further comprising:

a first switch coupled between a first of the differential data pins and the first communication conductor, the controller component being configured to selectively close the first switch when the interface detection component provides the connection output indicative of the detected interface being the first interface.

**48.** The peripheral device of claim 47 wherein the controller component is configured to open the first switch when the interface detection component provides the connection output indicative of the detected interface being the second interface.

**49.** The peripheral device of claim 48 and further comprising:

a second switch coupled between a second of the differential data pins and the second communication conductor, the controller component being configured to selectively close the second switch when the inter-

16

face detection component provides the connection output indicative of the detected interface being the first interface.

**50.** The peripheral device of claim 49 wherein the controller component is configured to open the second switch when the interface detection component provides the connection output indicative of the detected interface being the second interface.

**51.** The peripheral device of claim 47 wherein the second controller is configured to provide a high impedance signal on the first and second I/O pins when the interface detection component provides the connection output indicative of the detected interface being the first interface.

**52.** The peripheral device of claim 51 and further comprising:

first and second resistive elements coupled between the first and second communication conductors and third and fourth I/O pins, respectively, wherein the controller component is configured to provide a signal on the third and fourth I/O pins at a high impedance state when the interface detection component provides the connection output indicative of the detected interface being the first interface and at a voltage level when the interface detection component provides the connection output indicative of the detected interface being the second interface.

**53.** A computer readable medium for use in a peripheral device connectable to a computer, the computer having one of a first interface and a second interface, the first interface communicating with the peripheral device over a differential data connection including a first data conductor and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device including first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface, and configured for connection to the clock conductor and the first data conductor in the single ended data connection when the computer includes the second interface, the computer readable medium including instructions stored thereon which when executed by the peripheral device causes the peripheral device to execute the steps of:

detecting which of the first and second interfaces the peripheral device is connected to by monitoring a state of the first and second communication conductors; and

communicating with the computer over the first and second communication conductors according to a protocol corresponding to the detected interface.

**54.** The computer readable medium of claim 53 wherein detecting comprises:

disconnecting the first and second communication conductors from a predetermined voltage potential;

determining whether either of the first and second communication conductors is at a first logic level associated with the first voltage potential; and

if so, determining that the peripheral device is connected to the second interface.

**55.** The computer readable medium of claim 54 wherein detecting further comprises:

if neither of the first and second communication conductors is at the first logic level, connecting the first communication conductor to the first voltage potential through a first resistive element;

determining whether the first communication conductor is at a second logic level associated with a second voltage potential; and

17

if so, determining that the peripheral device is connected to the second interface.

56. The computer readable medium of claim 55 wherein detecting further comprises:

if the first communication conductor is not at the second logic level, determining that the peripheral device is connected to the first interface.

57. The computer readable medium of claim 55 wherein detecting further comprises:

if the first communication conductor is not at the second logic level, disconnecting the first communication conductor from the first voltage potential; and

determining whether either of the first and second communication conductors are at the first voltage potential.

58. The computer readable medium of claim 57 wherein detecting further comprises:

if either of the first and second communication conductors are at the first logic level, determining that the peripheral device is connected to the second interface; and

otherwise, determining that the peripheral device is connected to the first interface.

59. A method implemented by a peripheral device for detecting whether the peripheral device is connected to a

18

first interface or a second interface in a computer, the first interface communicating with the peripheral device over a differential data connection including a first data conductor and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device including first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface, and configured for connection to the clock conductor and the first data conductor in the single ended data connection when the computer includes the second interface, the method comprising:

detecting which of the first and second interfaces the peripheral device is connected to by detecting a signal level on at least one of the first and second communication conductors; and

communicating with the computer over the first and second communication conductors according to a protocol corresponding to the detected interface.

* * * * *

(12) **United States Patent** (10) **Patent No.:** **US 6,795,949 B2**

Hanson et al. (45) **Date of Patent:** *Sep. 21, 2004**

Case 1:08-cv-00360-RC Document 1-3 Filed 07/31/2008 Page 1 of 13

(54) **METHOD AND APPARATUS FOR DETECTING THE TYPE OF INTERFACE TO WHICH A PERIPHERAL DEVICE IS CONNECTED**

(75) Inventors: **Mark T. Hanson**, Lynnwood, WA (US); **Lord Nigel Featherston**, Redmond, WA (US); **Nathan C. Sherman**, Redmond, WA (US); **Victor P. Drake**, Redmond, WA (US); **Keith Mullins**, Kent, WA (US); **David L. Holo**, Des Moines, WA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 60 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/260,188**

(22) Filed: **Sep. 30, 2002**

(65) **Prior Publication Data**

US 2003/0074176 A1 Apr. 17, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/112,171, filed on Jul. 8, 1998, now Pat. No. 6,460,094.

(51) Int. Cl.[7] ................................................. G06F 17/50
(52) U.S. Cl. ........................ 716/1; 716/4; 716/5; 716/6
(58) Field of Search .............................. 716/1, 4–6, 12, 716/8; 710/129, 100, 15, 63, 62, 110, 8–14, 305–317; 326/30; 360/69; 708/854; 713/400

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,500,933 A    2/1985    Chan ............................ 360/69

| | | | |
|---|---|---|---|
| 4,785,469 A | 11/1988 | Joshi et al. | 375/110 |
| 5,043,938 A | 8/1991 | Ebersole | 364/900 |
| 5,473,264 A | 12/1995 | Mader et al. | 326/30 |
| 5,481,696 A | 1/1996 | Lomp et al. | 395/500 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 860 781 A2 | 2/1998 |
| WO | WO 97/31386 | 8/1997 |
| WO | WO 97/17214 | 4/1999 |

OTHER PUBLICATIONS

Universal Ser. Bus Specification, Rev. 1.1, Section 7.1.5: Device speed identification, pp. 113 and 114, Sep. 23, 1998.

*Primary Examiner*—Vuthe Siek
*Assistant Examiner*—Naum Levin
(74) *Attorney, Agent, or Firm*—Joseph R. Kelly; Westman, Champlin & Kelly, P.A.

(57) **ABSTRACT**

A peripheral device is connectable to a computer having one of a first interface and a second interface. The first interface communicates with the peripheral device over a differential data connection having a first data conductor and a second data conductor. The second interface communicates with the peripheral device over a clock conductor and a single ended data connection which includes a data conductor. The peripheral device has first and second communication conductors configured for connection to the first and second data conductors in the differential data connection when the computer includes the first interface and is configured for connection to the first data conductor in the single ended data connection and the clock conductor when the computer is provided with the second interface. The peripheral device includes an interface detection component coupled to the first and second communication conductors and configured to detect which of the first and second interfaces the peripheral device is connected to. The peripheral device also includes a controller component configured to communicate between the peripheral device according to a protocol corresponding to the detected interface.

**3 Claims, 6 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,548,782 A | | 8/1996 | Michael et al. | 395/835 |
| 5,574,859 A | * | 11/1996 | Yeh | 710/300 |
| 5,577,213 A | * | 11/1996 | Avery et al. | 710/100 |
| 5,586,268 A | * | 12/1996 | Chen et al. | 710/38 |
| 5,606,672 A | * | 2/1997 | Wade | 710/316 |
| 5,612,634 A | | 3/1997 | MacKenna | 326/62 |
| 5,615,344 A | * | 3/1997 | Corder | 710/62 |
| 5,644,790 A | | 7/1997 | Li et al. | 395/883 |
| 5,671,355 A | * | 9/1997 | Collins | 709/250 |
| 5,754,890 A | | 5/1998 | Holmdahl et al. | 395/883 |
| 5,793,999 A | | 8/1998 | Mori | 395/309 |
| 5,828,905 A | | 10/1998 | Rao | 395/883 |
| 5,832,244 A | | 11/1998 | Jolley et al. | 395/309 |
| 5,841,424 A | | 11/1998 | Kikinis | 345/168 |
| 5,857,112 A | | 1/1999 | Hashemi et al. | 395/828 |
| 5,928,347 A | | 7/1999 | Jones | 710/129 |
| 5,935,224 A | | 8/1999 | Svancarek et al. | 710/63 |
| 5,969,529 A | | 10/1999 | Eiraku et al. | 324/433 |
| 6,006,295 A | | 12/1999 | Jones et al. | 710/62 |
| 6,012,103 A | | 1/2000 | Sartore et al. | 710/8 |
| 6,094,063 A | | 7/2000 | St. Pierre, Jr. et al. | 326/37 |
| 6,151,647 A | * | 11/2000 | Sarat | 710/301 |
| 6,442,734 B1 | * | 8/2002 | Hanson et al. | 716/4 |
| 6,460,094 B1 | | 10/2002 | Hanson et al. | 710/8 |
| 6,625,790 B1 | * | 9/2003 | Casebolt et al. | 716/8 |

* cited by examiner

Case 3:00-cv-03660-RS        Document 115        Filed 07/31/2008        Page 3 of 13

*FIG. 1*



Removable storage 29

Optical drive 31

Monitor 47

COMPUTER 20

VIDEO ADAPTER 48

Optical Disk Drive 30

INTF34

CPU 21

Magnetic Disk Drive 28

INTF33

HARD DRIVE 27

INTF 32

MEMORY 22

ROM 24
BIOS 26

RAM 25

OPERATING SYSTEM 35

PROGRAM MODULE 37

APPLICATION PROGRAMS 36

PROGRAM DATA 38

23

PS2/USB PORT 45

SERIAL PORT INTERFACE 46

NETWORK ADAPTER 53

Keyboard 40

Mouse 42

MODEM 54

WAN 52

LAN 51

REMOTE COMPUTER 49

MEMORY 50

Copy provided by USPTO from the PIRS Image Database on 06/24/2008

Case 5:08-cv-03666-RS   Document 1-3   Filed 07/31/2008   Page 4 of 13



FIG. 2A



FIG. 2B

Copy provided by USPTO from the PIRS Image Database on 06/24/2008



FIG. 2C

FIG. 3A

Copy provided by USPTO from the PIRS Image Database on 06/24/2008

Case 5:08-cv-03666-RS    Document 1-3    Filed 07/31/2008    Page 6 of 13



FIG. 3B

Copy provided by USPTO from the PIRS Image Database on 06/24/2008

Case 3:08-cv-03666-RS    Document 1-3    Filed 07/31/2008    Page 7 of 13



FIG. 4

Copy provided by USPTO from the PIRS Image Database on 06/24/2008



FIG. 5

Copy provided by USPTO from the PIRS Image Database on 06/24/2008

US 6,793,049 B2

1

# METHOD AND APPARATUS FOR DETECTING THE TYPE OF INTERFACE TO WHICH A PERIPHERAL DEVICE IS CONNECTED

The present application is a continuation from and claims priority from co-pending application Ser. No. 09/112,171, entitled METHOD AND APPARATUS FOR DETECTING THE TYPE OF INTERFACE TO WHICH PERIPHERAL DEVICE IS CONNECTED filed Jul. 8, 1998 now U.S. Pat. No. 6,460,094

## BACKGROUND OF THE INVENTION

The present invention relates to a peripheral device connectable to a computer. More particularly, the present invention relates to a peripheral device configured to detect the type of interface to which it is connected.

A wide variety of peripheral devices are currently configured to be connectable to computers. Such peripheral devices commonly include user input devices, such as keyboards, point and click devices (traditionally referred to as a computer mouse) and other similar types of devices.

The computer to which such devices are connected communicates with the devices through one of a number of interfaces. Interfaces commonly used to connect to such peripheral devices include a serial interface (such as an RS232 interface) and a PS2 interface. Indeed, the PS2 interface has long been a standard for connecting keyboards and mice to computers.

However, recently, another serial interface referred to as a universal serial bus (USB) interface has been introduced. The USB interface accommodates a wide variety of computer peripherals, including keyboards and mice. However, a conventional computer is typically provided with only one interface (such as a PS2 or USB interface) for communication with peripheral devices. Therefore, if the computer is provided with a PS2 interface, the keyboard or mouse must be configured to support communication with the computer according to a protocol defined by the PS2 interface. Similarly, if the computer is provided with the USB interface, the keyboard or mouse must be configured to communicate according to a protocol defined by the USB interface.

In order to do this, a conventional computer peripheral device contains a microprocessor which runs a software program to carry out the functions of that particular peripheral device. In the device such as a keyboard or mouse, the software program includes an interface between the peripheral device and the host computer, through which the peripheral device communicates with the host computer. Such communication often includes receiving commands from the host computer and transmitting data and status information to the host computer.

As discussed above, the PS2 and USB interfaces have different hardware and software requirements, which must be met by the microprocessor in the peripheral device so that the peripheral device can communicate with the host computer. The PS2 interface uses two conductors which include a separate clock conductor and a separate data conductor. These conductors are driven by the computer through an open-collector or open-drain circuit, and have a pull-up resistor (typically in the range of 2 k ohms to 10 k ohms) pulling the conductor to a rail voltage (such as VCC) inside the host computer. The open-collector or open-drain circuit (commonly a transistor) is typically implemented inside the microprocessor. Another pull-up resistor is required inside

2

the peripheral device as well. The peripheral device communicating over a PS2 interface is responsible for providing a clock signal on the clock conductor, regardless of the direction of data flow on the data conductor. The host computer pulls the clock conductor to a logic low level to inhibit communication from the peripheral device, and it can also pull the data conductor low to signal to the peripheral device that the host computer intends to transmit data to the peripheral device.

The USB interface also uses two conductors which include differential data signal conductors D+ and D−. In the USB interface at the USB port (i.e., at the host computer or USB hub), the two conductors are pulled to a logic low level via 15 k ohm resistors. In the peripheral device, the D+ conductor is pulled to approximately 3.3 volts via a 1.5 k ohm resistor if the peripheral device is a high-speed USB peripheral device. The D− conductor is pulled to 3.3 volts via a 1.5 k ohm resistor if the peripheral device is a low-speed USB peripheral device. When a peripheral device is attached to the USB port, the USB host determines whether it is a low-speed or high-speed device by determining which of the D+ or D− conductors is pulled to the logical high level.

Thus, it can be seen that the two interfaces have different hardware structures, and communicate using different software protocols. Traditionally, separate peripheral devices have been provided, one being configured to communicate with a USB interface, and the other being configured to communicate with a PS2 interface. This requires the manufacturer of such peripheral devices to offer two different types of peripheral devices in order to support these two different interfaces.

## SUMMARY OF THE INVENTION

The present invention defines a method and apparatus in the peripheral device such that the peripheral device can determine which type of interface it is connected to, and configure itself accordingly.

The peripheral device is connectable to a computer having one of a first interface and a second interface. The first interface communicates with a peripheral device over a differential data connection having a first data conductor and a second data conductor. The second interface communicates with the peripheral device over a clock conductor and a single-ended data connection, which includes a data conductor. The peripheral device has first and second communication conductors configured for connection to the first and second data conductors in the differential data connection and to the first data conductor in the single ended data connection and the clock conductor. The peripheral device includes an interface detection component configured to detect which of the first and second interfaces the peripheral device is connected to. The peripheral device also includes a controller component configured to communicate between the peripheral device and the computer according to a protocol corresponding to the detected interface.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of an exemplary environment in which an input device in accordance with the present invention can be used.

FIGS. 2A–2C illustrate conventional high-speed and low-speed USB peripheral devices and a PS2 peripheral device coupled to a USB interface and a PS2 interface, respectively.

FIGS. 3A and 3B illustrate a peripheral device in accordance with the present invention coupled to a USB interface and a PS2 interface, respectively.

3

FIG. 4 is a flow diagram illustrating operation of a peripheral device in accordance with one aspect of the present invention.

FIG. 5 is a block diagram illustrating another embodiment in accordance with one aspect of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention includes a method and apparatus, implemented in a peripheral device, by which the peripheral device detects whether it is coupled to a PS2 interface or a USB interface. A peripheral device, in accordance with one aspect of the present invention, senses the state of the interface, changes a hardware configuration of the interface through software control, and observes the effect of the configuration change on the state of the interface. The nature of changes on the interface allows the peripheral device to determine which type of interface it is connected to, and thus allows the peripheral device to configure itself appropriately.

FIG. 1 and the related discussion are intended to provide a brief, general description of a suitable computing environment in which the invention may be implemented. Although not required, the invention will be described, at least in part, in the general context of computer-executable instructions, such as program modules, being executed by a personal computer or other computing device. Generally, program modules include routine programs, objects, components, data structures, etc. that perform particular tasks or implement particular abstract data types. Moreover, those skilled in the art will appreciate that the invention may be practiced with other computer system configurations, including hand-held devices, multiprocessor systems, microprocessor-based or programmable consumer electronics, network PCs, minicomputers, mainframe computers, and the like. The invention is also applicable in distributed computing environments where tasks are performed by remote processing devices that are linked through a communications network. In a distributed computing environment, program modules may be located in both local and remote memory storage devices.

With reference to FIG. 1, an exemplary environment for the invention includes a general purpose computing device in the form of a conventional personal computer 20, including processing unit 21, a system memory 22, and a system bus 23 that couples various system components including the system memory to the processing unit 21. The system bus 23 may be any of several types of bus structures including a memory bus or memory controller, a peripheral bus, and a local bus using any of a variety of bus architectures. The system memory includes read only memory (ROM) 24 a random access memory (RAM) 25. A basic input/output system 26 (BIOS), containing the basic routine that helps to transfer information between elements within the personal computer 20, such as during start-up, is stored in ROM 24. The personal computer 20 further includes a hard disk drive 27 for reading from and writing to a hard disk (not shown), a magnetic disk drive 28 for reading from or writing to removable magnetic disk 29, and an optical disk drive 30 for reading from or writing to a removable optical disk 31 such as a CD ROM or other optical media. The hard disk drive 27, magnetic disk drive 28, and optical disk drive 30 are connected to the system bus 23 by a hard disk drive interface 32, magnetic disk drive interface 33, and an optical drive interface 34, respectively. The drives and the associated computer-readable media provide nonvolatile storage of computer readable instructions, data structures, program modules and other data for the personal computer 20.

4

Although the exemplary environment described herein employs a hard disk, a removable magnetic disk 29 and a removable optical disk 31, it should be appreciated by those skilled in the art that other types of computer readable media which can store data that is accessible by a computer, such as magnetic cassettes, flash memory cards, digital video disks, Bernoulli cartridges, random access memory (RAM), read only memory (ROM), and the like, may also be used in the exemplary operating environment.

A number of program modules may be stored on the hard disk, magnetic disk 29, optical disk 31, ROM 24 or RAM 25, including an operating system 35, one or more application programs 36, other program modules 37, and program data 38. A user may enter commands and information into the personal computer 20 through input devices such as a keyboard 40 and pointing device (or mouse) 42. Other input devices (not shown) may include a microphone, joystick, game pad, satellite dish, scanner, or the like. These and other input devices are often connected to the processing unit 21 through one of a plurality of ports. For instance, keyboard 40 and mouse 42 are connected through a PS2 or USB interface 45. In the illustrative embodiment, interface (or port) 45 is coupled to the system bus 23. User input devices may also be connected by other interfaces, such as a sound card, a parallel port, or a game port. A monitor 47 or other type of display device is also connected to the system bus 23 via an interface, such as a video adapter 48. In addition to the monitor 47, personal computers may typically include other peripheral output devices such as speakers and printers (not shown).

The personal computer 20 may operate in a networked environment using logic connections to one or more remote computers, such as a remote computer 49. The remote computer 49 may be another personal computer, a server, a router, a network PC, a peer device or other network node, and typically includes many or all of the elements described above relative to the personal computer 20, although only a memory storage device 50 has been illustrated in FIG. 1. The logic connections depicted in FIG. 1 include a local area network (LAN) 51 and a wide area network (WAN) 52. Such networking environments are commonplace in offices, enterprise-wide computer network intranets and the Internet.

When used in a LAN networking environment, the personal computer 20 is connected to the local area network 51 through a network interface or adapter 53. When used in a WAN networking environment, the personal computer 20 typically includes a modem 54 or other means for establishing communications over the wide area network 52, such as the Internet. The modem 54, which may be internal or external, is connected to the system bus 23 via the serial port interface 46. In a network environment, program modules depicted relative to the personal computer 20, or portions thereof, may be stored in the remote memory storage devices. It will be appreciated that the network connections shown are exemplary and other means of establishing a communications link between the computers may be used.

FIGS. 2A–C illustrate conventional peripheral devices coupled to conventional interfaces. FIG. 2A illustrates a high-speed USB peripheral device 100 connected through USB interface 102 to CPU 21 of host computer 20. It should be noted that high-speed USB peripheral device 100 can be any suitable peripheral device. Peripheral device 100 is connected to USB interface 102 and communicates therewith over two conductors 104 and 106. Conductors 104 and 106 are connected to corresponding conductors 108 and 110 through USB connector 112. Conductors 104 and 106 carry signals denoted D+ and D− in a high-speed USB device.

Copy provided by USPTO from the PIRS Image Database on 06/24/2008

5                                                                6

Signals D+ and D− are differential digital data signals with which peripheral device 100 communicates with computer 20.

In a high-speed USB arrangement, conductor 104, which carries signal D+, is pulled to a logical high level (such as VCC) by a pull-up resistor 114. Resistor 114 is preferably valued such that the voltage potential to which conductor 104 is pulled is approximately 3.3 volts. Therefore, resistor 114 can, for instance, be a 7.5 k ohm resistor connected to a 5 volt VCC rail.

In USB interface 102 on computer 20, both conductors 108 and 110 (which correspond to the D+ and D− signals) are pulled to a logic low level by two 15 k ohm resistors 116 and 118. When peripheral device 100 is initially attached to computer 20 through USB interface 102, computer 20 can determine that peripheral device 100 is a high-speed USB peripheral device because the conductor 104 corresponding to signal D+ is pulled to a logical high level, while conductor 106 which corresponds to signal D− is not.

FIG. 2B illustrates the connection of a low-speed USB peripheral device 120 to computer 20. Some items are similar to those shown in FIG. 2A, and are similarly numbered. However, rather than having conductor 104 (corresponding to signal D+) pulled to a logical high level with resistor 114, conductor 106 (which corresponds to signal D−) is pulled to a logical high level with resistor 122. Thus, computer 20 determines that peripheral device 120 is a low-speed USB device.

FIG. 2C illustrates another peripheral device 124 connected to computer 20. Peripheral device 124 is configured to communicate with computer 20 through a PS2 interface 126. PS2 peripheral device 124 communicates with computer 20 over a pair of conductors 104 and 106, which correspond to a data signal and a clock signal. Conductors 104 and 106 are connected to transistors 131 and 133, which are configured as open-collector or open-drain switches controlled by the microprocessor in peripheral device 124. Conductors 104 and 106 are connected to conductors 108 and 110 through PS2 connector 128. Conductors 104 and 106 are pulled to a logical high level at peripheral device 124 by resistors 130 and 132 which are typically in a 2 k−10 k ohm range.

In PS2 interface 126, conductors 108 and 110 are also pulled to logical high level by resistors 134 and 136, which are also typically in a 2 k−10 k ohm range. Conductors 108 and 110 are also coupled to ground by transistors 138 and 140, which are typically open-drain or open-collector and driven by appropriate circuitry in processor 21. It should also be noted that transistors 138 and 140 can typically be implemented inside processor 21, or discretely.

With the open-collector configured interface, when a logical 1 is written to either conductor 108 or 110, the conductor is not actively driven high. Instead, it is pulled high, to nearly the rail voltage VCC, via the pull-up resistors 134 and 136. In this manner, either host processor 21 or peripheral device 124 can drive the conductor low without the concern of the conductor already being actively driven high.

Peripheral device 124 is responsible for providing the clock signal over conductors 106 and 110, to host processor 21, regardless of the direction of data flow over conductors 104 and 108. Host processor 21 can pull the conductor 110 carrying the clock signal low by controlling transistor 140 appropriately. This inhibits communication from peripheral device 124. Host processor 21 can also pull the data conductor 108 low by manipulating transistor 138 in order to

signal peripheral device 124 that host processor 21 intends to transmit data.

FIG. 3A illustrates host computer 20 coupled to a peripheral device 142 in accordance with one aspect of the present invention. A number of items are similar to those shown in FIGS. 2A–2C, and are similarly numbered. Also, in FIG. 3A, computer 20 is provided with USB interface 102, rather than PS2 interface 126.

Peripheral device 142 includes communication controller 144, switch controller 146, and signal level detector 148. Peripheral device 142 is also coupled to first switch 150 and second switch 152. Switches 150 and 152 are coupled to a rail voltage VCC, and to pull-up resistors 154 and 156 which are, in turn, coupled to conductors 158 and 160. Conductors 158 and 160 are provided to connector 112 for connection to conductors 108 and 110 at computer 20.

FIG. 3B shows peripheral device 142 coupled to host computer 20. In FIG. 3B, host computer 20 is provided with PS2 interface 126, rather than USB interface 102. It should be noted that, regardless of the particular interface 102 or 126 with which host computer 20 is provided, peripheral device 142 is the same.

In accordance with one aspect of the present invention, pull-up resistors 154 and 156 are switched on and off under the control of switch controller 146, which is preferably implemented in the microprocessor of peripheral device 142. While transistors 150 and 152 are shown as discrete switching transistors, they can also be implemented within the microprocessor of peripheral device 142, such that the side of resistor 154 coupled to switch 150 can be connected directly to an input pin of the microprocessor in peripheral device 142, as can the side of resistor 156 coupled to switch 152. Further, while switches 150 and 152 are illustrated as bipolar junction transistors, other switch mechanisms can be used as well, such as field effect transistors, relays, etc.

It should also be noted that the data signal of PS2 interface 126 and the D+ signal of the USB interface 102 are coupled to conductor 158, and the PS2 clock signal and the D− signal are coupled to conductor 160. Thus, peripheral device 142 can operate as a high-speed USB peripheral device or as a PS2 device. The relationship between the signals is reversed (i.e., the D+ and D− signals are reversed with respect to the PS2 clock and data signals) when peripheral device 142 is configured to operate as a low-speed USB peripheral device or a PS2 device. Further, these relationships could be reversed. An adapter is preferably provided in connector 112 to accommodate different connections used for the PS2 and the two types of USB interfaces.

FIG. 4 is a flow diagram, which illustrates the operation of peripheral device 142. Upon being connected to computer 20, peripheral device 142 receives power from computer 20. Power-up of peripheral device 142 is illustrated by block 180. Switch controller 146 in peripheral device 142 then turns off both switches 150 and 152. This disables pull-up resistors 154 and 156 from pulling conductors 158 and 160 to a logical high voltage potential, effectively disconnecting resistors 154 and 156 from the rail voltage VCC. Disabling the pull-ups is indicated by block 182 in FIG. 4.

Signal level detector 148 then detects whether the signal level on either conductor 158 or 160 is at a logical high level. Signal level detector 148 can be any suitable signal level detector. This is indicated by block 184.

If either or both conductors 158 or 160 are carrying a logical high signal, peripheral device 142 concludes that it is connected to a PS2 interface 126, rather than a USB interface 102. This is because, with pull-up resistors 154 and

Copy provided by USPTO from the PIRS Image Database on 06/24/2008

7

156 disabled, the pull-down resistors 116 and 118 in USB interface 102 would tend to pull conductors 108 and 110 (and hence conductors 158 and 160) to a logical low level. Therefore, if either of the conductors are at a logical high level, the conductors are being pulled high by resistors 134 and 136 in the PS2 interface 126.

However, if both conductors are low, peripheral device 142 cannot yet determine which type of interface it is connected to. For example, in the USB interface 102, pull-down resistors 116 and 118 could be pulling the conductors to a logic low level. However, it is also valid for PS2 interface 126 to have switches 138 and 140 energized thus driving the conductors carrying both the data and clock signals to a logical low level. Therefore, upon power-up and disabling of pull-up resistors 154 and 156, if the signals on both conductors 158 and 160 are at a logical low level, peripheral device 142 needs to take additional steps to determine which type of interface it is connected to.

Switch controller 146 then turns on switch 150 to enable pull-up resistor 154. It should be noted that the particular pull-up resistor enabled at this point is that pull-up resistor which is connected to the PS2 data conductor and the USB D+ conductor for a high-speed USB device, or the PS2 data conductor and the USB D− conductor for a low-speed USB device. The flow diagram illustrated in FIG. 4 illustrates operation of the PS2/high-speed USB peripheral device.

In any case, once pull-up resistor 154 is enabled by switch controller 146 turning on switch 150, signal level detector 148 again looks at the signal level on conductor 158. If that signal stays at a logical low level, peripheral device 142 can safely conclude that it is connected to PS2 port 126, rather than a USB port 102. This is because, with pull-up resistor 154 enabled, in order for there to be a logical low level signal on conductor 158, conductor 158 must be positively driven to a low level by transistor 138 in PS2 interface 126. The enabled pull-up resistor 154 would otherwise pull conductor 158 to a logical high level if it had been connected to USB interface 102.

Enabling pull-up resistor 154 and detecting the signal level on conductor 158 is indicated by blocks 186 and 188 in FIG. 4.

If, on the other hand, after the pull-up resistor 154 is enabled, the associated conductor is not at a logical low level, then peripheral device 142 is probably connected to a USB interface 102. This assumption can be made most of the time, and thus peripheral device 142 can optionally stop the detection algorithm at this point and run the USB software. This is indicated by dashed arrow 190 in FIG. 4.

However, there is a small chance that peripheral device 142 could be connected to a PS2 interface 126 wherein the host processor 21 coincidentally allowed the data signal to go to a logical high level at the same instant that switch controller 146 enabled pull-up resistor 154. Peripheral device 142 can thus take additional steps to further ensure that its determination as to the type of interface is correct. In that instance, switch controller 146 disables pull-up resistor 154, and signal level detector 148 then determines whether the signal level on either of conductors 158 or 160 is at a logical high level. This is indicated by blocks 192 and 194 in FIG. 4.

If either conductor is at a logical high level, then peripheral device 142 can safely assume that it is connected to a PS2 interface 126, rather than a USB interface 102. If, on the other hand, neither of the conductors is at a logical high level, peripheral device 142 can assume that it is connected to USB interface 102, rather than a PS2 interface 126. In

8

addition, peripheral device 142 can safely conclude that it is connected to a PS2 device if, at any time, it is determined that the PS2 clock signal has assumed a logical high level.

The probability of a second, coincidental switching by the host processor 21 of the data signal back to a logical low level at the same instant that the switch controller 146 disables the pull-up resistor 146 is very low, since such a reversal, again, that signal low to high to low, while the clock signal remains low, is a violation of the PS2 protocol.

Once the peripheral device 142 has determined which type of interface it is connected to, it branches to a portion of its software code that supports that type of interface and the code operates to turn on resistors appropriate to the detected interface. This is indicated by blocks 196 and 198 in FIG. 4.

It should be noted that while FIG. 4 has been described with respect to testing of the conductor carrying the PS2 data signal, the present invention can be carried out by testing the conductor carrying the PS2 clock signal instead. The process is the same.

FIG. 5 is a block diagram of another peripheral device 200 in accordance with another aspect of the present invention. Peripheral device 200 includes USB microcontroller 202 which includes USB controller component 204, connection type determination component 205 and PS2 controller component 206. Peripheral device 200 also includes pull up resistor 208, resistors 210 and 212, and switch 214. Microcontroller 200 also includes a plurality of input/output (I/O) pins 216, 218, 220, 222 and 224.

Microcontroller 200 also includes USB differential data outputs D+ and D− provided on pins 226 and 228. The D+ and D− pins 226 and 228 are coupled to conductors which represent USB D+ and USB D− signals for a high-speed USB device, and PS2 data and PS2 clock signals, respectively, for a PS2 device.

When peripheral device 200 is attached to host processor 21 through either PS2 interface 126 or USB interface 102, connection type determination component 205 determines what type of interface peripheral device 200 is connected to. Microcontroller 202 is powered up and initially provides a signal on I/O pin 224 causing switch 214 to remain open. Component 205 first examines pin 218 to determine the level of the signal on pin 218. If the signal level is at a logic one (or a logical high level), component 205 determines that peripheral device 200 is connected to a PS/2 interface 126. This is because, with switch 214 open, and pin 218 at a logical high level, the signal level must be being pulled high by the pull up resistor in the PS2 interface.

On the other hand, if the signal level on pin 218 is still at a logical zero (or a logical low level) the component 205 provides a logical high output on pin 216. This essentially enables pull up resistor 210. Component 205 then again examines the signal level on pin 218. If the signal is at a logical low level, the signal is being actively driven low by the interface to the host system. Thus, the interface must be a PS2 interface. However, if the signal is pulled up to a logical high level, then the interface is determined to be a USB interface.

If the interface to which peripheral device 200 is connected is determined to be a USB interface, then USB controller 204 provides a signal on pin 224 causing switch 214 to be closed. In addition, microcontroller 202 provides pins 216, 218, 220 and 222 in a high impedance state. USB controller component 204 then simply controls communication with the host system according to a USB protocol using differential data D+ and D−.

9                                              10

If, on the other hand, the interface is determined to be a PS2 interface, then switch 214 is maintained in the open position and microcontroller 202 provides signals on pins 216 and 220 in a logical high level thus enabling pull up resistors 210 and 212 (both of which are illustratively 2.2 k ohms). PS2 controller component 206 then controls communications using pins 218 and 222 as the PS2 data and PS2 clock lines, respectively.

It should be noted that some USB devices have a serial interface engine which is permanently enabled. A condition in which both differential data signals D+ and D− go to a logical zero causes the part to reset itself. By providing switch 214, with pull up resistor 208, the present invention ensures that when switch 214 is open, the D+ signal to USB controller 204 is always maintained at a logical high level.

Further, other USB controllers 204 may require both the differential data signals D+ and D− to be disconnected when PS2 controller 206 is controlling communication with the PS2 interface. In that case, an additional switch is placed in the D− conductor and is maintained in the open position during determination of the connection type, and during communication if the interface type is determined to be a PS2 interface. If, on the other hand, the interface type is determined to be a USB interface, the switches are both closed and USB controller 204 controls communication according to the USB protocol.

In an illustrative embodiment, the determination of the interface connection type can be done at power-up only, or it can be repeated upon software exception, such as might occur from a watchdog time out or an electrostatic discharge event, or it can be repeated at regular intervals during normal operation.

Thus, it can be seen that the present invention provides a method and apparatus by which a peripheral device can determine whether it is connected to a USB interface or a PS2 interface. The manufacturer of such peripheral devices need only support one product, rather than two separate products, yet will still accommodate connection to computers with both types of interfaces.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

1. A peripheral device connectable to a computer, the computer having one of a first interface and a second interface, the first interface communicating with the peripheral device over a differential data connection including a first data conductor and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including at least a first data conductor, and a clock conductor, the peripheral device comprising:

first and second conductors configured for connection to the first and second data conductors when the computer includes the first interface, and configured for connection to the first data conductor and the clock conductor when the computer includes the second interface;

an interface detector, operably coupled to at least one of the first and second conductors, configured to detect which of the first and second interfaces the peripheral device is connected to, based on sensed signal levels on at least one of the first and second conductors, and to provide a connection output indicative of the detected interface; and

a controller component, operably coupled to the interface detection component, configured to communicate with the computer over the first and second conductors according to a protocol corresponding to the detected interface.

2. A computer readable medium for use in a peripheral device connectable to a computer, the computer having one of a first peripheral device interface and a second peripheral device interface, the first peripheral device interface having a differential data connection including a first data conductor and a second data conductor, and the second peripheral device interface having a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device including first and second conductors configured for connection to the first and second data conductors when the computer includes the first peripheral device interface, and configured for connection to the first data conductor and the clock conductor when the computer includes the second peripheral device interface, the computer readable medium including instructions stored thereon which when executed by the peripheral device, cause the peripheral device to execute the steps of:

detecting which of the first and second peripheral device interfaces the peripheral device is connected to by signal activity on at least one of the first and second conductors; and

communicating with the computer over the first and second conductors according to a protocol corresponding to the detected interface.

3. A method implemented by a peripheral device for detecting whether the peripheral device is connected to a first interface or a second interface in a computer, the first interface communicating with the peripheral device over a differential data connection including a first data conductor and a second data conductor, and the second interface communicating with the peripheral device over a single ended data connection, including a first data conductor, and a clock conductor, the peripheral device including first and second conductors configured for connection to the first and second data conductors when the computer includes the first interface, and configured for connection to the first data conductor and the clock conductor when the computer includes the second interface, the method comprising:

detecting which of the first and second interfaces the peripheral device is connected to by attempting to impose a signal level on at least one of the first and second conductors and detecting a signal level on the at least one conductor; and

communicating with the computer according to a protocol corresponding to the detected interface.

*  *  *  *  *

Copy provided by USPTO from the PIRS Image Database on 06/24/2008

US005414445A

# United States Patent [19]

## Kaneko et al.

[11] Patent Number: 5,414,445

[45] Date of Patent: May 9, 1995

[54] **ERGONOMIC POINTING DEVICE**

[75] Inventors: **Steven T. Kaneko; Aditha M. Adams,** both of Seattle, Wash.

[73] Assignee: **Microsoft Corporation,** Redmond, Wash.

[21] Appl. No.: **957,682**

[22] Filed: **Oct. 7, 1992**

[51] Int. Cl.[6] ............................................. G09G 3/02
[52] U.S. Cl. ............................. 345/163; 345/164
[58] Field of Search ................................. 345/164–166, 345/163; D14/107, 114

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 288,930 | 3/1987 | Barbera et al. | D14/100 |
| D. 291,318 | 8/1987 | Kim | D14/114 |
| D. 302,426 | 7/1989 | Bradley et al. | D14/114 |
| 3,835,464 | 9/1974 | Rider | 345/164 |
| 4,559,532 | 12/1982 | Hosogoe | 340/710 |
| 4,562,314 | 12/1985 | Hosogoe et al. | 200/5 R |
| 4,613,853 | 9/1986 | Hosogoe et al. | 345/164 |
| 4,754,268 | 6/1988 | Mori | 340/710 |
| 4,786,892 | 11/1988 | Kubo et al. | 345/164 X |
| 4,806,917 | 2/1989 | Hosogoe | 345/164 |
| 4,862,165 | 8/1989 | Gart | |
| 5,252,970 | 10/1993 | Baronowsky | 345/164 X |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0348153 | 12/1989 | European Pat. Off. | G06K 11/06 |
| 0453587A1 | 10/1991 | European Pat. Off. | G06K 11/18 |

### OTHER PUBLICATIONS

SICOS Colani Mouse by Sicos Computer–Zugehor, Promotional Material, 1992.
Lewis, "Building a Better Mouse," *San Jose Merc. News,* Feb. 3: 1991.
Tessler, "Input Alternatives," *Macworld,* Jun.: 154–159, 1992.
Gruman, "What Price Mice," *Infoworld,* Apr. 23: 63–69, 1990.
Gruman & Needleman, "Graphical Interfaces Spur the Development of Alternative Input Devices," *Infoworld,* Apr. 23: 72. 1990.
Lusty & Spector, "Keyboards, Mice, and Trackballs

With the Personal Touch," *PC World,* Jun.: 166–170, 1990.
Yacco, "New Alternative Mac Pointers: Pointing to the Future?," *Computer Shopper,* Dec.: 568–574, 1990.
Bermant, "The Mouse that Roared," *Personal Workstation,* Jun.: 71–72, 1991.
Zelnick, "Alternate Input Mice and Trackballs," *PC Magazine,* Aug.: 212–213, 220–222, 1990.
Rice, "Mice vs. Trackballs: The Anatomy of a Choice," *PC Magazine,* Aug.: 216–217, 1990.
Sullivan, "Mice Find their Niche in Graphical Environments," *PC Week,* Sep. 9: 105–106, 1991.
"Makers Offer a Diverse Range of Mice," *Computer Products,* Oct.: 176–242, 1990.
Logitech Series/2 Mouse by Logitech, Inc., Promotional Material, 1988.
PC Mouse by MSC Technologies, Inc.
HiRez Mouse by Logitech, Inc.
GVC LiteMouse (Model OM–A1) by GVC Corporation.
Omnimouse by MSC Technologies, Inc.
Hodes & Akagi, "Study, Development, and Design of a Mouse," *Proceedings of the Human Factors Society 30th Annual Meeting,* 900–904, 1986.
(List continued on next page.)

*Primary Examiner*—Ulysses Weldon
*Attorney, Agent, or Firm*—Seed & Berry

[57] **ABSTRACT**

An ergonomic pointing device is disclosed and described. Specific criteria, for example height, length, curvature, and relative positions of device elements, such as keys and a high point, define a configuration of a preferred embodiment of the present invention. These criteria work together to provide an ergonomic pointing device which supports a user's hand plane while allowing the hand to rest in a biomechanically neutral position, while maintaining the accuracy with which the pointing device may be controlled and actuated.

**32 Claims, 6 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5,414,445

Page 2

OTHER PUBLICATIONS

Lewis & Alfonso, "Developing the IBM Personal System/2 Mouse: An Industrial Design/Human Factors Collaboration," *Proceedings of Interface 89*, 263–267, 1989.

Hodes, "Research and Design of a Mouse," *Proceedings of Interface 87*, 321–326, 1987.

Krause, ed., "The Best of Category—Office and Telecommunication Technology," *Industire Forum Design Hannover*, 46–51, 1991.

Mack & Montaniz, "Comparison of Touch and Mouse Interaction Techniques for a Graphical Windowing Software Environment," *Proceedings of the Human Factors Society 35th Annual Meeting*, 286–289, 1991.

Mahach, "Comparison of Computer Input Devices: Linus Pen, Mouse, Cursor Keys and Keyboard," *Proceedings of the Human Factors Society 33rd Annual Meeting*, 330–333, 1989.

Verplank & Oliver, "Microsoft Mouse: Testing for Redesign," *Proceedings of the Interface*, 257–261, 1989.

KM Mouse for Windows, MS–300.

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



Figure 1

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



Figure 2

**U.S. Patent**        May 9, 1995        Sheet 3 of 6        **5,414,445**



*Figure 3*

*Figure 4*

*Figure 5*

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



*Figure 6*



*Figure 7*

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



*Figure 8*

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



*Figure   9*

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5,414,445

1

# ERGONOMIC POINTING DEVICE

## TECHNICAL FIELD

This invention relates to pointing devices for entering commands into a computer, and more particularly, to an ergonomically designed pointing device.

## BACKGROUND OF THE INVENTION

Pointing devices for entering commands into a computer are well known in the art. Some pointing devices include a rotatable ball and one or more depressible keys, sometimes referred to as buttons. Electronic encoders sense rotation of the ball, and generate a signal indicative of the ball's rotation to control movement of a cursor on a screen of the computer. Depressing one of the keys permits a user to enter various commands into the computer, based on the location of the cursor. For example, depressing the key may highlight text in a word processing program, pull down a menu, open and close files, and the like.

In a mouse-type pointing device, the rotatable ball extends from a bottom surface of the rotatable device, for contacting a work surface, such as a table top. The movement of the pointing device across a work surface causes rotation of the ball and the desired movement of the cursor on the screen.

Many of the currently available pointing devices have disadvantages, however, in that they are uncomfortable or difficult to use, especially for relatively long periods. This may manifest itself in several ways, for example, the hand or arm of a user may feel tired after grasping and operating the pointing device for any length of time.

A need therefore exists for a pointing device that is more comfortable and easy to use, that will minimize any fatigue experienced by a user.

## SUMMARY OF THE INVENTION

It is, therefore, an object of this invention to provide a pointing device that is easier and more comfortable to use than existing pointing devices.

It is another object of this invention to provide a pointing device that will minimize any fatigue experienced by a user.

These and other objects of the invention, as will be apparent herein, are accomplished by providing an improved pointing device having an ergonomic design. A preferred embodiment is relatively long and has a top surface which slopes upward from a front end to a high point, and slopes downward from the high point to a back end and to its sides. In addition to the overall length and distance of the high point from a bottom surface of the pointing device, aspects of the preferred embodiment include: (1) the position of the high point relative to the front end of the pointing device, where one or more keys are located; (2) a relatively low back height of the pointing device; (3) a minimal slope from the back end of the device to the high point; (4) a sizing of the keys and sides of the pointing device, to ensure adequate contact surfaces for a user's fingers; (5) a relatively narrow width of the front of the pointing device to allow accurate control; (6) a sufficient width across an arc of the pointing device to support the weight of a user's hand; (7) a center of a rotatable ball located near a grip axis to provide a feeling of control and respon-

2

siveness; and (8) a rounded edge to minimize contact between a user's hand and sharp edges.

All of the design features noted above work together to provide physical and visual cues for a user to grasp the pointing device in a neutral manner, and to support the weight of a user's hand. The curvature of the top surface and the low back end allow users to position their lower palm on a work surface, such that their hand plane is supported by the pointing device, and to rest their fingers in a neutral posture to control the keys without having to compress or reach. The above design features further encourage different users to grasp the pointing device in different ways, while still providing a feeling of accurate control and responsiveness.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a skeletal diagram of a user's right hand.

FIG. 2 is a diagram of a user's hand resting on a preferred embodiment of the present invention in a biomechanically neutral position.

FIG. 3 is a rear isometric view of an ergonomic pointing device.

FIG. 4 is a top plan view of the pointing device of FIG. 3.

FIG. 5 is a rear elevational view of the pointing device of FIG. 3.

FIG. 6 is a left side elevational view of the pointing device of FIG. 3.

FIG. 7 is a bottom plan view of the pointing device of FIG. 3.

FIG. 8 is a top plan view of the pointing device of FIG. 3 illustrating areas of typical hand placement by a user.

FIG. 9 is a top plan view of the pointing device of FIG. 3 illustrating the relative position of a rotatable ball and a grip axis.

## DETAILED DESCRIPTION OF THE INVENTION

In order to more fully understand the present invention, it is helpful to define background concepts and terminology. In accordance with the present invention, it is believed that the majority of existing pointing devices may be difficult and uncomfortable to use, because they are too short to provide adequate support for a user's wrist and hand, thereby resulting in static loads on the forearm muscles of a user. A relatively short length also encourages a user to operate the keys of the pointing device with contracted fingers, which also serves to place additional stress on the tendons of the user's hand. These loads and stresses may cause a user to experience fatigue or discomfort.

Furthermore, some pointing devices have a relatively high back end. It is believed that this encourages a user to operate the mouse with a wrist in a raised position, which places stress on the user's upper arm and shoulder area. In addition, it is believed that the user is encouraged to control the pointing device with the larger muscle groups of the arm, which, given current mouse designs, results in a loss of accuracy in moving and actuating the pointing device.

It is further believed that the overall shape and configuration of existing pointing devices provides visual cues and encourages all users, regardless of their hand size, to grasp the pointing device in the same manner, or "grip architecture." This is a shortcoming of existing products. Every user is different in physical size and physical proportions. As a result, the optimum operat-

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5,414,445

3

ing position, defined as operation within a biomechanically neutral zone, will be different for different users.

The preferred embodiment illustrated herein provides a pointing device that will accommodate a wide range of users, allowing them to grasp and use the pointing device in an ergonomically natural manner, thereby increasing the ease and comfort with which the pointing device may be used.

These benefits are achieved in the preferred embodiment by quantifying and incorporating ergonomic criteria for each point of contact between a user and the pointing device, such that the user may grasp and use the pointing device in a biomechanically neutral position. Such a neutral position is achieved when the flexors and extensors of the user's hand and wrist are in equilibrium and static loads on forearm muscles and other large muscle groups are minimized. A biomechanically neutral zone specific to the wrist is achieved, if, while controlling the pointing device, it does not exceed a maximum extension of 10 degrees, a maximum radial deviation of 26 degrees, and a maximum ulnar deviation of 45 degrees. As illustrated in FIG. 1, when a hand is on a flat surface radial deviation is rotation toward the thumb and ulnar deviation is rotation toward the "little finger." Both deviations are measured relative to a vertical axis 27 passing through the center of a wrist joint 31. As illustrated in FIG. 2, extension is measured as the acute angle created by an inclination of hand plane 28, as described below, relative to a horizontal axis 29 passing through the center of the wrist joint 31.

As further illustrated in FIG. 1, the five major hand bones radiating from the wrist area are metacarpals 90, and the finger bones, totaling 14 in each hand, are called phalanges 92. The metacarpal-phalangeal joint ridge 94 is a critical area of a hand when operating a pointing device and should be the primary location of contact with the pointing device to support the weight of the hand. As further illustrated in FIG. 1, a hand plane 28 is defined by the second to fifth metacarpals 90, the metacarpals being numbered 1 through 5, beginning with the thumb. It is believed that providing this support for a user's hand plane will reduce the loads on a user's large muscle groups and shoulder.

The ranges and specific dimensions for the preferred embodiment described herein were arrived at through the use of anthropometric data, biomechanics and observation-based methodology. Given that many of the edges and surfaces of the preferred embodiment are curved, it will be appreciated by one of ordinary skill in the art that measurements taken from or to a curved edge are accurate within a range of ±0.02 inches, and it will be appreciated by those in the art that minor deviations from the stated ranges or dimensions will not depart from the spirit of the present invention.

It is believed that the preferred embodiment of the invention described herein provides an ergonomic pointing device that will accommodate North American adult users falling within an ergonomically defined range, from a 5th percentile female to a 95th percentile male. The range is based on hand size, a larger percentage being assigned to a larger hand, and vice versa. This means that the ergonomic pointing device described herein is believed to accommodate a group of users ranging from a woman in the 5th percentile, having a relatively small hand, to a man in the 95th percentile, having a relatively large hand. It will be appreciated that users falling outside this design range may still

4

enjoy advantages from the preferred embodiment and that alternate preferred embodiments can be developed for other target user groups (e.g., males with hand sizes above the 95th percentile) in accordance with the present invention.

As discussed previously, and as illustrated in FIGS. 2, 3 and 7, a pointing device 20 for inputting commands into a computer (not shown) is provided with means for communicating with the computer. This means typically includes a rotatable ball 82 extending from a bottom surface 42 to contact a work surface 41. As a user grasps and moves the pointing device 20 across the work surface 41, the ball 82 rotates, moving a cursor on a computer screen (not shown). The user may enter commands into the computer corresponding to the location of the cursor by depressing one or more keys 26 provided on the pointing device 20.

Given that different people have different sized hands, it is preferred to provide a pointing device that will allow a wide range of people, as discussed above, to grasp and use the pointing device 20 in a biomechanically neutral position.

This goal is achieved in the preferred embodiment illustrated in FIGS. 3–7 by providing a pointing device 20 having a body, or housing, 24, a portion of which comprises keys 26. As best seen in FIG. 3, the body 24 has a front end 32, a back end 34, and a top surface 36. The top surface 36, as seen in FIGS. 3 and 6, slopes upward from the front end 32 to a high point 38, and slopes downward from the high point 38 to the back end 34. The pointing device 20 further has two sides 78 which extend from the top surface 36 to the bottom surface 42. The top surface 36 further slopes from the high point 38 toward the sides 78, to provide a curved, sloped surface having a bulge, or high point 38. An edge 70 defined by the perimeter of the top surface 36 is curved to minimize contact between a user and sharp edges, a portion of the edge 70 forming a front edge 46 where the front end 32 and top surface 36 meet, another portion of the edge 70 forming a back edge 48 where the back end 34 and the top surface 36 meet.

Additional features of the preferred embodiment described herein include a length 54 of the pointing device 20, a height 50 of the back end 34, a distance 44 from the high point 38 to the bottom surface 42, a distance 40 from the high point 38 to the front end 32 and the width of the pointing device 20.

Taking each of these features in turn, the length 54 of the pointing device 20 is measured along the bottom surface 42 from a most forward point to a most rearward point, and is believed to contribute to preferred results if it is 4.25 inches to 4.5 inches. In a preferred embodiment, it is believed that optimum results are achieved when the length 54 is 4.5 inches.

The height 50 of the back end 34 is measured between a most rearward point 52 of the back edge 48 and the bottom surface 42. It is believed that preferred results are achieved when this distance is 0.0 inch to 0.5 inch. In the preferred embodiment illustrated herein, the height 50 is 0.5 inch.

As illustrated in FIG. 6, the distance 44 from the high point 38 to the bottom surface 42 is measured along a line perpendicular to the bottom surface 42 and contributes to preferred results when this distance is 1.5 to 1.6 inches. In a preferred embodiment, it is believed that optimum results are achieved when the distance 44 is 1.587 inches. The distance 40 from the high point 38 to the front end 32 contributes to preferred results when

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5,414,445

5

this distance ranges from 2.65 to 2.75 inches, and is believed to provide optimum results when it is 2.75 inches.

As illustrated in FIG. 8, a width of the pointing device is measured along an arc of the top surface 36, examples being shown by the arcs in FIG. 8 marked by reference numerals 98, 100, 102, 104, 106, and 108. These arcs correspond to the placement of a user's metacarpal-phalangeal joint ridge 94. For placement of a left hand of a user, the arc, or width, is measured from point 91 to any point along the back edge 48, for example, points 101, 103 and 105. The arc 100 measured along the top surface 36 between points 91 and 103 corresponds to a typical placement of a metacarpal-phalangeal joint ridge 94 of a left hand of a user.

Similarly, the arcs, or widths, corresponding to the placement of a right hand of a user are measured from point 93 to a point on the back edge 48, for example, points 95, 97, and 99. The arc represented by line 106 is measured along the top surface 36 between points 93 and 97, and corresponds to a typical placement of a metacarpal-phalangeal joint ridge 94 of a right hand of a user.

In order to provide full support for the joint ridge 94 of the user's hand, the width measured along an arc should be at least 2.7 inches. The cross-hatched region of FIG. 8 represents an area of the top surface 36 which meets this criteria for the width of the pointing device 20. As is illustrated by FIG. 8, either a left-handed or right-handed person may grip the pointing device 20 in a variety of ways and still receive full support for the metacarpal-phalangeal joint ridge 94. In the preferred embodiment illustrated herein, the width of the pointing device 20 as illustrated ranges from 2.7 to 3.8 inches. In addition, points 91 and 93 are on a line parallel to and rearward of the front edge 46, by a distance noted by reference numeral 21. In a preferred embodiment, the distance 21 is 2.3 to 2.4 inches.

Another aspect of the preferred embodiment described herein, as illustrated in FIG. 4, is the size of the keys 26, which have a minimum width 72 of 0.7 inch and a length 74 of 1 inch. In a preferred embodiment, the two keys 26 are 1.25 inches long, and 1.0 inch and 1.25 inches wide, respectively. One of the keys 26 is larger than the other and is provided with a ridge 80 to create a distinctive tactile feel, thereby allowing a user to distinguish between the two keys 26 without having to look at the pointing device 20. In a preferred embodiment, the ridge is made of a resilient material, for example, rubber.

As illustrated in FIG. 6, the distance 96 from a point 25 located approximately at the center of the key 26 to the bottom surface 42 is 1.0 to 1.5 inches, to further encourage the user's fingers to rest in a neutral posture.

The preferred embodiment 20 described herein further has a minimum height 76 of 0.9 inch, measured between the top surface 36 and the bottom surface 42 along the sides 78 of the pointing device 20 in a region 21 from 0.8 inch rearward of the front end 32 to at least 3.5 inches rearward of the front end 32. This minimum height 76 will ensure that a thumb of a user in the group identified above will be fully supported by the side 78 of the pointing device 20, even when the pointing device 20 is gripped in different ways.

All of the above features work together to provide an ergonomic pointing device that will accommodate a wide range of users, allowing them to grasp and use the pointing device in a neutral, comfortable position. The

6

relatively low height 50 of the back end 34 and the gentle slope upward to the high point 38 provide a visual cue to users to position their lower palm on the work surface and grasp the pointing device 20 in such a manner that the bulge created by the high point 38 and surrounding curvature supports the metacarpal-phalangeal joint ridge. When a user grasps the pointing device in such a manner, the thumb is fully supported along the side 78 of the pointing device 20, and the fingers are allowed to rest in a neutral posture yet be in an appropriate position relative to the length of the pointing device 20, to activate the keys 26. As illustrated in FIG. 2, a neutral posture for the fingers is achieved when they are slightly curved, or bent, relative to a longitudinal axis.

By rounding the edge 70, a user is encouraged and allowed to grasp the pointing device 20 in a variety of ways, thereby increasing the likelihood that the user will grasp and operate the pointing device 20 in a neutral position. By supporting the weight of the hand and allowing of the fingers to rest in a neutral posture, while preventing the wrist from exceeding acceptable ranges for extension and radial and ulnar deviation, the ergonomic pointing device embodying the present invention minimizes stress on the tendons of a user's hand and static loads on the forearm muscles and other large muscle groups in the upper arm and shoulder of a user.

The preferred embodiment illustrated herein provides a pointing device that increases the comfort and minimizes the fatigue associated with its use, without forfeiting accuracy. As illustrated in FIGS. 7 and 9, the rotatable ball 82 is located in the bottom surface 42 near the front end 32 of the pointing device 20.

In a preferred embodiment, a center 81 of the ball 82 is located rearward of the front edge 46 by a distance 25 and is substantially centered relative to a lateral pinch width 88, the center 81 being located from the left side 78 of the pointing device 20 by a distance 27. In a preferred embodiment, the distance 25 is 1.675 inches and the distance 27 is 1.10 inches.

A typical grip axis 86 is believed to be located rearward of the front edge 46 by a distance 23. In a preferred embodiment, it is believed the distance 23 is 1.75 to 2.0 inches. As illustrated in FIG. 9, the center 81 of the ball 82 is therefore near the grip axis 86. By placing the center of the ball 81 near the typical grip axis 86, the user is provided with a sense of control and responsiveness. Also, given that the ball 82 is relatively heavy as compared to the other components of the pointing device 20, the center of gravity of the pointing device 20 will be directed toward the center 81 of the ball 82, further providing a sense of control. Furthermore, the lateral pinch width 88, measured along the bottom surface 42 near the front end 32 between the two sides 78, is minimized, thereby further allowing a user to grasp the pointing device in a relaxed, lateral pinch grip architecture whereby the user may move the pointing device 20 with precision. A preferred range for this width 88 is 2.15 to 2.25 inches, and in the preferred embodiment illustrated herein, the width 88 is 2.25 inches.

An ergonomic pointing device has been shown and described. From the foregoing, it will be appreciated that, although embodiments of the invention have been described herein for purposes of illustration, various modifications may be made without deviating from the spirit and scope of the invention. For example, although all features of the preferred embodiment described herein are believed to contribute to the improved ergo-

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5,414,445

7

nomic results of the present invention, modification or omission of an individual feature or features may be made and still gain benefits of the present invention.

We claim:

1. A pointing device for inputting commands into a computer comprising:

a body;

a key coupled to the body; and

wherein the body is 4.25 to 4.5 inches long as measured along a bottom surface from a front end to a back end, the key being coupled to the body such that it forms a portion of the front end and of a top surface, the top surface sloping upwards from the front end to a high point, the top surface sloping downwards from the high point to the back end, the high point being 2.65 to 2.75 inches from the front end and a height of the back end being 0.0 to 0.5 inch, as measured from a back edge to the bottom surface, whereby the height of the back end allows a user to position a lower palm of the user's right hand or left hand on a work surface, a size of the user's right hand or left hand falling within a range of a 5th percentile female to a 95th percentile male of North American adults, and the top surface of the pointing device provides a support for the hand plane of the user's right hand or left hand, the hand plane being a region defined by the second to fifth metacarpals, the metacarpals being numbered 1–5, beginning with the thumb, and allows a finger of the user's right hand or left hand to rest in a neutral posture along the top surface of the pointing device such that the keys may be activated by the finger of the user, thereby allowing the user to grasp and actuate the pointing device with either the right hand or the left hand in a biomechanically neutral position.

2. The pointing device according to claim 1 wherein the length is 4.5 inches, the distance from the high point to the front end is 2.75 inches and the height of the back end is 0.5 inch.

3. The pointing device according to claim 1 wherein the high point is 1.5 to 1.6 inches from the bottom surface as measured along a line perpendicular to the bottom surface and wherein the top surface slopes gradually upward from the back end to the high point such that the pointing device supports the weight of the hand of the user when it is placed on the pointing device, while allowing the hand to remain in a neutral position.

4. The pointing device according to claim 3 wherein the distance between the high point and the bottom surface measured along a line perpendicular to the bottom surface is 1.587 inches.

5. The pointing device according to claim 1 wherein an area of the user's hand that should ideally be in primary contact with the pointing device is a metacarpal-phalangeal joint ridge and a width of the pointing device, measured along an arc of the top surface corresponding to a typical placement of the metacarpal-phalangeal joint ridge is at least 2.7 inches, so as to support the weight of the user's hand.

6. The pointing device according to claim 5 wherein the width of the pointing device is 2.7 to 3.8 inches.

7. The pointing device according to claim 1 wherein an edge, defined by the perimeter of the top surface, is rounded to eliminate contact between the user's hand and a sharp edge, thereby allowing the user to grasp the pointing device in a variety of ways.

8

8. The pointing device according to claim 1 wherein a width of the key is at least 0.7 inch, a length of the key is at least 1.0 inch, and a distance from a point located substantially at a center of the key is 1.0 to 1.1 inches from the bottom surface such that the user can reach and activate the key with an index finger while maintaining the fingers in a neutral posture.

9. The pointing device according to claim 8 wherein the length of the key is 1.25 inches.

10. The pointing device according to claim 8 wherein the key is provided with a raised element made of a resilient material to allow the user to know the key is being touched without having to look at the pointing device.

11. The pointing device according to claim 10 wherein the key is provided with a ridge made of a resilient material.

12. The pointing device according to claim 1 wherein a height of the pointing device is at least 0.9 inch in a region along a side of the pointing device such that a thumb of a user may rest in a fully supported position against the side of the pointing device.

13. The pointing device according to claim 12 wherein the region of the side in which the height of the pointing device is at least 0.9 inch ranges from 0.8 inch rearward of the front end to at least 3.5 inches rearward of the front end.

14. A pointing device provided with means for communicating with a computer comprising:

a housing having a front end, a top surface which slopes upward from the front end to a high point and which slopes downward from the high point to a back end, a side which extends from the top surface to a bottom surface, and an edge defined by a perimeter of the top surface, a portion of the edge forming a front edge where the front end and top surface meet and a portion of the edge forming a rear edge where the top surface and back end meet;

wherein a portion of the top surface at the front end of the housing comprises a key;

a length of the housing measured along the bottom surface is 4.25 to 4.5 inches;

the high point is 1.5 to 1.6 inches from the bottom surface as measured along a line perpendicular to the bottom surface;

the high point is 2.65 to 2.75 inches from the front edge;

the height of the back end is 0.0 to 0.5 inch as measured from a center point of the back edge to the bottom surface;

the sides of the housing are at least 0.9 inch high as measured from the top surface to the bottom surface in a region from 0.8 inch rearward of the front end to at least 3.5 inches rearward of the front end:

the edge is curved thereby minimizing user contact with sharp edges:

the top surface slopes gradually downward from the high point to the center point of the back end;

the keys are at least 0.7 inch wide and 1.0 inch long;

a width of the pointing device measured along an arc of the top surface corresponding to a typical placement of a metacarpal-phalangeal joint ridge of a user is 2.7 to 3.8 inches;

a lateral pinch width of the housing measured along the bottom surface near the front end perpendicular to the two sides is 2.15 to 2.25 inches; and

wherein the overall configuration of the pointing device supports a hand plane of a user's right hand

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5,414,445

**9**

or left hand, the hand plane being a region defined by the second to fifth metacarpals, the metacarpals being numbered 1–5, beginning with the thumb, a size of the user's hand filling within a range of a 5th percentile female to a 95th percentile male of North American adults, while allowing fingers of the user's right hand or left hand to rest in a neutral posture to reach and activate the keys, a lower palm of the user's right hand or left hand may be positioned on a work surface and a thumb of the user's right hand or left hand is fully supported by a side of the housing such that the user may move and operate the pointing device while keeping the hand in a biomechanically neutral position, the pointing device allows a user to grasp it in a variety of ways, depending on the physical size of the user's hand, and the pointing device may be accurately moved and operated while providing a sense of control and responsiveness to the user.

15. The pointing device according to claim 14 wherein the length of the pointing device is 4.5 inches, the high point is 1.587 inches from the bottom surface, the high point is 2.75 inches from the front edge, the height of the back end is 0.5 inch, and the lateral pinch width is 2.25 inches.

16. A pointing device for inputting commands into a computer comprising:
    a body; and
    a key coupled to the body wherein the pointing device is provided with a smoothly sloping upper surface, the upper surface sloping upwards from a front end to a high point and sloping downwards from the high point to a back end, the upper surface having a sufficient width to support an index, middle and ring finger of either a right hand or left hand of a user in a biomechanically neutral position, a size of the user's hand falling within a range of a 5th percentile female to a 95th percentile male of North American adults, and wherein the pointing device is shaped to allow a wrist of the user to be in a biomechanically neutral position, while maintaining an ability to be moved and operated accurately by the user.

17. The pointing device according to claim 16 wherein the body further comprises a front end, a back end, and a top surface, the key being coupled to the body such that it forms a portion of the front end and of the top surface, the top surface sloping upwards from the front end to a high point, the top surface sloping downwards from the high point to the back end, the high point being positioned a selected distance from the front end such that it provides a support for the user's hand plane and allows a finger of the user to rest in a neutral posture along the top surface of the pointing device such that the key may be activated by the fingers of the user, and wherein the sloping top surface and high point allow the user to grasp the pointing device in a neutral position.

18. The pointing device according to claim 17 wherein the distance from the high point to the front end of the pointing device is 2.65 to 2.75 inches.

19. The pointing device according to claim 17, further comprising:
    a bottom surface for resting on a work surface, wherein a distance between the high point and the bottom surface measured along a line perpendicular to the bottom surface is 1.5 to 1.6 inches; and

**10**

wherein the top surface slopes gradually upward from the back end to the high point such that the pointing device supports the weight of the hand of the user when it is placed on the pointing device, while allowing the hand to remain in a neutral position.

20. The pointing device according to claim 19 further including means for communicating with a computer, the means for communicating including a rotatable ball, located in the bottom surface near the front end of the pointing device, such that the center of the rotatable ball is near a grip axis to provide the user with a feeling of responsiveness and control when positioning the pointing device.

21. The pointing device according to claim 17, further comprising:
    a bottom surface for resting on a work surface;
    a front edge where the front end and top surface meet;
    a back edge where the back end and the top surface meet; and
    wherein a height of the back end measured from a center point of the back edge to the bottom surface is a selected distance whereby the user may position a lower palm on the work surface such that the hand plane and fingers rest on the pointing device in the neutral position, thereby increasing the accuracy with which the pointing device may be positioned and activated and thereby minimizing the static loading on the user's forearm muscles and other large muscle groups.

22. The pointing device according to claim 21 wherein the distance between the back edge and the bottom surface is 0.0 to 0.5 inch.

23. The pointing device according to claim 21 wherein a length of the product measured along the bottom surface is a selected distance such that the user may to grasp and rest the hand controlling the pointing device in a neutral position, wherein extension of the wrist, and ulnar and radial deviation of the wrist, are minimized.

24. The pointing device according to claim 23 wherein the length of the pointing device is 4.25 to 4.5 inches.

25. The pointing device according to claim 17 wherein an area of the user's hand that may be in primary contact with the pointing device is a metacarpal-phalangeal joint-ridge and a width of the pointing device, measured along an arc of the top surface corresponding to a typical placement of the metacarpal-phalangeal joint-ridge is a selected distance, so as to fully support the critical area of the user's hand.

26. The pointing device according to claim 25 wherein the width of the pointing device is at least 2.7 inches.

27. The pointing device according to claim 17 wherein an edge, defined by the perimeter of the top surface, is curved to eliminate contact between the user's hand and a sharp edge, thereby allowing the user to grasp the pointing device in a variety of ways.

28. The pointing device according to claim 17 wherein the key has a minimum width and length such that the user can reach and activate the key with an index finger while maintaining the fingers in a neutral posture, and the pointing device has a minimum height in a region on a side of it such that a thumb of a user may rest in a fully supported position against the side of the pointing device.

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5,414,445

**11**

29. The pointing device according to claim 28 wherein the key is at least 0.7 inch wide and 1.0 inch long and the height of the pointing device in the region on the side of the pointing device is at least 0.9 inch.

30. The pointing device according to claim 28 wherein the key is provided with a raised element made of a resilient material to allow the user to know the key is being touched without having to look at the pointing device.

31. The pointing device according to claim 30 wherein the key is provided with a ridge made of a resilient material.

32. A pointing device for inputting commands into a computer comprising:

a body; and

a key coupled to the body wherein the pointing device is provided with a sloping upper surface, the upper surface sloping upwards from a front end to

**12**

a high point and sloping downwards from the high point to a back end, the upper surface having a sufficient width such that the high point and surrounding curvature of the top surface supports a metacarpal-phalangeal joint ridge of a user's right hand or left hand, a size of the user's hand falling within a range of a 5th percentile female to a 95th percentile male of North American adults, a back end of the pointing device having a sufficiently low height such that the user may position a lower palm of the user's right hand or left hand on a work surface, and a width of a front end of the pointing device is dimensioned such that the user may grasp the pointing device in a biomechanically neutral position, while maintaining an ability to move and operate the pointing device with precision.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  :  5,414,445
DATED       :  May 9, 1995
INVENTOR(S) :
             Steven T. Kaneko and Aditha M. Adams

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

In column 8, claim 14, line 50, please delete ":" and insert therefor --;--.

In column 8, claim 14, line 54, please delete ":" and insert therefor --;--.

In column 8, claim 14, line 56, please delete ":" and insert therefor --;--.

In column 9, claim 15, line 22, please delete "1,587" and insert therefor --1.587--.

Signed and Sealed this

Fourteenth Day of November, 1995

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*

US007199785B2

(12) **United States Patent**
Ledbetter et al.

(10) Patent No.: **US 7,199,785 B2**
(45) Date of Patent: ***Apr. 3, 2007**

(54) **INPUT DEVICE INCLUDING A WHEEL ASSEMBLY FOR SCROLLING AN IMAGE IN MULTIPLE DIRECTIONS**

(75) Inventors: **Carl J Ledbetter**, Lynnwood, WA (US); **Daan Lindhout**, Seattle, WA (US); **Aditha Adams**, Seattle, WA (US); **Hugh E. McLoone**, Bellevue, WA (US); **Timothy Michael Muss**, Seattle, WA (US); **James Y. Koo**, Renton, WA (US); **Gino Garcia**, Edmonds, WA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/193,460**

(22) Filed: **Aug. 1, 2005**

(65) **Prior Publication Data**

US 2006/0007153 A1    Jan. 12, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 11/094,139, filed on Mar. 31, 2005, which is a continuation of application No. 10/184,000, filed on Jun. 28, 2002, now Pat. No. 7,079,110, which is a continuation-in-part of application No. 09/843,794, filed on Apr. 30, 2001, now Pat. No. 6,700,564.

(51) Int. Cl.
*G09G 5/00*    (2006.01)

(52) U.S. Cl. ...................... **345/156**; 345/164; 345/684; 345/157; 200/6 A

(58) Field of Classification Search ........ 345/156–169, 345/684–687; 348/734; 200/5 A, 6 A; 715/784–786; 273/148 B; 463/37–38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,712,101 A    12/1987 Culver

(Continued)

FOREIGN PATENT DOCUMENTS

EP    1258019    11/2002

(Continued)

OTHER PUBLICATIONS

Web page reviewing "Kensington TurboRing Trackball"; http://www.avault.com/hardware/print_review.asp?review=turboring; publication date unknown, but believed to be prior to Jun. 28, 2002.

(Continued)

*Primary Examiner*—Lun-Yi Lao
(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57)    **ABSTRACT**

A computer input device having a housing and a finger-engagable scrolling device. A portion of the scrolling device is endlessly rotatable about a first axis to preferably cause vertical scrolling of an image on a display. The scrolling device is pivotally movable relative to the housing about a second axis perpendicular to the first axis. The finger-engagable scrolling device may contain rotation sensor within a scroll wheel assembly. The finger-engagable scrolling device may also contain lateral arms extending laterally from the finger-engagable scrolling device.

**20 Claims, 20 Drawing Sheets**



US 7,199,785 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,720,703 | A | 1/1988 | Schnarel, Jr. et al. |
| 5,063,289 | A | 11/1991 | Jasinski et al. |
| 5,235,868 | A | 8/1993 | Culver |
| 5,404,152 | A | 4/1995 | Nagai |
| 5,446,481 | A | 8/1995 | Gillick et al. |
| 5,477,508 | A | 12/1995 | Will |
| 5,510,811 | A | 4/1996 | Tobey et al. |
| 5,517,257 | A | 5/1996 | Dunn et al. |
| 5,521,617 | A | 5/1996 | Imai et al. |
| 5,530,455 | A | 6/1996 | Gillick et al. |
| 5,774,075 | A | 6/1998 | Palalau et al. |
| 5,808,568 | A | 9/1998 | Wu |
| 5,910,789 | A | 6/1999 | Vigen |
| 5,912,661 | A | 6/1999 | Siddiqui |
| 5,952,997 | A | 9/1999 | Hu |
| 5,956,018 | A | 9/1999 | Pejic et al. |
| 5,959,614 | A | 9/1999 | Ho |
| 5,963,197 | A | 10/1999 | Bacon et al. |
| 6,075,518 | A | 6/2000 | Pruchniak |
| 6,075,575 | A | 6/2000 | Schein et al. |
| 6,097,371 | A | 8/2000 | Siddiqui et al. |
| 6,097,372 | A | 8/2000 | Suzuki |
| D431,037 | S | 9/2000 | Varga et al. |
| 6,128,006 | A | 10/2000 | Rosenberg et al. |
| 6,132,118 | A | 10/2000 | Greeszak |
| 6,188,393 | B1 | 2/2001 | Shu |
| 6,198,473 | B1 | 3/2001 | Armstrong |
| 6,281,881 | B1 | 8/2001 | Siddiqui et al. |
| 6,300,939 | B1 | 10/2001 | Decker et al. |
| 6,323,844 | B1 | 11/2001 | Yeh et al. |
| 6,337,679 | B1 * | 1/2002 | Chou .......................... 345/156 |
| 6,340,800 | B1 | 1/2002 | Zhai et al. |
| 6,340,966 | B1 | 1/2002 | Wang et al. |
| 6,348,912 | B1 | 2/2002 | Smith |
| 6,353,429 | B1 | 3/2002 | Long |
| 6,359,611 | B2 | 3/2002 | Chan |
| 6,380,927 | B1 | 4/2002 | Ostrum et al. |
| 6,424,355 | B2 | 7/2002 | Watanabe et al. |
| 6,519,003 | B1 | 2/2003 | Swayze |
| 6,522,321 | B1 | 2/2003 | Chen et al. |
| 6,534,730 | B2 | 3/2003 | Ohmoto et al. |
| 6,555,768 | B2 * | 4/2003 | Deruginsky et al. ........... 200/4 |
| 6,570,108 | B2 | 5/2003 | Lin |
| 6,608,616 | B2 | 8/2003 | Lin |
| 6,697,050 | B1 | 2/2004 | Shinohe et al. |
| 6,717,572 | B1 * | 4/2004 | Chou et al. ................. 345/157 |
| 6,809,275 | B1 | 10/2004 | Cheng |
| 2003/0025673 | A1 | 2/2003 | Ledbetter et al. |
| 2003/0076303 | A1 | 4/2003 | Huppi |
| 2003/0095096 | A1 | 5/2003 | Robbin et al. |
| 2003/0107547 | A1 | 6/2003 | Kehlstadt et al. |
| 2004/0001042 | A1 | 1/2004 | Lindhout et al. |
| 2004/0051392 | A1 | 3/2004 | Badarneh |
| 2004/0150623 | A1 | 8/2004 | Ledbetter |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 07-092939 | 4/1995 |
| JP | 2000200147 | 7/2000 |

### OTHER PUBLICATIONS

Web page reviewing "TurboRing"; http://www.macworld.com/2000/10/reviews/turboring.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page from "Van's hardware"; http://www.vanshardware.com/reviews/2001/october/011002_TurboRing/011002_TurboRing.htm; published Oct. 2, 2001.

Web page reviewing "TurboRing"; http://www.keyalt.com/pointdevices/turboring.htm; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Micro TRAC™"; http://www.microspeed.com/products/pd600s.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Kid TRAC" model PD-280S; http://www.microspeed.com/products/kidtrac.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for Kid TRAC User's Manual; http://www.microspeed.com/pages/support/manuals/kidtracm.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Ateck" A4 RFW-33 Radio Wireless PS/2 Mouse; http://www.shop.store.yahoo.com/4itech/a4rfradwirps.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Sakar Yahoo! 4D Internet Scroll Mouse" and "Sakar optical Mouse w/Email alert Metallic Silver (USB)"; http://www.slarp.com/products/input_Devices/Mice_and_Trackballs/; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "ICONCEPTS 70152"; http://www.panwebi.com/products/computer/mouse/70152.htm; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Yahoo 8D Internet Mouse"; http://www.panwebi.com/products/computer/mouse/8dinternetmouse.htm; publication date unknown, but believed to be prior to Jun. 28, 2002.

"Photo A": photograph of scroll wheel from LOGITECH cordless optical mouse, P/N 851497-0000; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo B": (second) photograph of scroll wheel from LOGITECH cordless optical mouse, P/N 851497-0000; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo C": photograph of scroll wheel from mouse manufactured by A4tech Co., Ltd., Taipei, Taiwan; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo D": (second) photograph of scroll wheel from mouse manufactured by A4tech Co., Ltd., Taipei, Taiwan; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo E": photograph of scroll wheel from mouse manufactured by KYE Systems, Taipei, Taiwan; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo F": photograph of scroll wheel frm RAZER "Boomslang" mouse, available from Kama LLC, Taiwan, date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

<http://www.mside.net/microscrollii.html>, MSIDE.net, showing Micro Scroll II mouse from Micro, 2 sheets, Dec. 2000.

<http://www.contourdesign.com/rollerbar.htm>, Contour Design-RollerBar Mousing Station-Optical Technology, 2 sheets, Jan. 2001 and 1 sheet press release dated Nov. 29, 2000.

<http://www.mousetrapper.dk>, Mouse Trapper product description, 12 color sheets including original Danish language and English translation as performed by Translation Experts Ltd. Service, date of product release unknown but prior to filing date of application.

U.S. Appl. No. 10/158,998 filed Jun. 3, 2002.

U.S. Appl. No. 10/183,993 filed Jun. 28, 2002.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

FIG. 6



FIG. 7



FIG. 8

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14A



FIG. 14B



FIG. 14C



FIG. 15



FIG. 16



FIG. 17

Case 5:08-cv-03666-RS    Document 1-5    Filed 07/31/2008    Page 10 of 34



FIG. 18

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



## FIG. 19

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

Case 5:08-cv-03666-RS    Document 1-5    Filed 07/31/2008    Page 12 of 34



FIG. 20

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 21



FIG. 22

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 23

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 24



FIG. 25

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 26



FIG. 27



FIG. 28

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 29



FIG. 30



FIG. 31



## FIG. 32



## FIG. 33



## FIG. 34

US 7,199,785 B2

1

# INPUT DEVICE INCLUDING A WHEEL ASSEMBLY FOR SCROLLING AN IMAGE IN MULTIPLE DIRECTIONS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 11/094,139, filed Mar. 31, 2005 now U.S. Pat. No. 7,079,110, incorporated herein in its entirety, which is a Continuation of U.S. patent application Ser. No. 10/184, 000, filed Jun. 28, 2002, incorporated herein in its entirety, which is a Continuation-in-Part application of U.S. patent application Ser. No. 09/843,794, filed Apr. 30, 2001 now U.S. Pat. No. 6,700,564, which is hereby incorporated by reference in its entirety.

## FIELD OF THE INVENTION

The present invention relates to an input device including an assembly for moving an image in multiple directions on a display screen. More particularly, the present invention relates to a scroll wheel assembly that, when part of a peripheral or integral input device that is operatively connected to a host computer, can move an image in multiple axes relative to the display screen.

## BACKGROUND OF THE INVENTION

Scroll wheels have been provided on computer mice and used by computer operators to move an image relative to a display screen of a host computer. A scroll wheel assembly includes a rotatable scroll wheel and a sensor that are typically included in a housing for a peripheral computer device such as a mouse. Typically, a portion of the scroll wheel protrudes upwardly out of an opening in its housing and is rotated in order to vertically scroll the image along the screen. An example of a mouse including a known scroll wheel assembly is described in U.S. Pat. No. 5,912,661, entitled "Z-ENCODER MECHANISM" which is hereby fully incorporated by reference.

Scrolling, as used herein, describes the movement of an image relative to a display screen in a particular direction as such term is commonly used in the art. For example, the term "scroll down" as used herein relates to moving the viewable contents of a file (such as a text document or image) relative to display screen by an amount to produce an effect of moving down in the document or image. Similarly, the terms scroll up, scroll left and scroll right relate to moving the viewable contents of a file relative to a screen by an amount to produce an effect of moving in the document or image up, left, and right, respectively. The term scrolling as used herein also includes panning, which is the automatic scrolling of an image.

In operation, a conventional scroll wheel is normally rotated about a transversely extending axis secured within a housing. An encoder wheel is coupled to the scroll wheel and rotates when the scroll wheel rotates. As the scroll wheel is rotated, an encoder senses the rotation of the encoder wheel, and delivers a corresponding signal to a host computer. That signal can be used to move an image, as is known in the art and disclosed in U.S. Pat. No. 5,912,661. Notably, this allows a user to scroll the image without changing the position of the mouse and/or the cursor, and instead only requires rotating the scroll wheel (versus the entire mouse or other device) with a thumb or finger. However, displayable portions of spreadsheets and many other types of documents

2

and screen images are often wider than the display screen, and the user must also scroll horizontally across the screen to see the entire file. When the user needs to move the image horizontally across the display screen, the user must typically perform additional steps beyond what is required for vertical scrolling. This can include locating a graphical user interface in the form of a horizontal scroll bar (usually located near the bottom of the display), positioning the cursor on the scroll bar, and then rotating the wheel. Locating the scroll bar can be very difficult for people with bad eyesight, small display screens and/or poor hand-eye coordination. Using a horizontal scroll bar also requires a user to shift his or her gaze from the portion of the document being viewed, and then relocate that portion after horizontal scrolling. Even if the size of the horizontal scroll bar and/or the screen resolution can be adjusted, the user must nevertheless perform additional steps which are more time-consuming and mentally intensive than simply rotating a wheel or pushing a button. Alternative graphically assisted tools for horizontal scrolling (e.g., positioning a cursor over a horizontal scroll bar, selecting the scroll bar, and moving the cursor) also require cursor repositioning, and have similar drawbacks.

If the user does not accurately position the cursor over the horizontal scroll bar, the image will not scroll horizontally with respect to the display screen as he or she operates the mouse cursor of the graphical interface or rotates the mouse wheel. Instead, when using the mouse cursor on the graphical interface, nothing happens until he or she tries again to position the mouse cursor correctly on the scroll bar's points of operation. Or, when using the mouse wheel, the image will move vertically relative to the display screen and erroneously change the displayed image. These errors will force the user to take additional steps to reposition the desired image on the display screen. These steps include the user confirming that the cursor is not positioned on the horizontal scroll bar and rotating the scroll wheel in the opposite direction to return the image to its previous position. Unfortunately, repositioning an image can lead to errors if the image is being amended. For example, the user may not return the image to its previous position. As a result, he may amend the wrong section of the image. Even if the proper image or portion of an image is returned to the display screen, the user must still attempt to locate the bottom, horizontal scroll bar a second time in order to finally move the image in a horizontal direction.

Microside Corporation of Miami, Fla., offers a "Micro Scroll II" mouse that permits a user to scroll an image in multiple perpendicular directions. This mouse includes a first rotatable wheel for scrolling an image up and down, and a second, separate rotatable wheel for scrolling an image left and right. The rotatable wheels are oriented so they extend and rotate in planes that are perpendicular to each other. The two scroll wheels are independently operable. However, this arrangement has drawbacks. The two wheels take up limited space on the upper surface area on the mouse, which could be used for supporting the hand of the user or for additional input keys. Further, the two wheels are relatively small in size so as to accommodate both wheels on the upper surface of the mouse. The smaller sized scroll wheels make the scrolling more difficult to control. Additionally, the location of the horizontal scroll wheel can be inconvenient for effective control. Further, with this design, it might be difficult for some users to easily reach and manipulate both of the wheels.

Accordingly, there remains a need for improved input devices facilitating scrolling in multiple directions.

US 7,199,785 B2

3

## SUMMARY OF THE INVENTION

One aspect of the present invention relates to a peripheral device for use with a computer to scroll an image relative to an image display screen along perpendicular axes. The device comprises a housing that has at least one opening. The device also comprises a scroll wheel assembly that is provided within the housing. The scroll wheel assembly includes a rotatable member positioned within the opening of the housing. The rotatable member is rotatable about an axis that extends within the housing and is laterally movable within the opening relative to the housing. The scroll wheel assembly also includes a movement sensing system that determines when the rotatable member is moved laterally relative to the housing.

Another aspect of the present invention includes a peripheral computer input device for scrolling an image across a display screen in perpendicular directions. The scroll wheel assembly includes a rotatable member that is laterally movable relative to the housing and a sensor positioned within the housing for sensing lateral movement of the rotatable member. The device also includes a controller coupled to the sensor. The controller is configured to generate a signal to scroll the image across the display screen.

Another aspect of the present invention includes a computer input device for providing scrolling capabilities of an image relative to a display screen in first and second perpendicular scrolling directions. This computer input device includes a housing and a scroll wheel. The scroll wheel is rotatable relative to the housing about an axis to cause scrolling of the image in the first direction. Additionally, the scrolling wheel is displaceable relative to the housing to cause scrolling of the image in the second direction perpendicular to the first direction without the need for repositioning the peripheral device or repositioning the hand on the device.

The present invention also includes a method of scrolling an image relative to a display screen using an input device having a housing and a member that is rotatable relative to the housing. The method includes the step of laterally moving the rotatable member relative to a plane in which the member is rotatable. The method also includes the step of scrolling the image on the display screen in response to the laterally moving step.

The device according to the present invention makes it easy for a user to scroll an image both horizontally and vertically relative to a display screen without repositioning the peripheral device. Additionally, the different types of wheel movements used by the present invention to cause scrolling in the perpendicular directions eliminate problems and frustrations that may result from using the prior art devices.

An aspect of the device is also directed to different external contours of the scrolling member for scrolling an image relative to an image display screen. In one arrangement, a portion of the scrolling member that extends through the housing is formed by opposed convex curved surfaces and a centrally disposed ring raised from the opposed convex curved surfaces. According to a more specific aspect, the external surface is formed by a ring extending around a portion of a sphere. In an alternative arrangement, the scrolling member includes a concave finger-positioning groove. The finger-engagable scrolling member is tiltable relative to the housing and has a first portion rotatable about an axis extending within the housing.

4

In another aspect, the device for scrolling an image includes a housing with an opening, and a finger-engagable control member in the housing with a portion thereof extending through the opening for user manipulation by a user. A rotation sensor is contained within the finger-engagable control member. This senses the rotation of the control member relative to the housing. The sensing arrangement is preferably accomplished by an encoder. The encoder may be arranged to transmit light in a direction perpendicular or parallel to a tilting axis of the control member. The encoder may include a rotating member that periodically obstructs and permits passage of light, or that periodically reflects and absorbs light.

Another aspect of the invention for scrolling an image relative to an image display screen includes a scroll wheel assembly having a finger engaging portion exposed through an opening in the housing of the computer input device. The finger-engaging portion has first and second portions exposed for manipulation and the first portion is rotatably movable relative to the second portion. Additionally, the first and second portions are tiltable about an axis perpendicular to the axis of rotation.

Yet another aspect of the input device for scrolling is that the finger-engagable scrolling member has a rotatable portion extending through an opening in the housing of the input device. The scrolling member is mounted relative to the housing to be endlessly rotatable about a first axis and tiltable about a second axis substantially perpendicular to the first axis. The second axis intersects the scrolling member. In an alternative arrangement, the second axis also lies in the same plane as the first axis. This produces a high range of angular movement. Preferably, the scrolling member is angularly movable about the second axis in a range of motion in excess of 20 degrees, 40 degrees, and/or 50 degrees.

Another aspect provides an input device for scrolling an image. The input device has a housing with an opening, and a scrolling assembly including a finger-engagable scrolling member, a carriage, and an assembly carrier. The finger-engagable scrolling member has a first portion that extends through the opening in the housing and is endlessly rotatable relative to the carriage about a first axis. The carriage is tiltable with the finger-engagable scrolling member relative to the assembly carrier about a second axis substantially perpendicular to the first axis. Further, assembly carrier is movable within the housing with the finger-engagable scrolling member and the carriage. This arrangement provides Z-switch functionality.

In another aspect relative to the scrolling device, a cover having an aperture therein. A portion of the scrolling member extends through the aperture and an opening in the housing. The scrolling cover is tiltable with the scrolling member. This cover closes the area around the opening in the housing and protects internal components from dust and other substances. The cover may include convexly curved sides.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 illustrates an input device according to the present invention for scrolling an image on a display screen of a host computer.

FIG. 2 shows an input device according to one embodiment of the present invention.

FIG. 3 shows an input device according to another embodiment of the present invention.

US 7,199,785 B2

5

FIGS. 4–6 illustrate alternative shapes for the rotatable members shown in FIGS. 2 and 3.

FIG. 7 is a schematic view of a scroll wheel assembly according to one embodiment of the present invention.

FIG. 8 is a schematic view of the scroll wheel assembly of FIG. 7 including a movement sensing system.

FIG. 9 is a schematic view of a scroll wheel assembly including a movement sensing system according to a second embodiment of the present invention.

FIG. 10 is a schematic view of a scroll wheel assembly including a movement sensing system according to a third embodiment of the present invention.

FIG. 11 is a schematic view of a scroll wheel assembly including a movement sensing system according to a fourth embodiment of the present invention.

FIG. 12 is a schematic view of a scroll wheel assembly including a movement sensing system according to a fifth embodiment of the present invention.

FIG. 13 is a schematic view of a scroll wheel assembly including a movement sensing system according to a sixth embodiment of the present invention.

FIG. 14A is a perspective view of a rotatable member that is laterally moveable along a shaft according to the present invention.

FIG. 14B is a cross section of the rotatable member illustrated in FIG. 14A taken along the line 14B—B.

FIG. 14C is a schematic view of a scroll wheel assembly including the rotatable member shown in FIG. 14A with a movement sensing system according to a seventh embodiment of the present invention.

FIGS. 15 and 16 schematically illustrate a scroll wheel assembly including a movement sensing system according to an eighth embodiment of the present invention.

FIG. 17 schematically illustrates a scroll wheel assembly that pivots about an axis within the housing according to the present invention.

FIG. 18 is a perspective view of a mouse having a tilting scroll wheel assembly that pivots about an axis within the housing of the mouse.

FIG. 19 is a front perspective view of the tilting scroll wheel assembly.

FIG. 20 is a rear perspective view of the tilting scroll wheel assembly

FIG. 21 is an exploded front perspective assembly view of the tilting scroll wheel assembly.

FIG. 22 is an exploded rear perspective assembly view of the tilting scroll wheel assembly.

FIG. 23 is a schematic sectional view of the of the tilting scroll wheel assembly.

FIG. 24 is a rear perspective view of another exemplary tilting scroll wheel assembly.

FIG. 25 is an exploded partial rear perspective assembly view of the tilting scroll wheel assembly of FIG. 24.

FIG. 26 is a second rear perspective view of the tilting scroll wheel assembly of FIG. 24.

FIG. 27 is a bottom view of the tilting scroll wheel assembly of FIG. 24.

FIG. 28 is a partial schematic sectional view of the of the tilting scroll wheel assembly of FIG. 24.

FIG. 29 is a perspective view of a mouse having a tilting scrolling device with an external contour according to an embodiment of the present invention.

FIG. 30 shows an enlarged schematic view of the scrolling device of FIG. 29 in isolation.

FIG. 31 is a perspective view of a mouse having a tilting scroll wheel assembly with an external contour according to another embodiment of the present invention.

6

FIG. 32 is a perspective view of a mouse having a tilting scrolling device with an external contour according to another embodiment of the present invention.

FIGS. 33 and 34 show enlarged view of the scrolling device of FIG. 32 in isolation.

## DETAILED DESCRIPTION OF THE INVENTION

As shown in the figures, an exemplary embodiment of the present invention includes a scroll wheel assembly 10 having a rotatable member 30, 40 (scroll wheel) that can be used with different types of computer input devices for scrolling an image 1 in multiple directions and along multiple axes (X, Y) relative to a display screen 2 used with a host computer 8, another type of computing device, or an internet appliance. As shown in FIG. 2, one embodiment of the scroll wheel assembly 10 according to the present invention can be located within a mouse 60. As shown in FIG. 3, another embodiment of the scroll wheel assembly 10 can be located within a keyboard 50. In addition to these illustrated embodiments, the scroll wheel assemblies can also be located within other peripheral, computer input devices such as a trackball device or a similar input device. For example, the scroll wheel assemblies could also be located in the bezel of a hand-held computer, a larger portable computing device, a web pad, or Internet appliance, or could be located on the chassis of a laptop computer. Like the keyboard 50 and the mouse 60, these other known peripheral devices can have wired or wireless connections to the host computer 8 as is known in the art. The scroll wheel assembly 10 can alternatively be located in a computer monitor or in the base portion of a laptop computer. As described in more detail hereinafter, in addition to its normal rotational movement for vertical scrolling, the rotatable member 30, 40 may be moved laterally to horizontally scroll an image on the display screen 2.

As used herein, the term "lateral" to describe motion of the rotatable member includes the general side-to-side movement of a rotatable member 30, 40 within an opening of an input device in a direction that is at an angle to the plane in which the rotatable member 30, 40 is rotated. This side-to-side movement is generally in the direction of the sidewalls of the opening and can be along an axis extending perpendicular to the plane of rotation of the rotatable member 30, 40. Lateral motion also includes axi-lateral motion, which as used herein, is the movement of the rotatable member 30, 40 along the axis about which it rotates. Additionally, lateral motion can include pivoting motion experienced by the rotatable member when it is pivoted in a direction that extends at an angle to its plane of rotation in the direction of the sidewalls of the opening of the input device. As used herein, the terms "displacement" and "translation" of the rotatable member describes all other movement of the rotatable member other than its rotation about the axis about which it rotates.

As shown in FIG. 2, one embodiment of the scroll wheel assembly 10 comprises a rotatable member, such as a circular disk-shaped scroll wheel 30 positioned within an elongated opening 65 in a housing 61 of the mouse 60. A portion of the wheel 30 protrudes away from the outer surface of the mouse 60 so that it can be contacted and manipulated by a user. In a second embodiment, shown in FIG. 3, the rotatable member of the scroll wheel assembly 10 includes an elongated cylindrically shaped wheel 40 secured within an opening 55 of a housing 51 for the keyboard 50. Like the disk-shaped wheel 30, a portion of the cylindrically

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,199,785 B2

7

shaped wheel 40 protrudes above the keyboard 50 outer surface so that it can be easily contacted and manipulated by a user.

Other shapes capable of rotating relative to a housing can also be used for the rotatable members of the scroll wheel assembly 10. For example, wheel 40 could have a circular cross section of constant diameter as shown in FIG. 4. Alternatively, the wheel 40 could have a circular cross section with a central region 41 that has a reduced diameter (concave profile) as shown in FIG. 5, or a central region 42 with an increased diameter (convex profile) as shown in FIG. 6. The contoured central regions 41, 42 of the wheels 40 shown in FIGS. 5 and 6 are formed between curved side surfaces 47 and 48, respectively. The concave profile of the wheel in FIG. 5 enables the user to place a finger in the central region 41 and move the wheel 40 laterally by pushing left or right against a side surface 47 or 48 (i.e., inside-out manipulation). With the scroll wheel 40 in FIG. 6, the contoured side surfaces 47 and 48 assist in the outside-in manipulation of the wheel 40.

The outer surface of the rotatable wheels 30, 40 of the scroll wheel assembly 10 may include a rubber coating and/or grooves that are contacted by the user's finger in order to enhance scrolling control. Alternatively, the rotatable wheels 30, 40 can be provided with other types of slip resistant arrangements, such as a multi-textured coatings or a knurled surface. With regard to the embodiments illustrated in FIGS. 5 and 6, the contoured regions 47, 48 may be covered by the rubber material or slip resistant material that facilitates both the rotational movement that causes the image 1 to scroll along a Y-axis 4 and the lateral movement that causes the image 1 to scroll along an X-axis 5.

For clarity, the present invention will be discussed as embodied in the keyboard 50 as illustrated in FIG. 3. However, it should be understood that the discussion of the scroll wheel assembly 10 is equally applicable for use in a mouse 60, as illustrated in FIGS. 1 and 2, and the other peripheral devices, for example trackball devices. It should also be understood that the description of the movement of the cylindrical-shaped wheel 40 as a scroll wheel relative to the housing 51 and the scrolling of the image 1 is equally applicable to the disk-shaped wheel 30.

As shown in FIG. 3, the wheel 40 is positioned within the keyboard 50 so that it extends through the opening 55 in the keyboard housing 51. The cylindrical shaped wheel 40 is positioned about and secured to a shaft 56 that defines an axis 52 extending substantially parallel to the length of the keyboard 50 and across opening 55. The wheel 40 can be keyed, adhered or otherwise attached to the shaft 56 in order to prevent relative movement between itself and the shaft 56. Alternatively, the cylindrical shaped wheel 40 and the shaft 56 may be integrally formed together. As described in conjunction with FIGS. 14a–14c, the wheel 40 may be coupled to the shaft 56 in a manner where the wheel 40 may be moved laterally relative to the shaft 56 when moved along the axis 52 but the shaft 56 will rotate with the wheel 40 about the axis 52. In yet another embodiment, not shown, the wheel 40 moves relative to the shaft 56 in rotational and lateral directions, i.e., both along the axis 52 and about the axis 52. The wheel 40 preferably has an outer diameter in the range of about 0.25 inches to about 2.0 inches, and more preferably has an outer diameter in the range of about 0.5 inches to about 1.5 inches. In a preferred embodiment, the diameter of the wheel 40 is about 0.875 inch. The wheel 40 can also have a length along the axis 52 of about 0.25 to about 2.0 inches. In a preferred embodiment, the wheel 40 has a length of about 1.125 inches. Further, in the preferred

8

embodiment as used in the keyboard, the length of the wheel 40 is greater than its diameter.

The shaft 56 may be coupled to the peripheral device 50, 60 in any desired manner that achieves the described functionality. FIG. 7 illustrates a first embodiment where, a first end 57 and a second end 58 of the shaft 56 are each rotatably and slidably received within support stands 59 with U-shaped openings, rings attached to the interior surface of the housing 51 or other similar supports that permit the shaft 56 to rotate and slide along the axis 52 relative to the keyboard housing 51. Similarly, the supports 59 could also be positioned along the length of shaft 56 so that they are spaced from ends 57, 58.

According to the present invention, when the user wants to scroll the image 1 on the display screen 2 in multiple directions along multiple axes 4, 5, he or she will both rotate and/or laterally move the wheel 40 relative to the keyboard housing 51 to produce vertical and/or lateral scrolling, respectively. In a manner known in the art, when the cylindrical shaped wheel 40 and shaft 56 are rotated by the user, the rotational motion is sensed by a rotational movement sensing system 87 and the image 1 is scrolled in either a positive or a negative vertical direction that extends parallel to the Y-axis 4, i.e., either up or down. Any known sensing system may be used. One rotational movement sensing system 53 that can be included is schematically illustrated in FIG. 7 and disclosed in U.S. Pat. No. 5,912,661 which has been incorporated by reference. As known in the art, this rotational movement sensing system can include a light source, an encoder wheel, and a light detector. Blades on the encoder wheel periodically obstruct the light beam when the wheel 40 is rotated. The detector senses these obstructions and is coupled to a controller 11 to generate and relay a signal to the host computer 8 to scroll the image in the Y-direction up or down.

Additionally, the scroll wheel assembly 10 includes a lateral movement sensing system 70 having at least one sensor 71 that determines when the cylindrical shaped wheel 40 is experiencing lateral motion. The scroll wheel assembly 10 also includes the controller 11 for interpreting the output from the sensor, converting it to a signal and delivering the signal to the host computer 8. The controller 11 can be any known component or combination of components that can perform these functions. In one embodiment, the controller 11 includes a microprocessor 95 connected to the sensor 71 that generates a signal for the host computer 8 indicating when the wheel 40 is being laterally moved. The generated signal controls the scrolling of the image 1 along the X-axis 5 in response to a force that causes the wheel 40 to move laterally. The signal scrolls the image 1 in a manner that is consistent with the direction and magnitude of the applied force, i.e., either left or right. Lateral movement of the wheel 40 according to the present invention includes both linear (i.e., axi-lateral) movement of the wheel 40 relative to the housing 51 and tilting or pivoting the wheel 40 in a lateral direction.

As seen in the example of FIG. 8, the sensor 71 may be positioned proximate an end 57, 58 of the shaft 56. Alternatively, the sensor(s) 71 can be secured to an inner surface 53 of the housing 51 as illustrated in FIG. 9 for contacting the sidewalls 42 of the wheel 40. The sensors 71 according to the invention include contact sensors 72, a strain gauges 73 or biased force plates 74 as discussed below. Additionally, other well-known pressure and movement sensors such as optical sensors and/or mercury switches can also be used.

In an embodiment illustrated in FIG. 8, the keyboard 50 includes a contact sensor 72 positioned proximate each end

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,199,785 B2

| 9 | 10 |
|---|---|

57, 58 of the shaft 56. These contact sensors 72 may be spaced away from the ends 57, 58 so that minor, unintended lateral movement of the wheel 40 will not result in the shaft 56 making contact with one of the sensors 72. In both of these embodiments, the contact sensors 72 may be positioned at a location that corresponds to the maximum allowable displacement of the shaft 56 within the housing 51.

Contact sensors 72 generate a signal that is interpreted by a microprocessor 95 and relayed to the host computer 8 after they have been contacted by an end 57, 58 of the shaft, a sidewall 42 of the wheel 40 or any other structure extending from the wheel 40 or shaft 56 such as a flange. As a result, when a user wants to move the image 1 along the X-axis 5, he or she will move the wheel 40 laterally relative to the opening 55 so that the shaft 56 slides within the housing 51 in the same direction that he or she desires to scroll until the appropriate contact sensor 72 is engaged. In the embodiment illustrated in FIG. 8, scrolling will start after one end 57, 58 of the shaft 56 makes contact with one of the contact sensors 72. In the alternative embodiment of FIG. 9, the scrolling will start after a sidewall 42 or other portion of the wheel 40 engages one of the contact sensors 72 positioned between the ends 57, 58 of the shaft 56.

The horizontal scrolling may be affected in a number of ways in response to a sensor 72 detecting the lateral movement of the wheel 40, directly or via the shaft 56. In a first embodiment, the image 1 will scroll across the screen 2 at a constant, predetermined speed, i.e., panning. The scrolling speed may be programmed, set, or changed by a user via any known technique. Alternatively, the horizontal scrolling may be time sensitive to the shifting of the wheel 40. For example, the scrolling may be at a first speed when the wheel 40 is laterally displaced for a first period of time. For the wheel 40 is laterally displaced longer than that first period of time, the scrolling speed may be increased. In another arrangement, lateral scrolling can be detected and controlled when lateral movement reaches a specified pressure, as determined by pressure sensors at each end. With the use of pressure sensors in this arrangement, the sensed pressure can also be used to determine the rate of horizontal scrolling. This could be accomplished by the use of pressure sensors with continuous sensing capabilities and by sensing the continuous pressure level, or by the use of pressure sensors with discrete sensing and the determination of one or more levels of pressure.

A system for physically biasing the wheel 40 to a central position is also preferably used. One embodiment for achieving this is shown in FIG. 8. The shaft 56 may include a flange 80 affixed thereto. One or more springs 82 are preferably positioned between the flange 80 and structure on the housing such as support 59. The spring 82 may be cantilever mounted such that it is fixed to the support 59 at one end 84 and frictionally engages the flange 80 at its other free end 86. The spring 82 will bias the wheel 40 to a central position. Preferably, the device includes such an arrangement on both sides of the wheel 40, if desired.

In the embodiment illustrated in FIG. 10, the sensing system 70 includes sensors, which take the form of two strain gauges 73 that cooperate with the shaft 56 for causing horizontal scrolling. In this embodiment, one strain gauge 73 is positioned at each end 57, 58 of the shaft 56. Alternatively, the strain gauges 73 could be positioned within the housing 51 at locations spaced from the ends 57, 58 for engaging with the sides of the wheel 40 as shown in FIG. 11, or at any other desired location. Each strain gauge 73 may include a compressible/extendable member 77 that is operatively con-

nected to a microprocessor 95 for generating an electrical signal that controls the position of the image 1 relative to the display screen 2 as discussed above. The member 77 is also rotatably coupled to a support member 94 (FIG. 10) or 95 (FIG. 11) so that the member 77 can rotate as the wheel 40 is rotated, or to the wheel 40 so that the wheel 40 will rotate relative to the compressible member 77. If desired, low friction plates may be used.

As seen in both FIG. 10 and FIG. 11, the compressible/extendable member 77 can include or be a spring, such as a helical spring. When the shaft 56 moves in a first direction within the housing 54, the spring 77 of the strain gauge 73 that is opposite the direction of the shaft movement will be extended while the spring 77 of the strain gauge 73 that is in the direction of the shaft movement will be compressed. The strain gauges 73 can be set so that either the compression or extension of their springs 77 will cause the microprocessor 95 to generate a signal that results in horizontal scrolling, and preferably in the direction of the movement of the wheel. Therefore, if the user moves the wheel 40 or the wheel 40 and shaft 56 to the right, it will cause the image to scroll right. Similarly, if the user moves the wheel 40 or the wheel 40 and shaft 56 to the left, it will cause the image to scroll left. The image can move at a constant speed or a speed that is a function of the extension or compressive forces experienced by the spring 77. In these embodiments, the springs 77 also serve to bias the wheel 40 into a central position.

Although the embodiments illustrated in FIGS. 10 and 11 have been described as including two strain gauges 73, it is possible for the present invention to operate properly with only one strain gauge 73. In this instance, the spring 77 of the one strain gauge 73 could be secured to one of the ends 57, 58 of the shaft 56 or to one of the sidewalls 42. As a result, when the shaft 56 is moved in a first lateral direction, the spring 77 will be compressed. Similarly, when the shaft 56 is moved in a second lateral direction, the spring 77 will be extended. The strain gauge 73 could be electrically connected to the microprocessor 95 so that when spring 77 is compressed, scrolling occurs in a first direction, and when the spring 77 is extended, scrolling occurs in a second, opposite direction.

In the embodiments shown in FIG. 12 and FIG. 13, the force plate 74 includes a contact plate member 75, and a sensor and a spring 76, coupled to a microprocessor 95 so that the image 1 will move in response to one of the springs 76 being compressed. As discussed above, the force plates 74 can each be located at one end 57, 58 of the shaft 56 for cooperating with the ends 57, 58. Alternatively, the force plates 74 can each be located at a point between the end of the shaft 56 and the opening 55 for cooperating with a sidewall 42 of the wheel 40 in response to movement of the shaft 56.

As with the other above embodiments, the shaft 56 preferably slides within housing 51 relative to the opening 55 and the force plates 74 in response to pressure being applied to the wheel 40. As pressure is applied to the wheel 40, one end 57, 58 of the shaft 56 or one of the sidewalls 42 will make contact with the contact plate 75 and begin to compress the spring 76 in the direction that the shaft 56 is moving. In response to the contact being made with the plate 75, an associated controller or microprocessor 95 will generate an image scrolling signal that will be delivered to the host computer 8. Additionally, the rate of compression experienced by the spring 76 can also be interpreted by the microprocessor. In this instance, the microprocessor will generate a signal for controlling the scrolling speed. The

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,199,785 B2

11

scrolling speed could be a function of the compression rate of the spring 76, the force applied to the spring, or a combination of the two. For example, when the plate 75 on the left side of the housing 51 is engaged, the image will begin to scroll to the left at a first rate. As more pressure is applied to the plate 75 and the spring 76, the rate at which the image scrolls will increase.

As shown in FIGS. 14a–14c, the wheel 40 can slide along the shaft 56 relative to the housing 54. In this embodiment, the wheel 40 includes a wheel assembly 45 that has an internal bearing surface 46 that can cause the shaft 56 to rotate as the user turns the wheel 40, so that vertical scrolling can occur. The bearing surface 46 also permits the scroll wheel 10 to slide along the shaft 56 within the opening 55 (shown in FIG. 4) in a direction that is parallel to axis 52. Thus, as shown, the external surface of the shaft 56 is shaped complimentary to the internal surface of the wheel 40. The shaft 56 may be secured against movement relative to the keyboard housing 51 in any known manner. As a result, the movement of the wheel 40 along and relative to the shaft 56 determines the direction that the image scrolls across the screen 2. Any of the above-discussed embodiments of the sensing system 70 that contact the sidewalls 42 of the wheel 40 can be used with the embodiment illustrated in FIG. 14. For example, a strain gauge 73 can be coupled to one or both sidewalls 42 of the wheel 40. This can be accomplished in one arrangement by positioning a first end of the spring 77 within a groove 93 at the end of the wheel 40 as shown in FIG. 14C. The opening to the groove 93 may be smaller than a head at the first end of the spring 77 so that the spring 77 will rotate within the groove 93 when the wheel 40 is rotated, and will not pull out of the groove 93 when the wheel 40 is moved laterally. Hence, when the wheel 40 is moved laterally, the spring 77 of the strain gauge 73 will be either compressed or extended. When the spring 77 is compressed or extended, the microprocessor will generate a signal that causes horizontal scrolling.

FIG. 15 illustrates an alternative embodiment of the present invention in which the wheel 40 is secured to a floating axle or shaft 156 positioned within the housing 51. Floating, as used herein, relates to the ability of the shaft 156 to move substantially freely in the vertical direction within the housing 51 because the supports 110 holding the shaft 156 are not rigidly positioned within the housing 51. In this embodiment, if the user wants to scroll, he or she will depress and slightly move the wheel 40 laterally within the opening 55 in the same direction that he or she wishes to scroll.

In this embodiment, the shaft 156 is supported by biased supports 110 on opposite sides of the wheel 40. Each biased support 110 includes a cradle 111 for holding the shaft 156 and a biasing member 112 such as a helical or other type of spring. Each cradle 111 can be supported within the housing 51 by a set of vertical receiving slots. These slots can be sized so that enough tolerance exists between the slots and the cradles 111 enabling the cradles 111 to move within their slots in directions other than vertical when the user contacts the wheel 40. Alternatively, the slots can be sized so that the cradles 111 are tightly surrounded by the slots and experience substantially only vertical movement. As a result, in this alternative embodiment, when a user contacts the wheel 40, the cradles 111 will not move laterally relative to the housing or toward the front and back of the housing 51. As shown in FIG. 15, each biasing member 112 may be secured or otherwise coupled to the interior surface 53 of the housing 51.

12

A movement sensing system 70 can be secured within housing 51 for determining the direction of scrolling in response to the movement of the shaft 156. Any of the above-discussed embodiments of the sensing system 70 could be used with the floating shaft 156 to determine when the shaft 56 and/or wheel 40 have been moved and the direction of this movement. As with the other sensing system, the sensing system 70 used with shaft 156 will cause the image 1 to horizontally scroll. If one or more strain gauges 73 are used to determine the movement of the shaft 156, each strain gauge 73 could be connected to one end 57, 58 of the shaft 56 or to one sidewall 42 of the wheel 40 as discussed above. Alternatively, the biasing member 112 could form the resilient portion of the strain gauge 73. In the embodiment illustrated in FIG. 16, the movement of the shaft 156 can be sensed by positioning the strain gauges 73 or the force plates 74 (not shown) below the shaft 156 so that the relative downward forces at the right and left sides of the shaft 156 can be detected.

In an embodiment illustrated in FIG. 17, the wheel 40 may be secured within the keyboard so that it pivots in response to the application of pressure. In this embodiment, the wheel 40 is supported by a shaft 256 that is held by a bracket 258 or the like that pivots about a fixed shaft 260. The shaft 260 extends perpendicular to the length of shaft 256. Other known ways of pivoting shaft can also be used. In this embodiment, the entire wheel 40 and shaft 256 pivot relative to the housing 51. Therefore, when one side of the wheel 40 is pushed down, the wheel 40 will experience lateral pivotal motion relative to the housing 51 that is sensed by an employed one of the above-discussed position sensing systems 70.

FIGS. 18–34 depict alternative embodiments and arrangements of the present invention. In the depicted embodiments, the scroll wheel assemblies are laterally pivotal. As shown in FIG. 18, a scroll wheel assembly 310 has a finger-engagable control member 330 that can be used with different types of computer input devices for scrolling an image in multiple directions and along multiple axes (X, Y) relative to a display screen used with a computer or another type of computing device as depicted in FIG. 1, or an internet appliance. As shown in FIG. 18, one embodiment of the scroll wheel assembly 310 according to the present invention can be located within a mouse 360. In a conventional manner, the mouse 360 also includes a housing 302 and depressible actuators such as primary and secondary keys 314 and 316. The housing 302 has an opening 305 therein. The scroll wheel assembly 310 is mounted within the housing 302. A portion of the finger-engagable control member 330 is exposed by and extends through the opening 305 so that it can be easily contacted and manipulated by a user. As described in more detail hereinafter, in addition to at least of portion of the scroll wheel assembly 310 being rotational front to rear or rear to front for vertical scrolling, the rotatable member 330 may be pivoted laterally (i.e., side-to-side) to horizontally scroll an image on the display screen, or cause another action by the computer.

An alternative embodiment of the scroll wheel assembly 310 can be located within a keyboard and a portion thereof exposed for manipulation through a hole in the housing, such as shown in other figures within this application. In addition to these illustrated embodiments, the scroll wheel assembly 310 can also be located within other computer input devices such as a trackball device or a similar input device. For example, it could also be located in the bezel of a hand-held computer, a larger portable computing device, a web pad, or Internet appliance, or could be located on the

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,199,785 B2

13

chassis of a laptop computer. Any of these computer input devices can have wired or wireless connections to the host computer as is known in the art. The scroll wheel assembly 310 can alternatively be located in a computer monitor or in the base portion of a laptop computer.

As illustrated in FIGS. 19–22, the finger-engagable control member 330 of the scroll wheel assembly 310 includes a rotatable portion 332 and a portion 334 that is stationary relative to the rotatable portion 332. The finger-engagable control member 330 is supported within a gimble structure/ tilting carriage 340 permitting the endless rotation of the finger-engagable control member 330 relative to the carriage 340 about a laterally oriented axis. The carriage 340 preferably occupies at least a portion of the lower half of the finger-engagable control member 330 and leaves the upper portion of the finger-engagable control member 330 unobstructed to facilitate user manipulation. Exemplary structure achieving this capability includes left and right axle portions 342 and 344 that protrude laterally from opposing sides of the finger-engagable control member 330 and axle receiving openings 346 and 348 in the carriage 340 for the respective axle portions 342 and 344. In an alternative arrangement, not shown, axle portions may be provided on the carriage 340 and axle-receiving openings may be provided on the finger-engagable control member 330.

The axle portion 342 on the stationary portion 334 does not rotate relative to its axle receiving opening 346. This fixed relationship is provided by adding a slot 343 or other keyed structure, and an appropriately sized opening 346 that prevents relative rotational displacement. On the rotatable portion 332 of the finger-engagable control member 330, the axle portion 344 can pivot freely relative to its axle receiving opening 348. Thus, when the finger-engagable control member 330 is rotated in the direction of arrow 400 (about axis 400a), and more specifically when a center region 336, which is preferably raised, of the finger-engagable control member 330 is rotated in the direction of arrow 400, its coupling to the carriage 340 tends to cause the rotation of only rotatable portion 332 relative to the stationary portion 334.

To further facilitate the relative rotation between rotatable portion 332 and the stationary portion 334, a portion of the rotatable portion 332 and a portion of the stationary portion 334 overlap along the axis of endless rotation 400a. Specifically, in this overlapping region, the radial outer peripheral surface 335 of stationary portion 334 and the radial inner surface 333 of movable portion 332 form interfacing annular surfaces. The outer peripheral surface 335 of stationary portion 334 provides a bearing and aligning surface for the movable portion 332 and will also aid in the balancing of the rotation of the movable portion 332 about axis 400a.

Rotation of movable portion of the finger-engagable control member 330 in the direction of arrow 400 is preferably sensed internally within the finger-engagable control member 330 (and within an area generally defined by the stationary portion 334 and the rotatable portion 332) as shown in the figures, but may be sensed externally if desired. An exemplary arrangement for sensing the rotation of the rotatable section 332 of finger-engagable control member 330 is shown in FIGS. 21–23.

As seen in FIGS. 21–23, the rotational sensing system for sensing the rotation of the rotatable section 332 of finger-engagable control member 330 utilizes a reflection encoder method wherein an encoder 381 transmits lights and senses light reflected from an encoder wheel 382. The encoder 381 and the encoder wheel 382 are oriented so that the light is

14

transmitted in a direction parallel to the axis 400a of rotation of wheel 382. The encoder wheel 382 includes angularly spaced alternating reflective and non-reflective sections that can be distinguished by the encoder 381 so that the angular displacement between the encoder wheel 382 and the encoder 381 can be determined. This contrast in light reflecting capability can be caused by etching and not etching angularly spaced regions in the side of the encoder wheel 382 that faces the encoder 381. When the rotatable section 332 is rotated, the non-reflective sections on the encoder wheel 382 periodically absorb the light from the beam, and the reflective sections on the encoder wheel 382 reflect the light from the beam back to its light-receiving detector. The detector senses these interruptions and is coupled to a controller to generate and relay a signal to the host computer to scroll the image in the Y-direction up or down based on the amount of rotation and the direction of rotation. Alternatively, in lieu of the depicted arrangement, the encoder may utilize separated transmitters and receivers with light passing through (instead of reflecting from) an encoder wheel and/or the light may be transmitted in a direction perpendicular to the axis 400a of rotation of wheel 382 such as shown in conjunction with the embodiment depicted in FIGS. 24–28.

In the depicted exemplary arrangement, the encoder 381 is coupled to the stationary portion 334 and the encoder wheel 382 is coupled to rotatable portion 332. The encoder 381 is electronically and structurally coupled to a printed circuit board 383 that is preferably mounted within and to the interior of the stationary portion 334. This mounting arrangement can be accomplished by holes 384 in the printed circuit board 383, mounting hardware 385 such as screws, and threaded holes 386 in the stationary portion 334 that receive the mounting hardware 385. Wire leads 387 electrically couple the printed circuit board 383 to a main printed circuit board, not shown, in the mouse 360 or other computer input device. This enables signals from the encoder 381 to be transmitted to a computer 8 or the like. An aperture 388 is preferably provided so that the leads 387 may extend through the wall of the stationary portion 334.

The encoder wheel 382 is structurally mounted within and to the interior of the rotatable portion 332 by any suitable arrangement. For example, in one arrangement, as depicted, the encoder wheel 382 may have a centrally located hole. The interior of the rotatable portion 332 preferably includes spacers 389, which may take the form of spokes, and an alignment shaft 390. The encoder wheel 382 is positioned over the alignment shaft 390 and spaced by the spacers 389. Either hardware 391 or a press fit arrangement may be used to lock the encoder wheel 382 to shaft 390. It is recognized that alternative mounting arrangements may be used for the encoder and encoder wheel in lieu of the depicted arrangement.

The carriage 340 is coupled to an assembly carrier 350 in a manner permitting the lateral pivoting of the carriage 340 relative to the carrier 350. Such an arrangement provides the user the ability to rotate the rotatable portion 332 in either opposing direction shown by arrow 400, and the ability to engage either the rotatable portion 332 or the stationary portion 334 and laterally pivot the finger-engagable control member 330 relative to the carrier 350 in either opposing direction shown by arrow 402. Such pivoting causes rotation of the finger-engagable control member 330 about axis 402a. Exemplary structure achieving this capability at the front of the carriage 340, as seen in FIGS. 19 and 21, includes an axle portion 352 that protrudes from the front side of the carriage 340 and an axle receiving opening 353

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,199,785 B2

15

16

in the front of the assembly carrier 350 for receiving the axle portion 352. If desired, similar structure could be used at the rear of the carriage 340.

The arrangement depicted in FIGS. 19–22 combines the mechanical pivoting interface with a tilt sensor. Exemplary structure achieving this capability at the rear of the carriage 340, as seen in FIGS. 21 and 22, includes a potentiometer 370 that includes a stationary body 371 and a rotating axle 372 mounted for rotation within the stationary body 371. In a manner known in the art, the potentiometer senses the angular displacement of the rotating axle 372 relative to the stationary body 371. The stationary body 371 is preferably fixed to the assembly carrier 350 by any desired arrangement such as by locking clips 373. The rotating axle 372 is fixed to the carriage 340 in such a manner that angular displace- ment of the carriage 340 causes direct angular rotation of the axle 372. One arrangement for such a coupling is to provide a through opening 374 in the rear of the assembly carrier 350, so that the rotating axle 372 extends through the opening 374 and is fixed to the carriage 340. The axle 372 or a portion thereof may be keyed and an axle receiver 376 is provided on the rear of the carriage 340 that provide a mating keyed interface to prevent relative rotational move- ment between the axle 372 and the axle receiver 376 when assembled. Signals indicative of the sensed rotation are transmitted from leads 377 on the potentiometer 370 to the main circuit board on the mouse 360 or other computer input device. Alternatively, an encoder wheel and light sensor arrangement may be used to sense the tilting. In lieu of a system that provides signals relative to degrees of tilt about axis 402a, such as potentiometer 370, tilting sensors that detects one or more discrete tilt points, such as contact switches as depicted in FIGS. 24–28 may be used.

The carriage 340 is biased to a neutral position with respect to its tilting relative to assembly carrier 350. This biasing is preferably accomplished by a spring. An exem- plary arrangement is to use a tension spring 320 coupled at its ends to the carriage 340 and the assembly carrier 350. The spring 320 may be disposed below the carriage 340 and the finger-engagable control member 330. As shown in FIGS. 21 and 22, a flange 322 is an integral part of the spring 320 and the bottom of the carriage may have a hole 324 therein. The hole 324 is sized, or alternatively shaped, such that the spring 320, when assembled, extends through the hole 324 but the flange 322 may not. The upper end of the spring 320 includes a hook 326 that is configured to attach to loop or similar structure, not shown, on the bottom of the carriage 340. Such structure include be a hole in a rib on the bottom of axle receiver 376. This arrangement provides a tension force to bias the carriage to a neutral position. Preferably, the center portion of the finger-engagable control member 330 extends perpendicularly to the opening 305 in the housing 302 of the mouse 360 or other computer input device including the scroll wheel assembly 310. In an alternative biasing arrangement, such as shown in conjunction with FIGS. 24–27, a torsion biasing spring may be used in lieu of the tension spring 320. Alternative biasing arrangements may be utilized.

In use, when the user wants to scroll the image 1 on the display screen 2 in multiple directions along multiple axes 4, 5, he or she will both rotate and/or laterally move the wheel assembly 410 relative to the housing 302 to produce vertical and/or lateral scrolling, respectively. When the rotational portion 332 of the scroll wheel assembly 410 is rotated by the user in the direction of arrow 400, the rotational motion is sensed by a rotational movement sensing system 381 and 382 and the image 1 is scrolled in either a positive or a

negative vertical direction that extends parallel to the Y-axis 4, i.e., either up or down. When the scroll wheel assembly 410 (either the rotational portion 332 or the stationary portion 334) is laterally tilted by the user in the direction of arrow 402, the tilting motion is sensed by a tilting sensing system 370–372 and the image 1 is scrolled in either a positive or a negative horizontal direction that extends parallel to the X-axis 4, i.e., either left or right.

FIGS. 24–27 depict an alternative exemplary embodiment a scroll wheel assembly 410 having a finger-engagable control member 430 of the present invention. The scroll wheel assembly 410 is used with a mouse or other types of computer input devices as previously described and depicted for scrolling an image in multiple directions and along multiple axes (X, Y) relative to a display screen used with a host computer, another type of computing device, or an Internet appliance.

The scroll wheel assembly 410 is mounted within a housing having an opening therein. A portion of the finger- engagable control member 430 is exposed by and extends through the opening so that it can be easily contacted and manipulated by a user. As described in more detail herein- after, in addition to at least of portion of the scroll wheel assembly 410 being rotational front to rear or rear to front for vertical scrolling, the rotatable member 430 may be pivoted laterally (i.e., side-to-side) to horizontally scroll an image on the display screen, or cause another action by the computer.

The finger-engagable control member 430 of the scroll wheel assembly 410 includes a rotatable portion 432 and a portion 434 that is stationary relative to the rotatable portion 432. The finger-engagable control member 430 is supported within a gimble structure/tiltable carriage 440 permitting the endless rotation of a portion of the finger-engagable control member 430 relative to the carriage 440 about a laterally oriented axis. The carriage 440 preferably encloses at least a portion of the lower half of the finger-engagable control member 430 and leaves the upper portion of the finger- engagable control member 430 unobstructed to facilitate user manipulation. Exemplary structure achieving this capa- bility includes opposing axle portions 442 and 444 that protrude laterally from opposing sides of the finger-eng- agable control member 430 and axle receiving openings 446 and 448 in the carriage 440 for the respective axle portions 442 and 444. In an alternative arrangement, not shown, axle portions may be provided on the carriage 440 and axle- receiving openings may be provided on the finger-engagable control member 430.

The axle portion 442 on the stationary portion 434 does not rotate relative to its axle receiving opening 446. This fixed relationship is provided by a non-circular shaped axle portion 442 or another keyed structure, and an appropriately sized and shaped opening 446 that prevents relative rota- tional displacement. On the rotatable portion 432 of the finger-engagable control member 430, the axle portion 444 can pivot freely relative to its axle receiving opening 448. Thus, when the finger-engagable control member 430 is rotated in the direction of arrow 500 (about axis 500a), and more specifically when the center region 436 of the finger- engagable control member 430 is rotated in the direction of arrow 500, its coupling to the carriage 440 tends to cause the rotation of only rotatable portion 432 relative to the station- ary portion 434.

To further facilitate the relative rotation between rotatable portion 432 and the stationary portion 434, a portion of the rotatable portion 432 and a portion of the stationary portion 434 overlap along the axis of endless rotation 500a. Spe-

US 7,199,785 B2

17                  18

cifically, in this overlapping region, the radial outer peripheral surface 435 of stationary portion 434 and the radial inner surface 433 of movable portion 432 form interfacing annular surfaces. The outer peripheral surface 435 of stationary portion 434 provides a bearing and aligning surface for the movable portion 432 and will also aid in the balancing of the rotation of the movable portion 432 about axis 500a.

Rotation of movable portion of the finger-engagable control member 430 in the direction of arrow 500 is preferably sensed internally within the finger-engagable control member 430 as shown in the figures, but may be sensed externally if desired. An exemplary arrangement for sensing the rotation of the rotatable section 432 of finger-engagable control member 430 is shown in FIGS. 26 and 28.

The rotational sensing system for sensing the rotation of the rotatable section 432 of finger-engagable control member 430 utilizes an encoder method wherein an encoder includes a light transmitter 481a that transmits lights in a direction towards a separate light detector 481b. An encoder ring 482 includes angularly alternating obstructions 482a and gaps 482b such that light from transmitter 481a can pass through gaps 482b between the obstructions 481a. The obstructions 482a on the encoder ring 482 periodically obstruct the light beam when the rotatable section 432 is rotated. The detector 481b senses these obstructions and is coupled to a controller to generate and relay a signal to the host computer to scroll the image in the Y-direction up or down based on the direction of rotation. Alternatively, in lieu of the depicted arrangement, the encoder may utilize a reflective encoder method (instead of a light pass through method) encoder wheel, and/or the light may be transmitted in a direction parallel to the axis 500a of rotation of ring 482 for example as shown in conjunction with the embodiment depicted in FIGS. 19–23. Other alternative arrangements may also be utilized.

In the depicted exemplary arrangement, the encoder 481 is coupled to the stationary portion 434 and the encoder wheel 482 is coupled to rotatable portion 432. The encoder 481 is electronically and structurally coupled to a printed circuit board 483 that is preferably mounted within and to the interior of the stationary portion 434. This mounting arrangement can be accomplished by holes 484 in the printed circuit board 483, mounting hardware 485 such as screws, and threaded holes 486 in the stationary portion 434 that receive the mounting hardware 485. In an alternative mounting arrangement, holes may be provided on the printed circuit board 483 and protruding snaps may be provided as an intergral part of stationary portion 434. Wire leads 487 electrically couple the printed circuit board 483 to a main printed circuit board, not shown, in the mouse 360 or other computer input device. This enables signals from the light receiver 481b of the encoder 481 to be transmitted to a computer 8 or the like. An aperture 488 is preferably provided so that the leads 487 may extend through the wall of the stationary portion 434.

The encoder ring 482 is structurally mounted within and to the interior of the rotatable portion 432 by any suitable arrangement. For example, in one arrangement, as depicted, the encoder ring 482 may be integrally molded with the rotatable portion 432. Alternatively, it may be coupled by hardware, snaps, or a press fit arrangement.

The carriage 440 is coupled to an assembly carrier 450 in a manner permitting the lateral pivoting of the carriage 440 relative to the carrier 450. Such an arrangement provides the user the ability to rotate the rotatable portion 432 in either opposing direction shown by arrow 500, and the ability to

laterally pivot the finger-engagable control member 430 relative to the carrier 450 in either opposing direction shown by arrow 502 (FIG. 28). Such pivoting causes rotation of the finger-engagable control member 430 about axis 502a. Exemplary structure achieving this capability at the rear of the carriage 440, as seen in FIGS. 24–26, includes an axle portion 452 that protrudes from the front side of the carriage 440 and an axle receiving opening 453 in the rear of the assembly carrier 450 for receiving the axle portion 452. If desired, similar structure could be used at the front of the carriage 440.

The carriage 440 is biased to a neutral position with respect to its tilting relative to assembly carrier 450. This biasing is preferably accomplished by a spring. An exemplary arrangement, as shown in FIG. 27, uses a torsion spring 420 having one end that is fixed to or bears against the carriage 440 and its other end that is fixed to or bears against the assembly carrier 450. The torsion spring 420 can extend over a forward axle portion 454. However, alternate biasing arrangements, such as but not limited to the biasing system of FIGS. 19–23 may be used. This biasing arrangement provides a rotational force to bias the carriage to a neutral position. Preferably, the center portion of the finger-engagable control member 430 extends perpendicularly to the opening in the housing of the mouse or other computer input device in this neutral position.

A tilting sensor is used to determine the angular displacement of the carriage 440 relative to the assembly carrier 450. An exemplary structure achieving this tilt sensing capability includes laterally extending contact arms 471 and contact switches 473 respectively disposed at the ends of the tilting path of the arms 471. Thus, in this arrangement, the sensors detect a specific predetermined tilt position in the positive and negative tilt directions. The contacts and open circuits of the switches may be self-contained such as in a dome-type switch. Alternatively, the underside of each arm 471 can include a conductive element 472 that contacts an open circuit region 474 of the switch 473. Signals indicative when the carriage 440 has been tilted by the predetermined angle are transmitted from switches 473 to a circuit board on the mouse or other computer input device. However, alternate angular sensing arrangement may be provided.

Alternative exemplary structure achieving this tilt sensing capability may be provided at the front or back of the carriage 440 includes a potentiometer, not shown but similar to that shown in FIGS. 21 and 22. The potentiometer senses the rotation of axle 452 relative to the assembly carrier 450. Signals indicative of the sensed rotation are transmitted from leads on the potentiometer to the main circuit board on the mouse or other computer input device. However, alternate angular sensing arrangement may be provided. Alternatively, an encoder wheel and light sensor arrangement may be used to sense the tilting.

The scroll wheel assembly 410 is preferably pivotally mounted within the housing of the mouse or other computer input device in a manner to provide a Z-switch. This is preferably accomplished by axles 490 extending from the opposing lateral sides near the front of the assembly carrier 450. However, the scroll wheel assembly 410 may be pivotally coupled adjacent its rear. The axles 490 are received in openings (not shown) in uprights within the housing in a manner to permit relative pivotal movement. An exemplary embodiment of a sensing system for determining the pivoting of assembly carrier 450 relative to the housing includes a contact switch 475 on the side opposite from the pivot axles 490. A portion of tilt axle 452 may be used to cause the contact the switch 475 when the finger-engaging

US 7,199,785 B2

19

20

portion 430 is depressed downwardly. An actuator that is part of the carrier 450 may also actuate the Z-switch. Additional contact switches 478 may similarly be provided for the depressible actuators 314 and 316, e.g., the primary and secondary buttons.

In an exemplary arrangement, a cover/shutter 495, as shown in FIGS. 24 and 28, is mounted to the carriage 440 and extends upwardly to cover a region of the stationary portion 434 and the rotatable portion 432 on either side of the center section 436, and preferably also a region in front of and behind center region 436. Thus, the shutter 495 includes an aperture 496 sized slightly larger than the center portion 436 (at its intersecting location) through which the center portion 436 extends. In this arrangement, only the center portion 436 of finger-engagable control member 430 is exposed for user manipulation. The shutter 495 extends partly through the opening 305 in the housing 302 of the mouse or other computer input device. The shutter 496 preferably includes a curved upper surface 497 on opposing sides of the center portion 436 so that the opening 305 in the housing 302 is substantially blocked regardless of the angle of tilt of the finger-engagable control member 430. The shutter 495 protects the internal components of the mouse or other computer input device from dust, dirt, and other contaminates that may potentially cause damage. If desired, the shutter 495 can extend through the opening 302 by a sufficient amount to include finger engagable surfaces on opposing sides of the rotatable center section 436 that may be used to laterally tilt the scroll wheel assembly 410.

In use, when the user wants to scroll the image 1 on the display screen 2 in multiple directions along multiple axes 4, 5, he or she will both rotate and/or laterally move the wheel assembly 410 relative to the housing 302 to produce vertical and/or lateral scrolling, respectively. When the center section 436 of the rotational portion 432 of the scroll wheel assembly 410 is rotated by the user in the direction of arrow 500, the rotational motion is sensed by a rotational movement sensing system 481a, 481b, and 482 and the image 1 is scrolled in either a positive or a negative vertical direction that extends parallel to the Y-axis, i.e., either up or down. When the scroll wheel assembly 410 (either the center section 436 or the shutter 495) is laterally tilted by the user in the direction of arrow 502, the tilting motion is sensed by a tilting sensing system 471 and 473 and the image 1 is scrolled in either a positive or a negative horizontal direction that extends parallel to the X-axis 4, i.e., either left or right.

It is noted that while some features of the scroll wheel assembly 410 have been depicted and described relative to one described embodiments, these features can be provided in other described embodiments. For example, the shutter 495 depicted in FIGS. 24 and 28 may be used in the embodiment of FIGS. 19–23. Similarly, sensing techniques, tilting and rotational techniques, and associated structures disclosed or depicted relative to one embodiment may be used in addition or in lieu of corresponding structures in another embodiment. Additionally, disclosed aspects and features usable and desirable with a split rotating finger-engagable control member 330/430 are advantageous on other scrolling assemblies and need not be required to be on a scroll wheel assembly with movable and stationary portions.

In a preferred embodiment, the lateral tilting axis 402a/502a is preferably located substantially within the same plane as, or spaced a small distance from the rotational axis 400a/500a. Preferably, but not necessarily, the lateral tilting axis 402a/502a is preferably located to intersect the center portion 336/436. Providing the lateral tilting axis 402a/502a close to the rotational axis 400a/500a provides a higher

degree of control and angular tilt relative to the titling distance traveled. In one arrangement, the finger-engagable control member 310/410 may be tilted approximately 5 –30 degrees clockwise or counter-clockwise from its center-biased position. That is, the 5 –30 degrees of travel in both opposing angular direction provide a 10 –60 degree angular range of travel. Various specific configurations of this arrangement provide angular ranges of angular travel equal to or in excess of 10 degrees, 20 degrees, 30 degrees, 40 degrees and 50 degrees.

The shape and contour of the portion of the finger-engagable control member may take the form of the embodiments shown in FIGS. 18–28 or may alternatively take the form of the embodiments shown in FIGS. 29–31 or portions thereof. More specifically, the finger-engagable control member 310/410 includes a raised center section 336/436 and opposing side surfaces that may be formed by a shutter or by a rotatable portion and a stationary portion. The raised center section 336/436 may optionally include grooves to assist in the rotation of the center section.

The opposing side surfaces may be angled such as shown in FIGS. 19–23, or convex and curved such as shown in FIG. 24 or FIGS. 29–31. In the embodiment of FIGS. 29 and 30, depicted on a mouse 560 with depressible actuators 514 and 516, the contour of the finger-engagable control member 530 exposed for user manipulation through an opening 505 in housing 502, takes the approximate form of a raised ring-shaped wheel 536 wrapped around a sphere 537. As schematically depicted in isolation in FIG. 30, the convex outer contour of the exposed spherical surfaces 537 on opposing sides of the wheel 536 (alone and in conjunction with the wheel 536) enhances the finger engagable surface area to permit tilting in the direction of arrow 602 while still permitting easy endless rotation of the wheel 536 in the direction of arrow 600. This combination of shapes also provides physical and cognitive cues as to how the finger-engagable control member 530 may be manipulated. The sphere 537 is preferably, but need not be, truncated in regions laterally outside of the regions that are exposed for user manipulation.

In the embodiment of FIG. 31, depicted on a mouse 660 with depressible actuators 614 and 616, the contour of the finger-engagable control member 630 exposed for user manipulation through an opening 605 in housing 602, takes the approximate form of a raised ring-shaped wheel 636 with downwardly angled sloped and slightly curved side surfaces 637. This arrangement also provides advantages as the side surfaces 637 on opposing sides of the raised center section 636 enhances the finger engagable surface area to permit tilting in the direction of arrow 702 while still permitting easy endless rotation of the wheel 636 in the direction of arrow 700. This combination of shapes also provides physical and cognitive cues as to how the finger-engagable control member 630 may be manipulated. The sphere 537 is preferably, but need not be, truncated in regions laterally outside of the regions that are exposed for user manipulation.

In the embodiment of FIGS. 32–34, depicted on a mouse 760 with depressible actuators 714 and 716, the contour of the finger-engagable control member 730 exposed for user manipulation through an opening 705 in housing 702, takes the approximate form of a raised ring-shaped wheel 736 with raised side edges 798 and a concave recessed center section forming a finger-locating/finger-positioning groove 799. This arrangement also provides advantages as the groove 799 assists in the single finger control of the tilting in the direction of arrow 802 as well as the endless rotation

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,199,785 B2

21

of the wheel 736 in the direction of arrow 800. A convex shutter 795 may also be provided to protect the internal components of the computer input device 760.

These arrangements are useful with software applications offering horizontal scrolling opportunities, such as various a spreadsheet program, an Internet browser, and word processor programs and especially in instances where a user would be trying to view an image that is larger than what can be completely shown on screen in the vertical and/or horizontal directions. By rolling the finger-engagable control member, a user can navigate back and forward between information on the bottom and top of the image. By tilting the finger-engagable control member horizontally, the user can navigate between views and information on the right and left of the viewed image.

The speed of the scrolling in the vertical direction may be any desirable rate relative to the rotation, and such speed may be preset or controllable and adjustable through software, e.g., a graphical user interface on a mouse driver, so that the user may select his or her own preference. Horizontal scrolling may be controlled dependent upon on the amount of time the finger-engagable control member is tilted and/or by the amount of tilt of the finger-engagable control member. Similarly, the speed of the scrolling may be preset or controllable and adjustable through software, e.g., a graphical user interface on a mouse driver, so that the user may select his or her own preferences. If desired, a time threshold for the tilting of the finger-engagable control member may be imposed prior to the initiation of horizontal scrolling to prevent inadvertent tilting from modifying the viewed image.

While the scroll wheel assembly is preferably used to cause scrolling in the horizontal and vertical directions, it may also be used to provide single commands other than "scroll right" and "scroll left". For example, as with some keys on mice and keyboards, these commands may be programmable. Thus, depending upon the embodiment, translating or pivoting the rotatable member to the left can activate a pre-programmed command such as "BACK", and moving the rotatable member to the right can activate a pre-programmed command such as "FORWARD."

Further, with the use of such a the finger-engagable control member/wheel, and modifier keys that create the ability to modify the input from the finger-engagable control member/wheel, it is possible to control document zooming or other non-scrolling actions if desired. For example, the combined actions of the Alt and Y keystrokes and manipulation of a scroll wheel could control zooming in and out. If desired, the combination of modifier keys in combination with sliding the scroll wheel horizontally could be used to angularly rotate an image on the display, such as a drawing object. In such an example, the horizontal displacement of the wheel can affect the amount of angular rotation and/or the speed of the rotation.

It is understood that while the forms of the invention herein shown and described include the best mode contemplated for carrying out the present invention, they are not intended to illustrate all possible forms thereof. It will also be understood that the words used are descriptive rather than limiting, and that various changes may be made without departing from the spirit or scope of the invention as claimed below.

We claim:

1. An input device for scrolling an image relative to an image display screen, said device comprising:

    a housing having at least one opening;

22

    a finger-engagable control member provided within said housing and having a portion extending through said opening permitting user manipulation thereof, said finger-engagable control member being endlessly rotatable about a rotating axis extending within the housing and tiltable about a tilting axis,

    a central internal area located within an internal rotatable surface of the finger-engagable control member;

    a rotation sensor positioned within the central internal area of the endlessly rotatable finger-engagable control member configured to sense rotation of the finger-engagable control member; and

    a tilt sensor configured to sense tilting of the finger-engagable control member.

2. The device of claim 1 wherein when the finger-engagable control member is rotated, a signal is transmitted to scroll the image in a first scroll direction and wherein when the finger-engagable control member is pivoted, a signal is transmitted to scroll the image in a second scroll direction, the second scroll direction being perpendicular to the first scroll direction.

3. The device of claim 1 wherein the central internal area is bounded on a first lateral side by an internal lateral surface of the finger-engagable control member.

4. The device of claim 3 further comprising an encoder wheel positioned within the central internal area.

5. The device of claim 4 wherein central internal area is laterally bounded on a second lateral side, and further comprising an encoder positioned within the central internal area.

6. The device of claim 1 wherein the tilting axis is perpendicular to the rotating axis.

7. The device of claim 1 wherein the finger-engagable control member further includes a first lateral arm extending laterally from a first lateral side and a second lateral arm extending laterally from a second lateral side, the first lateral arm and the second lateral arm being coplanar on a plane that is parallel to the rotating axis.

8. The device of claim 7 wherein pivoting of the finger-engagable control member causes a corresponding movement of the first and second lateral arms in the plane.

9. The device of claim 7 wherein the plane is further parallel to the tilting axis.

10. The device of claim 9 wherein the plane intersects the finger-engagable control member.

11. The device of claim 10 wherein the tilt sensor further includes a first contact switch at a first lateral side of the finger-engagable control member and laterally spaced from the finger-engagable control member and a second contact switch at a second lateral side of the finger-engagable control member and laterally spaced from the finger-engagable control member.

12. The device of claim 11 wherein the first lateral arm is configured to contact the first contact switch when the finger-engagable control member is pivoted in the direction of the first contact switch and the second lateral arm is configured to contact the second contact switch when the finger-engagable control member is pivoted in the direction of the second contact switch.

13. A computer input device for scrolling an image, said device comprising:

    a housing having at least one opening;

    a finger-engagable control member provided within said housing and having a portion extending through said opening permitting user manipulation thereof, said finger-engagable control member being endlessly rotat-

US 7,199,785 B2

23

able about a rotating axis extending within the housing and tiltable about a tilting axis;

a first lateral contact arm extending laterally from a first lateral side of the finger-engagable control member and a second lateral contact arm extending from a second lateral side of the finger-engagable control member, the first lateral contact arm and the second lateral contact arm being generally horizontal;

a rotation sensor for sensing rotation of the finger-engagable control member; and

a tilt sensor for sensing tilting of the finger-engagable control member, the tilt sensor having a first contact switch at a first lateral side of the finger-engagable control member along the rotating axis of the finger-engagable control member and a second contact switch at a second lateral side of the finger-engagable control member along the rotating axis of the finger-engagable control member,

wherein the first lateral contact arm is configured to contact the first contact switch when the finger-engagable control member is pivoted in the direction of the first contact switch and the second lateral contact arm is configured to contact the second contact switch when the finger-engagable control member is pivoted in the direction of the second contact switch.

14. The device of claim 13 wherein when the finger-engagable control member is rotated, a signal is transmitted to scroll the image in a first scroll direction and wherein when the finger-engagable control member is pivoted, a signal is transmitted to scroll the image in a second scroll direction, the second scroll direction being perpendicular to the first scroll direction.

15. The device of claim 13 wherein the first lateral contact arm is capable of contacting the first contact switch when the finger-engagable control member is tilted in the direction of the first contact switch and the second lateral contact arm is capable of contacting the second contact switch when the finger-engagable control member is tilted in the direction of the second contact switch.

16. The device of claim 13 further comprising a carriage including a first lateral side and a second lateral side, the carriage housing at least a portion of the finger-engagable control member and being stationary when the finger-engagable control member is rotated.

17. The device of claim 16 wherein the first lateral side of the carriage is adjacent and parallel to the first lateral aspect of the finger-engagable control member and the second

24

lateral side of the carriage is adjacent and parallel to the second lateral side of the finger-engagable control member, the first lateral arm being connected to the approximate midpoint of the first lateral side of the carriage and the second lateral arm being connected to the approximate midpoint of the second lateral side of the carriage and extending laterally from the carriage.

18. A computer input device for scrolling an image, said device comprising:

a housing having at least one opening;

a finger-engagable control member provided within said housing and having a portion extending through said opening permitting user manipulation thereof, said finger-engagable control member being endlessly rotatable about a rotating axis extending within the housing and tiltable about a tilting axis;

a first lateral contact arm extending laterally from a first lateral side of the finger-engagable control member and a second lateral contact arm extending from a second lateral side of the finger-engagable control member, the first lateral contact arm and the second lateral contact arm being generally horizontal;

a circuit board underlying the finger-engagable control member and including a first contact switch and a second contact switch thereon, the first contact switch and the second contact switch at opposite sides of the finger-engagable control member,

wherein the first contact switch underlies the first lateral contact arm and the second contact switch underlies the second lateral contact arm.

19. The device of claim 18 wherein the first lateral contact arm is configured to contact the first contact switch when the finger-engagable control member is pivoted in the direction of the first contact switch and the second lateral contact arm is configured to contact the second contact switch when the finger-engagable control member is pivoted in the direction of the second contact switch.

20. The device of claim 19 wherein the circuit board further includes a third contact switch thereon behind the finger-engagable control member, the device further comprising a carriage housing at least a portion of the finger-engagable control member and being inwardly displaceable about a displacement axis that is perpendicular to the tilting axis and parallel to the rotating axis, the third contact switch underlying the carriage.

*   *   *   *   *

US007187358B2

(12) **United States Patent**
Ledbetter et al.

(10) Patent No.: **US 7,187,358 B2**
(45) Date of Patent: *Mar. 6, 2007

(54) **INPUT DEVICE INCLUDING A WHEEL ASSEMBLY FOR SCROLLING AN IMAGE IN MULTIPLE DIRECTIONS**

(75) Inventors: **Carl J Ledbetter**, Lynnwood, WA (US); **Daan Lindhout**, Seattle, WA (US); **Aditha Adams**, Seattle, WA (US); **Hugh E. McLoone**, Bellevue, WA (US); **Timothy Michael Muss**, Seattle, WA (US); **James Y. Koo**, Renton, WA (US); **Gino Garcia**, Edmonds, WA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/193,483**

(22) Filed: **Aug. 1, 2005**

(65) **Prior Publication Data**

US 2005/0264533 A1    Dec. 1, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 11/094,139, filed on Mar. 31, 2005, which is a continuation of application No. 10/184,000, filed on Jun. 28, 2002, now Pat. No. 7,079,110, which is a continuation-in-part of application No. 09/843,794, filed on Apr. 30, 2001, now Pat. No. 6,700,564.

(51) **Int. Cl.**
*G09G 5/00*    (2006.01)

(52) **U.S. Cl.** ...................... 345/156; 345/163; 345/169; 345/684; 200/5 A

(58) **Field of Classification Search** ........ 345/156–169, 345/684–687; 463/37–38; 348/734; 200/5 A, 200/6 A; 715/784–786
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,712,101 A    12/1987    Culver

(Continued)

FOREIGN PATENT DOCUMENTS

EP    1258019    11/2002

(Continued)

OTHER PUBLICATIONS

Web page reviewing "Kensington TurboRing Trackball"; http://www.avault.com/hardware/print_review.asp?review=turboring; publication date unknown, but believed to be prior to Jun. 28, 2002.

(Continued)

*Primary Examiner*—Lun-Yi Lao
(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57) **ABSTRACT**

A computer input device having a housing and a finger-engagable scrolling device. A portion of the scrolling device is endlessly rotatable about a first axis to preferably cause vertical scrolling of an image on a display. The scrolling device is pivotally movable relative to the housing about a second axis perpendicular to the first axis. The portion of the scrolling device may further be depressed to activate a switch.

24 Claims, 20 Drawing Sheets



Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,187,358 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,720,703 | A | 1/1988 | Schnarel, Jr. et al. |
| 5,063,289 | A | 11/1991 | Jasinski et al. |
| 5,235,868 | A | 8/1993 | Culver |
| 5,404,152 | A | 4/1995 | Nagai |
| 5,446,481 | A | 8/1995 | Gillick |
| 5,477,508 | A | 12/1995 | Will |
| 5,510,811 | A | 4/1996 | Tobey et al. |
| 5,517,257 | A | 5/1996 | Dunn et al. |
| 5,521,617 | A | 5/1996 | Imai et al. |
| 5,530,455 | A | 6/1996 | Gillick et al. |
| 5,774,075 | A | 6/1998 | Palalau et al. |
| 5,808,568 | A | 9/1998 | Wu |
| 5,910,798 | A | 6/1999 | Kim |
| 5,912,661 | A | 6/1999 | Siddiqui |
| 5,952,997 | A | 9/1999 | Hu |
| 5,956,018 | A | 9/1999 | Pejic et al. |
| 5,959,614 | A | 9/1999 | Ho |
| 5,963,197 | A | 10/1999 | Bacon et al. |
| 6,075,518 | A | 6/2000 | Pruchniak |
| 6,075,575 | A | 6/2000 | Schein et al. |
| 6,097,371 | A | 8/2000 | Siddiqui et al. |
| 6,097,372 | A | 8/2000 | Suzuki |
| D431,037 | S | 9/2000 | Varga et al. |
| 6,128,006 | A | 10/2000 | Rosenberg et al. |
| 6,132,118 | A | 10/2000 | Grezeszak |
| 6,188,393 | B1 | 2/2001 | Shu |
| 6,198,473 | B1 | 3/2001 | Armstrong |
| 6,281,881 | B1 | 8/2001 | Siddiqui et al. |
| 6,300,939 | B1 | 10/2001 | Decker et al. |
| 6,323,844 | B1 | 11/2001 | Yeh et al. |
| 6,337,679 | B1 | 1/2002 | Chou |
| 6,340,800 | B1 | 1/2002 | Zhai et al. |
| 6,340,966 | B1 | 1/2002 | Wang et al. |
| 6,348,912 | B1 | 2/2002 | Smith |
| 6,353,429 | B1 | 3/2002 | Long |
| 6,359,611 | B2 | 3/2002 | Chan |
| 6,380,927 | B1 | 4/2002 | Ostrum et al. |
| 6,424,355 | B2 | 7/2002 | Watanabe et al. |
| 6,519,003 | B1 | 2/2003 | Swayze |
| 6,522,321 | B1 | 2/2003 | Chen et al. |
| 6,534,730 | B2 | 3/2003 | Ohmoto et al. |
| 6,555,768 | B2 * | 4/2003 | Deruginsky et al. ........... 200/4 |
| 6,570,108 | B2 | 5/2003 | Lin |
| 6,608,616 | B2 | 8/2003 | Lin |
| 6,697,050 | B1 | 2/2004 | Shinohe et al. |
| 6,717,572 | B1 * | 4/2004 | Chou et al. ................. 345/157 |
| 6,809,275 | B1 | 10/2004 | Cheng et al. |
| 2003/0025673 | A1 | 2/2003 | Ledbetter et al. |
| 2003/0076303 | A1 | 4/2003 | Huppi |
| 2003/0095096 | A1 | 5/2003 | Robbin et al. |
| 2003/0107547 | A1 | 6/2003 | Kehlstadt et al. |
| 2004/0001042 | A1 | 1/2004 | Lindhout et al. |
| 2004/0051392 | A1 | 3/2004 | Badameh |
| 2004/0150623 | A1 | 8/2004 | Ledbetter |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | | 07-092939 | 4/1995 |
| JP | | 2000200147 | 7/2000 |

### OTHER PUBLICATIONS

Web page reviewing "TurboRing"; http://www.macworld.com/2000/10/reviews/turboring.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page from "Van's Hardware"; http://www.vanshardware.com/reviews/2001/october/011002__TurboRing/011002__TurboRing.htm; published Oct. 2, 2001.

Web page reviewing "TurboRing"; http://www.keyalt.com/pointdevices/turboring.htm; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Micro TRAC™"; http://www.microspeed.com/products/pd500s.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Kid TRAC" model PD-280S; http://www.microspeed.com/products/kidtrac.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for Kid TRAC User's Manual; http://www.microspeed.com/pages/support/manuals/kidtracm.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Ateck" A4 RFW-33 Radio Wireless PS/2 Mouse; http://www.shop.store.yahoo.com/4ltech/a4rfradwirps.html; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Sakar Yahoo! 4D Internet Scroll Mouse" and "Sakar Optical Mouse w/Email alert Metallic Silver (USB)"; http://www.slarp.com/products/input_Devices/Mice_and_ Trackballs/; publication date unknown, but believed to be prior Jun. 28, 2002.

Web page for "ICONCEPTS 70152"; http://www.panwebi.com/products/computer/mouse/70152.htm; publication date unknown, but believed to be prior to Jun. 28, 2002.

Web page for "Yahoo 8D Internet Mouse"; http://www.panwebi.com/products/computer/mouse/8dinternetmouse.htm; publication date unknown, but believed to be prior to Jun. 28, 2002.

"Photo A": photograph of scroll wheel from LOGITECH cordless optical mouse, P/N 851497-0000; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo B": (second) photograph of scroll wheel from LOGITECH cordless optical mouse, P/N 851497-0000; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo C": photograph of scroll wheel from mouse manufactured by A4tech Co., Ltd., Taipei, Taiwan; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo D": (second) photograph of scroll wheel from mouse manufactured by A4tech Co., Ltd., Taipei, Taiwan; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo E": photograph of scroll wheel from mouse manufactured by KYE Systems, Taipei, Taiwan; date of first availability and/or disclosure prior to (or believed to be prior to) Jun. 3, 2002.

"Photo F": photograph of scroll wheel frm RAZER "Boomslang" mouse, available from Kama LLC, Taiwan, date of first availability and/or disclosure prior to (to believed to be prior to) Jun. 3, 2002.

<http://www.mside.net/microscrollii.html> MSIDE.net, showing Micro Scroll II mouse from Micro, 2 sheets, Dec. 2000.

<http://www.contourdesign.com/rollerbar.htm>, Contour Design-RollerBar Mousing Station-Optical Technology, 2 sheets, Jan. 2001 and 1 sheet press release dated Nov. 29, 2000.

<http://www.mousetrapper.dk>, Mouse Trapper product description, 12 color sheets including original Danish language and English translation as performed by Translation Experts Ltd. Service, date of product release unknown but prior to filling date of application.

U.S. Appl. No. 10/158,996, filed Jun. 3, 2002.

U.S. Appl. No. 10/183,993, filed Jun. 28, 2002.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 12



FIG. 13

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 14A



FIG. 14B



FIG. 14C

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 15



FIG. 16



FIG. 17

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 18



FIG. 19



FIG. 20

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



# FIG. 21

Case 5:08-cv-03666-RS    Document 1-6    Filed 07/31/2008    Page 14 of 34



## FIG. 22

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



## FIG. 23

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28

Copy provided by USPTO from the PIRS Image Database on 05/05/2008



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,187,358 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**INPUT DEVICE INCLUDING A WHEEL ASSEMBLY FOR SCROLLING AN IMAGE IN MULTIPLE DIRECTIONS**

CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 11/094,139, filed Mar. 31, 2005, incorporated herein in its entirety, which is a Continuation of U.S. patent application Ser. No. 10/184,000, filed Jun. 28, 2002 now U.S. Pat. No. 7,079,110, incorporated herein in its entirety, which is a Continuation-in-Part application of U.S. patent application Ser. No. 09/843,794, filed Apr. 30, 2001, now U.S. Pat. No. 6,700,564 which is hereby incorporated by reference in its entirety.

FIELD OF THE INVENTION

The present invention relates to an input device including an assembly for moving an image in multiple directions on a display screen. More particularly, the present invention relates to a scroll wheel assembly that, when part of a peripheral or integral input device that is operatively connected to a host computer, can move an image in multiple axes relative to the display screen.

BACKGROUND OF THE INVENTION

Scroll wheels have been provided on computer mice and used by computer operators to move an image relative to a display screen of a host computer. A scroll wheel assembly includes a rotatable scroll wheel and a sensor that are typically included in a housing for a peripheral computer device such as a mouse. Typically, a portion of the scroll wheel protrudes upwardly out of an opening in its housing, and is rotated in order to vertically scroll the image along the screen. An example of a mouse including a known scroll wheel assembly is described in U.S. Pat. No. 5,912,661, entitled "Z-ENCODER MECHANISM" which is hereby fully incorporated by reference.

Scrolling, as used herein, describes the movement of an image relative to a display screen in a particular direction as such term is commonly used in the art. For example, the term "scroll down" as used herein relates to moving the viewable contents of a file (such as a text document or image) relative to display screen by an amount to produce an effect of moving down in the document or image. Similarly, the terms scroll up, scroll left and scroll right relate to moving the viewable contents of a file relative to a screen by an amount to produce an effect of moving in the document or image up, left, and right, respectively. The term scrolling as used herein also includes panning, which is the automatic scrolling of an image.

In operation, a conventional scroll wheel is normally rotated about a transversely extending axis secured within a housing. An encoder wheel is coupled to the scroll wheel and rotates when the scroll wheel rotates. As the scroll wheel is rotated, an encoder senses the rotation of the encoder wheel, and delivers a corresponding signal to a host computer. That signal can be used to move an image, as is known in the art and disclosed in U.S. Pat. No. 5,912,661. Notably, this allows a user to scroll the image without changing the position of the mouse and/or the cursor, and instead only requires rotating the scroll wheel (versus the entire mouse or other device) with a thumb or finger. However, displayable portions of spreadsheets and many other types of documents and screen images are often wider than the display screen, and the user must also scroll horizontally across the screen to see the entire file. When the user needs to move the image horizontally across the display screen, the user must typically perform additional steps beyond what is required for vertical scrolling. This can include locating a graphical user interface in the form of a horizontal scroll bar (usually located near the bottom of the display), positioning the cursor on the scroll bar, and then rotating the wheel. Locating the scroll bar can be very difficult for people with bad eyesight, small display screens and/or poor hand-eye coordination. Using a horizontal scroll bar also requires a user to shift his or her gaze from the portion of the document being viewed, and then relocate that portion after horizontal scrolling. Even if the size of the horizontal scroll bar and/or the screen resolution can be adjusted, the user must nevertheless perform additional pointing tasks which are more time-consuming and mentally intensive than simply rotating a wheel or pushing a button. Alternative graphically assisted tools for horizontal scrolling (e.g., positioning a cursor over a horizontal scroll bar, selecting the scroll bar, and moving the cursor) also require cursor repositioning, and have similar drawbacks.

If the user does not accurately position the cursor over the horizontal scroll bar, the image will not scroll horizontally with respect to the display screen as he or she operates the mouse cursor of the graphical interface or rotates the mouse wheel. Instead, when using the mouse cursor on the graphical interface, nothing happens until he or she tries again to position the mouse cursor correctly on the scroll bar's points of operation. Or, when using the mouse wheel, the image will move vertically relative to the display screen and erroneously change the displayed image. These errors will force the user to take additional steps to reposition the desired image on the display screen. These steps include the user confirming that the cursor is not positioned on the horizontal scroll bar and rotating the scroll wheel in the opposite direction to return the image to its previous position. Unfortunately, repositioning an image can lead to errors if the image is being amended. For example, the user may not return the image to its previous position. As a result, he may amend the wrong section of the image. Even if the proper image or portion of an image is returned to the display screen, the user must still attempt to locate the bottom, horizontal scroll bar a second time in order to finally move the image in a horizontal direction.

Microside Corporation of Miami, Fla., offers a "Micro Scroll II" mouse that permits a user to scroll an image in multiple perpendicular directions. This mouse includes a first rotatable wheel for scrolling an image up and down, and a second, separate rotatable wheel for scrolling an image left and right. The rotatable wheels are oriented so they extend and rotate in planes that are perpendicular to each other. The two scroll wheels are independently operable. However, this arrangement has drawbacks. The two wheels take up limited space on the upper surface area on the mouse, which could be used for supporting the hand of the user or for additional input keys. Further, the two wheels are relatively small in size so as to accommodate both wheels on the upper surface of the mouse. The smaller sized scroll wheels make the scrolling more difficult to control. Additionally, the location of the horizontal scroll wheel can be inconvenient for effective control. Further, with this design, it might be difficult for some users to easily reach and manipulate both of the wheels.

Accordingly, there remains a need for improved input devices facilitating scrolling in multiple directions.

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,187,358 B2

3

4

## SUMMARY OF THE INVENTION

One aspect of the present invention relates to a peripheral device for use with a computer to scroll an image relative to an image display screen along perpendicular axes. The device comprises a housing that has at least one opening. The device also comprises a scroll wheel assembly that is provided within the housing. The scroll wheel assembly includes a rotatable member positioned within the opening of the housing. The rotatable member is rotatable about an axis that extends within the housing and is laterally movable within the opening relative to the housing. The scroll wheel assembly also includes a movement sensing system that determines when the rotatable member is moved laterally relative to the housing.

Another aspect of the present invention includes a peripheral computer input device for scrolling an image across a display screen in perpendicular directions. The device includes a housing and a scroll wheel assembly. The scroll wheel assembly includes a rotatable member that is laterally movable relative to the housing and a sensor positioned within the housing for sensing lateral movement of the rotatable member. The device also includes a controller coupled to the sensor. The controller is configured to generate a signal to scroll the image across the display screen.

Another aspect of the present invention includes a computer input device for providing scrolling capabilities of an image relative to a display screen in first and second perpendicular scrolling directions. This computer input device includes a housing and a scroll wheel. The scroll wheel is rotatable relative to the housing about an axis to cause scrolling of the image in the first direction. Additionally, the scrolling wheel is displaceable relative to the housing to cause scrolling of the image in the second direction perpendicular to the first direction without the need for repositioning the peripheral device or repositioning the hand on the device.

The present invention also includes a method of scrolling an image relative to a display screen using an input device having a housing and a member that is rotatable relative to the housing. The method includes the step of laterally moving the rotatable member relative to a plane in which the member is rotatable. The method also includes the step of scrolling the image on the display screen in response to the laterally moving step.

The device according to the present invention makes it easy for a user to scroll an image both horizontally and vertically relative to a display screen without repositioning the peripheral device. Additionally, the different types of wheel movements used by the present invention to cause scrolling in the perpendicular directions eliminate problems and frustrations that may result from using the prior art devices.

An aspect of the device is also directed to different external contours of the scrolling member for scrolling an image relative to an image display screen. In one arrangement, a portion of the scrolling member that extends through the housing is formed by opposed convex curved surfaces and a centrally disposed ring raised from the opposed convex curved surfaces. According to a more specific aspect, the external surface is formed by a ring extending around a portion of a sphere. In an alternative arrangement, the scrolling member includes a concave finger-positioning groove. The finger-engagable scrolling member is tiltable relative to the housing and has a first portion rotatable about an axis extending within the housing.

In another aspect, the device for scrolling an image includes a housing with an opening, and a finger-engagable control member in the housing with a portion thereof extending through the opening for user manipulation by a user. A rotation sensor is contained within of the finger-engagable control member. This senses the rotation of the control member relative to the housing. The sensing arrangement is preferably accomplished by an encoder. The encoder may be arranged to transmit light in a direction perpendicular or parallel to a tilting axis of the control member. The encoder may include a rotating member that periodically obstructs and permits passage of light, or that periodically reflects and absorbs light.

Another aspect of the invention for scrolling an image relative to an image display screen includes a scroll wheel assembly having a finger engaging portion exposed through an opening in the housing of the computer input device. The finger-engaging portion has first and second portions exposed for manipulation and the first portion is rotatably movable relative to the second portion. Additionally, the first and second portions are tiltable about an axis perpendicular to the axis of rotation.

Yet another aspect of the input device for scrolling is that the finger-engagable scrolling member has a rotatable portion extending through an opening in the housing of the input device. The scrolling member is mounted relative to the housing to be endlessly rotatable about a first axis and tiltable about a second axis substantially perpendicular to the first axis. The second axis intersects the scrolling member. In an alternative arrangement, the second axis also lies in the same plane as the first axis. This produces a high range of angular movement. Preferably, the scrolling member is angularly movable about the second axis in a range of motion in excess of 20 degrees, 40 degrees, and/or 50 degrees.

Another aspect provides an input device for scrolling an image. The input device has a housing with an opening, and a scrolling assembly including a finger-engagable scrolling member, a carriage, and an assembly carrier. The finger-engagable scrolling member has a first portion that extends through the opening in the housing and is endlessly rotatable relative to the carriage about a first axis. The carriage is tiltable with the finger-engagable scrolling member relative to the assembly carrier about a second axis substantially perpendicular to the first axis. Further, assembly carrier is movable within the housing with the finger-engagable scrolling member and the carriage. This arrangement provides Z-switch functionality.

In another aspect relative to the scrolling device, a cover having an aperture therein. A portion of the scrolling member extends through the aperture and an opening in the housing. The scrolling cover is tiltable with the scrolling member. This cover closes the area around the opening in the housing and protects internal components from dust and other substances. The cover may include convexly curved sides.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 illustrates an input device according to the present invention for scrolling an image on a display screen of a host computer.

FIG. 2 shows an input device according to one embodiment of the present invention.

FIG. 3 shows an input device according to another embodiment of the present invention.

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

5                                                                6

FIGS. 4–6 illustrate alternative shapes for the rotatable members shown in FIGS. 2 and 3.

FIG. 7 is a schematic view of a scroll wheel assembly according to one embodiment of the present invention.

FIG. 8 is a schematic view of the scroll wheel assembly of FIG. 7 including a movement sensing system.

FIG. 9 is a schematic view of a scroll wheel assembly including a movement sensing system according to a second embodiment of the present invention.

FIG. 10 is a schematic view of a scroll wheel assembly including a movement sensing system according to a third embodiment of the present invention.

FIG. 11 is a schematic view of a scroll wheel assembly including a movement sensing system according to a fourth embodiment of the present invention.

FIG. 12 is a schematic view of a scroll wheel assembly including a movement sensing system according to a fifth embodiment of the present invention.

FIG. 13 is a schematic view of a scroll wheel assembly including a movement sensing system according to a sixth embodiment of the present invention.

FIG. 14A is a perspective view of a rotatable member that is laterally moveable along a shaft according to the present invention.

FIG. 14B is a cross section of the rotatable member illustrated in FIG. 14A taken along the line 14B—B.

FIG. 14C is a schematic view of a scroll wheel assembly including the rotatable member shown in FIG. 14A with a movement sensing system according to a seventh embodiment of the present invention.

FIGS. 15 and 16 schematically illustrate a scroll wheel assembly including a movement sensing system according to an eighth embodiment of the present invention.

FIG. 17 schematically illustrates a scroll wheel assembly that pivots about an axis within the housing according to the present invention.

FIG. 18 is a perspective view of a mouse having a tilting scroll wheel assembly that pivots about an axis within the housing of the mouse.

FIG. 19 is a front perspective view of the tilting scroll wheel assembly.

FIG. 20 is a rear perspective view of the tilting scroll wheel assembly

FIG. 21 is an exploded front perspective assembly view of the tilting scroll wheel assembly.

FIG. 22 is an exploded rear perspective assembly view of the tilting scroll wheel assembly.

FIG. 23 is a schematic sectional view of the of the tilting scroll wheel assembly.

FIG. 24 is a rear perspective view of another exemplary tilting scroll wheel assembly.

FIG. 25 is an exploded partial rear perspective assembly view of the tilting scroll wheel assembly of FIG. 24.

FIG. 26 is a second rear perspective view of the tilting scroll wheel assembly of FIG. 24.

FIG. 27 is a bottom view of the tilting scroll wheel assembly of FIG. 24.

FIG. 28 is a partial schematic sectional view of the of the tilting scroll wheel assembly of FIG. 24.

FIG. 29 is a perspective view of a mouse having a tilting scrolling device with an external contour according to an embodiment of the present invention.

FIG. 30 shows an enlarged schematic view of the scrolling device of FIG. 29 in isolation.

FIG. 31 is a perspective view of a mouse having a tilting scroll wheel assembly with an external contour according to another embodiment of the present invention.

FIG. 32 is a perspective view of a mouse having a tilting scrolling device with an external contour according to another embodiment of the present invention.

FIGS. 33 and 34 show enlarged view of the scrolling device of FIG. 32 in isolation.

## DETAILED DESCRIPTION OF THE INVENTION

As shown in the figures, an exemplary embodiment of the present invention includes a scroll wheel assembly 10 having a rotatable member 30, 40 (scroll wheel) that can be used with different types of computer input devices for scrolling an image 1 in multiple directions and along multiple axes (X, Y) relative to a display screen 2 used with a host computer 8, another type of computing device, or an internet appliance. As shown in FIG. 2, one embodiment of the scroll wheel assembly 10 according to the present invention can be located within a mouse 60. As shown in FIG. 3, another embodiment of the scroll wheel assembly 10 can be located within a keyboard 50. In addition to these illustrated embodiments, the scroll wheel assemblies can also be located within other peripheral, computer input devices such as a trackball device or a similar input device. For example, the scroll wheel assemblies could also be located in the bezel of a hand-held computer, a larger portable computing device, a web pad, or Internet appliance, or could be located on the chassis of a laptop computer. Like the keyboard 50 and the mouse 60, these other known peripheral devices can have wired or wireless connections to the host computer 8 as is known in the art. The scroll wheel assembly 10 can alternatively be located in a computer monitor or in the base portion of a laptop computer. As described in more detail hereinafter, in addition to its normal rotational movement for vertical scrolling, the rotatable member 30, 40 may be moved laterally to horizontally scroll an image on the display screen 2.

As used herein, the term "lateral" to describe motion of the rotatable member includes the general side-to-side movement of a rotatable member 30, 40 within an opening of an input device in a direction that is at an angle to the plane in which the rotatable member 30, 40 is rotated. This side-to-side movement is generally in the direction of the sidewalls of the opening and can be along an axis extending perpendicular to the plane of rotation of the rotatable member 30, 40. Lateral motion also includes axi-lateral motion, which as used herein, is the movement of the rotatable member 30, 40 along the axis about which it rotates. Additionally, lateral motion can include pivoting motion experienced by the rotatable member when it is pivoted in a direction that extends at an angle to its plane of rotation in the direction of the sidewalls of the opening of the input device. As used herein, the terms "displacement" and "translation" of the rotatable member describes all other movement of the rotatable member other than its rotation about the axis about which it rotates.

As shown in FIG. 2, one embodiment of the scroll wheel assembly 10 comprises a rotatable member, such as a circular disk-shaped scroll wheel 30 positioned within an elongated opening 65 in a housing 61 of the mouse 60. A portion of the wheel 30 protrudes away from the outer surface of the mouse 60 so that it can be contacted and manipulated by a user. In a second embodiment, shown in FIG. 3, the rotatable member of the scroll wheel assembly 10 includes an elongated cylindrically shaped wheel 40 secured within an opening 55 of a housing 51 for the keyboard 50. Like the disk-shaped wheel 30, a portion of the cylindrically

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

7

shaped wheel 40 protrudes above the keyboard 50 outer surface so that it can be easily contacted and manipulated by a user.

Other shapes capable of rotating relative to a housing can also be used for the rotatable members of the scroll wheel assembly 10. For example, wheel 40 could have a circular cross section of constant diameter as shown in FIG. 4. Alternatively, the wheel 40 could have a circular cross section with a central region 41 that has a reduced diameter (concave profile) as shown in FIG. 5, or a central region 42 with an increased diameter (convex profile) as shown in FIG. 6. The contoured central regions 41, 42 of the wheels 40 shown in FIGS. 5 and 6 are formed between curved side surfaces 47 and 48, respectively. The concave profile of the wheel in FIG. 5 enables the user to place a finger in the central region 41 and move the wheel 40 laterally by pushing left or right against a side surface 47 or 48 (i.e., inside-out manipulation). With the scroll wheel 40 in FIG. 6, the contoured side surfaces 47 and 48 assist in the outside-in manipulation of the wheel 40.

The outer surface of the rotatable wheels 30, 40 of the scroll wheel assembly 10 may include a rubber coating and/or grooves that are contacted by the user's finger in order to enhance scrolling control. Alternatively, the rotatable wheels 30, 40 can be provided with other types of slip resistant arrangements, such as a multi-textured coatings or a knurled surface. With regard to the embodiments illustrated in FIGS. 5 and 6, the contoured regions 47, 48 may be covered by the rubber material or slip resistant material that facilitates both the rotational movement that causes the image 1 to scroll along a Y-axis 4 and the lateral movement that causes the image 1 to scroll along an X-axis 5.

For clarity, the present invention will be discussed as embodied in the keyboard 50 as illustrated in FIG. 3. However, it should be understood that the discussion of the scroll wheel assembly 10 is equally applicable for use in a mouse 60, as illustrated in FIGS. 1 and 2, and the other peripheral devices, for example trackball devices. It should also be understood that the description of the movement of the cylindrical-shaped wheel 40 as a scroll wheel relative to the housing 51 and the scrolling of the image 1 is equally applicable to the disk-shaped wheel 30.

As shown in FIG. 3, the wheel 40 is positioned within the keyboard 50 so that it extends through the opening 55 in the keyboard housing 51. The cylindrical shaped wheel 40 is positioned about and secured to a shaft 56 that defines an axis 52 extending substantially parallel to the length of the keyboard 50 and across opening 55. The wheel 40 can be keyed, adhered or otherwise attached to the shaft 56 in order to prevent relative movement between itself and the shaft 56. Alternatively, the cylindrical shaped wheel 40 and the shaft 56 may be integrally formed together. As described in conjunction with FIGS. 14a–14c, the wheel 40 may be coupled to the shaft 56 in a manner where the wheel 40 may be moved laterally relative to the shaft 56 when moved along the axis 52 but the shaft 56 will rotate with the wheel 40 about the axis 52. In yet another embodiment, not shown, the wheel 40 moves relative to the shaft 56 in rotational and lateral directions, i.e., both along the axis 52 and about the axis 52. The wheel 40 preferably has an outer diameter in the range of about 0.25 inches to about 2.0 inches, and more preferably has an outer diameter in the range of about 0.5 inches to about 1.5 inches. In a preferred embodiment, the diameter of the wheel 40 is about 0.875 inch. The wheel 40 can also have a length along the axis 52 of about 0.25 to about 2.0 inches. In a preferred embodiment, the wheel 40 has a length of about 1.125 inches. Further, in the preferred

8

embodiment as used in the keyboard, the length of the wheel 40 is greater than its diameter.

The shaft 56 may be coupled to the peripheral device 50, 60 in any desired manner that achieves the described functionality. FIG. 7 illustrates a first embodiment where, a first end 57 and a second end 58 of the shaft 56 are each rotatably and slidably received within support stands 59 with U-shaped openings, rings attached to the interior surface of the housing 51 or other similar supports that permit the shaft 56 to rotate and slide along the axis 52 relative to the keyboard housing 51. Similarly, the supports 59 could also be positioned along the length of shaft 56 so that they are spaced from ends 57, 58.

According to the present invention, when the user wants to scroll the image 1 on the display screen 2 in multiple directions along multiple axes 4, 5, he or she will both rotate and/or laterally move the wheel 40 relative to the keyboard housing 51 to produce vertical and/or lateral scrolling, respectively. In a manner known in the art, when the cylindrical shaped wheel 40 and shaft 56 are rotated by the user, the rotational motion is sensed by a rotational movement sensing system 87 and the image 1 is scrolled in either a positive or a negative vertical direction that extends parallel to the Y-axis 4, i.e., either up or down. Any known sensing system may be used. One rotational movement sensing system 53 that can be included is schematically illustrated in FIG. 7 and disclosed in U.S. Pat. No. 5,912,661 which has been incorporated by reference. As known in the art, this rotational movement sensing system can include a light source, an encoder wheel, and a light detector. Blades on the encoder wheel periodically obstruct the light beam when the wheel 40 is rotated. The detector senses these obstructions and is coupled to a controller 11 to generate and relay a signal to the host computer 8 to scroll the image in the Y-direction up or down.

Additionally, the scroll wheel assembly 10 includes a lateral movement sensing system 70 having at least one sensor 71 that determines when the cylindrical shaped wheel 40 is experiencing lateral motion. The scroll wheel assembly 10 also includes the controller 11 for interpreting the output from the sensor, converting it to a signal and delivering the signal to the host computer 8. The controller 11 can be any known component or combination of components that can perform these functions. In one embodiment, the controller 11 includes a microprocessor 95 connected to the sensor 71 that generates a signal for the host computer 8 indicating when the wheel 40 is being laterally moved. The generated signal controls the scrolling of the image 1 along the X-axis 5 in response to a force that causes the wheel 40 to move laterally. The signal scrolls the image 1 in a manner that is consistent with the direction and magnitude of the applied force, i.e., either left or right. Lateral movement of the wheel 40 according to the present invention includes both linear (i.e., axi-lateral) movement of the wheel 40 relative to the housing 51 and tilting or pivoting the wheel 40 in a lateral direction.

As seen in the example of FIG. 8, the sensor 71 may be positioned proximate an end 57, 58 of the shaft 56. Alternatively, the sensor(s) 71 can be secured to an inner surface 53 of the housing 51 as illustrated in FIG. 9 for contacting the sidewalls 42 of the wheel 40. The sensors 71 according to the invention include contact sensors 72, a strain gauges 73 or biased force plates 74 as discussed below. Additionally, other well-known pressure and movement sensors such as optical sensors and/or mercury switches can also be used.

In an embodiment illustrated in FIG. 8, the keyboard 50 includes a contact sensor 72 positioned proximate each end

US 7,187,358 B2

9

57, 58 of the shaft 56. These contact sensors 72 may be spaced away from the ends 57, 58 so that minor, unintended lateral movement of the wheel 40 will not result in the shaft 56 making contact with one of the sensors 72. In both of these embodiments, the contact sensors 72 may be positioned at a location that corresponds to the maximum allowable displacement of the shaft 56 within the housing 51.

Contact sensors 72 generate a signal that is interpreted by a microprocessor 95 and relayed to the host computer 8 after they have been contacted by an end 57, 58 of the shaft, a sidewall 42 of the wheel 40 or any other structure extending from the wheel 40 or shaft 56 such as a flange. As a result, when a user wants to move the image 1 along the X-axis 5, he or she will move the wheel 40 laterally relative to the opening 55 so that the shaft 56 slides within the housing 51 in the same direction that he or she desires to scroll until the appropriate contact sensor 72 is engaged. In the embodiment illustrated in FIG. 8, scrolling will start after one end 57, 58 of the shaft 56 makes contact with one of the contact sensors 72. In the alternative embodiment of FIG. 9, the scrolling will start after a sidewall 42 or other portion of the wheel 40 engages one of the contact sensors 72 positioned between the ends 57, 58 of the shaft 56.

The horizontal scrolling may be affected in a number of ways in response to a sensor 72 detecting the lateral movement of the wheel 40, directly or via the shaft 56. In a first embodiment, the image 1 will scroll across the screen 2 at a constant, predetermined speed, i.e., panning. The scrolling speed may be programmed, set, or changed by a user via any known technique. Alternatively, the horizontal scrolling may be time sensitive to the shifting of the wheel 40. For example, the scrolling may be at a first speed when the wheel 40 is laterally displaced for a first period of time. If the wheel 40 is laterally displaced longer than that first period of time, the scrolling speed may be increased. In another arrangement, lateral scrolling can be detected and controlled when lateral movement reaches a specified pressure, as determined by pressure sensors at each end. With the use of pressure sensors in this arrangement, the sensed pressure can also be used to determine the rate of horizontal scrolling. This could be accomplished by the use of pressure sensors with continuous sensing capabilities and by sensing the continuous pressure level, or by the use of pressure sensors with discrete sensing and the determination of one or more levels of pressure.

A system for physically biasing the wheel 40 to a central position is also preferably used. One embodiment for achieving this is shown in FIG. 8. The shaft 56 may include a flange 80 affixed thereto. One or more springs 82 are preferably positioned between the flange 80 and structure on the housing such as support 59. The spring 82 may be cantilever mounted such that it is fixed to the support 59 at one end 84 and frictionally engages the flange 80 at its other free end 86. The spring 82 will bias the wheel 40 to a central position. Preferably, the device includes such an arrangement on both sides of the wheel 40, if desired.

In the embodiment illustrated in FIG. 10, the sensing system 70 includes sensors, which take the form of two strain gauges 73 that cooperate with the shaft 56 for causing horizontal scrolling. In this embodiment, one strain gauge 73 is positioned at each end 57, 58 of the shaft 56. Alternatively, the strain gauges 73 could be positioned within the housing 51 at locations spaced from the ends 57, 58 for engaging with the sides of the wheel 40 as shown in FIG. 11, or at any other desired location. Each strain gauge 73 may include a compressible/extendable member 77 that is operatively con-

10

nected to a microprocessor 95 for generating an electrical signal that controls the position of the image 1 relative to the display screen 2 as discussed above. The member 77 is also rotatably coupled to a support member 94 (FIG. 10) or 95 (FIG. 11) so that the member 77 can rotate as the wheel 40 is rotated, or to the wheel 40 so that the wheel 40 will rotate relative to the compressible member 77. If desired, low friction plates may be used.

As seen in both FIG. 10 and FIG. 11, the compressible/extendable member 77 can include or be a spring, such as a helical spring. When the shaft 56 moves in a first direction within the housing 54, the spring 77 of the strain gauge 73 that is opposite the direction of the shaft movement will be extended while the spring 77 of the strain gauge 73 that is in the direction of the shaft movement will be compressed. The strain gauges 73 can be set so that either the compression or extension of their springs 77 will cause the microprocessor 95 to generate a signal that results in horizontal scrolling, and preferably in the direction of the movement of the wheel. Therefore, if the user moves the wheel 40 or the wheel 40 and shaft 56 to the right, it will cause the image to scroll right. Similarly, if the user moves the wheel 40 or the wheel 40 and shaft 56 to the left, it will cause the image to scroll left. The image can move at a constant speed or a speed that is a function of the extension or compressive forces experienced by the spring 77. In these embodiments, the springs 77 also serve to bias the wheel 40 into a central position.

Although the embodiments illustrated in FIGS. 10 and 11 have been described as including two strain gauges 73, it is possible for the present invention to operate properly with only one strain gauge 73. In this instance, the spring 77 of the strain gauge 73 could be secured to one of the ends 57, 58 of the shaft 56 or to one of the sidewalls 42. As a result, when the shaft 56 is moved in a first lateral direction, the spring 77 will be compressed. Similarly, when the shaft 56 is moved in a second lateral direction, the spring 77 will be extended. The strain gauge 73 could be electrically connected to the microprocessor 95 so that when spring 77 is compressed, scrolling occurs in a first direction, and when the spring 77 is extended, scrolling occurs in a second, opposite direction.

In the embodiments shown in FIG. 12 and FIG. 13, the force plate 74 includes a contact plate member 75, and a sensor and a spring 76, coupled to a microprocessor 95 so that the image 1 will move in response to one of the springs 76 being compressed. As discussed above, the force plates 74 can each be located at one end 57, 58 of the shaft 56 for cooperating with the ends 57, 58. Alternatively, the force plates 74 can each be located at a point between the end of the shaft 56 and the opening 55 for cooperating with a sidewall 42 of the wheel 40 in response to movement of the shaft 56.

As with the other above embodiments, the shaft 56 preferably slides within housing 51 relative to the opening 55 and the force plates 74 in response to pressure being applied to the wheel 40. As pressure is applied to the wheel 40, one end 57, 58 of the shaft 56 or one of the sidewalls 42 will make contact with the contact plate 75 and begin to compress the spring 76 in the direction that the shaft 56 is moving. In response to the contact being made with the plate 75, an associated controller or microprocessor 95 will generate an image scrolling signal that will be delivered to the host computer 8. Additionally, the rate of compression experienced by the spring 76 can also be interpreted by the microprocessor. In this instance, the microprocessor will generate a signal for controlling the scrolling speed. The

US 7,187,358 B2

11                                                          12

scrolling speed could be a function of the compression rate of the spring 76, the force applied to the spring, or a combination of the two. For example, when the plate 75 on the left side of the housing 51 is engaged, the image will begin to scroll to the left at a first rate. As more pressure is applied to the plate 75 and the spring 76, the rate at which the image scrolls will increase.

As shown in FIGS. 14a–14c, the wheel 40 can slide along the shaft 56 relative to the housing 54. In this embodiment, the wheel 40 includes a wheel assembly 45 that has an internal bearing surface 46 that can cause the shaft 56 to rotate as the user turns the wheel 40, so that vertical scrolling can occur. The bearing surface 46 also permits the scroll wheel 10 to slide along the shaft 56 within the opening 55 (shown in FIG. 4) in a direction that is parallel to axis 52. Thus, as shown, the external surface of the shaft 56 is shaped complimentary to the internal surface of the wheel 40. The shaft 56 may be secured against movement relative to the keyboard housing 51 in any known manner. As a result, the movement of the wheel 40 along and relative to the shaft 56 determines the direction that the image scrolls across the screen 2. Any of the above-discussed embodiments of the sensing system 70 that contact the sidewalls 42 of the wheel 40 can be used with the embodiment illustrated in FIG. 14. For example, a strain gauge 73 can be coupled to one or both sidewalls 42 of the wheel 40. This can be accomplished in one arrangement by positioning a first end of the spring 77 within a groove 93 at the end of the wheel 40 as shown in FIG. 14C. The opening to the groove 93 may be smaller than a head at the first end of the spring 77 so that the spring 77 will rotate within the groove 93 when the wheel 40 is rotated, and will not pull out of the groove 93 when the wheel 40 is moved laterally. Hence, when the wheel 40 is moved laterally, the spring 77 of the strain gauge 73 will be either compressed or extended. When the spring 77 is compressed or extended, the microprocessor will generate a signal that causes horizontal scrolling.

FIG. 15 illustrates an alternative embodiment of the present invention in which the wheel 40 is secured to a floating axle or shaft 156 positioned within the housing 51. Floating, as used herein, relates to the ability of the shaft 156 to move substantially freely in the vertical direction within the housing 51 because the supports 110 holding the shaft 156 are not rigidly positioned within the housing 51. In this embodiment, if the user wants to scroll, he or she will depress and slightly move the wheel 40 laterally within the opening 55 in the same direction that he or she wishes to scroll.

In this embodiment, the shaft 156 is supported by biased supports 110 on opposite sides of the wheel 40. Each biased support 110 includes a cradle 111 for holding the shaft 156 and a biasing member 112 such as a helical or other type of spring. Each cradle 111 can be supported within the housing 51 by a set of vertical receiving slots. These slots can be sized so that enough tolerance exists between the slots and the cradles 111 enabling the cradles 111 to move within their slots in directions other than vertical when the user contacts the wheel 40. Alternatively, the slots can be sized so that the cradles 111 are tightly surrounded by the slots and experience substantially only vertical movement. As a result, in this alternative embodiment, when a user contacts the wheel 40, the cradles 111 will not move laterally relative to the housing or toward the front and back of the housing 51. As shown in FIG. 15, each biasing member 112 may be secured or otherwise coupled to the interior surface 53 of the housing 51.

A movement sensing system 70 can be secured within housing 51 for determining the direction of scrolling in response to the movement of the shaft 156. Any of the above-discussed embodiments of the sensing system 70 could be used with the floating shaft 156 to determine when the shaft 56 and/or wheel 40 have been moved and the direction of this movement. As with the other sensing system, the sensing system 70 used with shaft 156 will cause the image 1 to horizontally scroll. If one or more strain gauges 73 are used to determine the movement of the shaft 156, each strain gauge 73 could be connected to one end 57, 58 of the shaft 56 or to one sidewall 42 of the wheel 40 as discussed above. Alternatively, the biasing member 112 could form the resilient portion of the strain gauge 73. In the embodiment illustrated in FIG. 16, the movement of the shaft 156 can be sensed by positioning the strain gauges 73 or the force plates 74 (not shown) below the shaft 156 so that the relative downward forces at the right and left sides of the shaft 156 can be detected.

In an embodiment illustrated in FIG. 17, the wheel 40 may be secured within the keyboard so that it pivots in response to the application of pressure. In this embodiment, the wheel 40 is supported by a shaft 256 that is held by a bracket 258 or the like that pivots about a fixed shaft 260. The shaft 260 extends perpendicular to the length of shaft 256. Other known ways of pivoting shaft can also be used. In this embodiment, the entire wheel 40 and shaft 256 pivot relative to the housing 51. Therefore, when one side of the wheel 40 is pushed down, the wheel 40 will experience lateral pivotal motion relative to the housing 51 that is sensed by an employed one of the above-discussed position sensing systems 70.

FIGS. 18–34 depict alternative embodiments and arrangements of the present invention. In the depicted embodiments, the scroll wheel assemblies are laterally pivotal. As shown in FIG. 18, a scroll wheel assembly 310 has a finger-engagable control member 330 that can be used with different types of computer input devices for scrolling an image in multiple directions and along multiple axes (X, Y) relative to a display screen used with a computer or another type of computing device as depicted in FIG. 1, or an internet appliance. As shown in FIG. 18, one embodiment of the scroll wheel assembly 310 according to the present invention can be located within a mouse 360. In a conventional manner, the mouse 360 also includes a housing 302 and depressible actuators such as primary and secondary keys 314 and 316. The housing 302 has an opening 305 therein. The scroll wheel assembly 310 is mounted within the housing 302. A portion of the finger-engagable control member 330 is exposed by and extends through the opening 305 so that it can be easily contacted and manipulated by a user. As described in more detail hereinafter, in addition to at least of portion of the scroll wheel assembly 310 being rotational front to rear or rear to front for vertical scrolling, the rotatable member 330 may be pivoted laterally (i.e., side-to-side) to horizontally scroll an image on the display screen, or cause another action by the computer.

An alternative embodiment of the scroll wheel assembly 310 can be located within a keyboard and a portion thereof exposed for manipulation through a hole in the housing, such as shown in other figures within this application. In addition to these illustrated embodiments, the scroll wheel assembly 310 can also be located within other computer input devices such as a trackball device or a similar input device. For example, it could also be located in the bezel of a hand-held computer, a larger portable computing device, a web pad, or Internet appliance, or could be located on the

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

13

chassis of a laptop computer. Any of these computer input devices can have wired or wireless connections to the host computer as is known in the art. The scroll wheel assembly 310 can alternatively be located in a computer monitor or in the base portion of a laptop computer.

As illustrated in FIGS. 19–22, the finger-engagable control member 330 of the scroll wheel assembly 310 includes a rotatable portion 332 and a portion 334 that is stationary relative to the rotatable portion 332. The finger-engagable control member 330 is supported within a gimble structure/ tilting carriage 340 permitting the endless rotation of the finger-engagable control member 330 relative to the carriage 340 about a laterally oriented axis. The carriage 340 preferably occupies at least a portion of the lower half of the finger-engagable control member 330 and leaves the upper portion of the finger-engagable control member 330 unobstructed to facilitate user manipulation. Exemplary structure achieving this capability includes left and right axle portions 342 and 344 that protrude laterally from opposing sides of the finger-engagable control member 330 and axle receiving openings 346 and 348 in the carriage 340 for the respective axle portions 342 and 344. In an alternative arrangement, not shown, axle portions may be provided on the carriage 340 and axle-receiving openings may be provided on the finger-engagable control member 330.

The axle portion 342 on the stationary portion 334 does not rotate relative to its axle receiving opening 346. This fixed relationship is provided by adding a slot 343 or other keyed structure, and an appropriately sized opening 346 that prevents relative rotational displacement. On the rotatable portion 332 of the finger-engagable control member 330, the axle portion 344 can pivot freely relative to its axle receiving opening 348. Thus, when the finger-engagable control member 330 is rotated in the direction of arrow 400 (about axis 400a), and more specifically when a center region 336, which is preferably raised, of the finger-engagable control member 330 is rotated in the direction of arrow 400, its coupling to the carriage 340 tends to cause the rotation of only rotatable portion 332 relative to the stationary portion 334.

To further facilitate the relative rotation between rotatable portion 332 and the stationary portion 334, a portion of the rotatable portion 332 and a portion of the stationary portion 334 overlap along the axis of endless rotation 400a. Specifically, in this overlapping region, the radial outer peripheral surface 335 of stationary portion 334 and the radial inner surface 333 of movable portion 332 form interfacing annular surfaces. The outer peripheral surface 335 of stationary portion 334 provides a bearing and aligning surface for the movable portion 332 and will also aid in the balancing of the rotation of the movable portion 332 about axis 400a.

Rotation of movable portion of the finger-engagable control member 330 in the direction of arrow 400 is preferably sensed internally within the finger-engagable control member 330 (and within an area generally defined by the stationary portion 334 and the rotatable portion 332) as shown in the figures, but may be sensed externally if desired. An exemplary arrangement for sensing the rotation of the rotatable section 332 of finger-engagable control member 330 is shown in FIGS. 21–23.

As seen in FIGS. 21–23, the rotational sensing system for sensing the rotation of the rotatable section 332 of finger-engagable control member 330 utilizes a reflection encoder method wherein an encoder 381 transmits lights and senses light reflected from an encoder wheel 382. The encoder 381 and the encoder wheel 382 are oriented so that the light is

14

transmitted in a direction parallel to the axis 400a of rotation of wheel 382. The encoder wheel 382 includes angularly spaced alternating reflective and non-reflective sections that can be distinguished by the encoder 381 so that the angular displacement between the encoder wheel 382 and the encoder 381 can be determined. This contrast in light reflecting capability can be caused by etching and not etching angularly spaced regions in the side of the encoder wheel 382 that faces the encoder 381. When the rotatable section 332 is rotated, the non-reflective sections on the encoder wheel 382 periodically absorb the light from the beam, and the reflective sections on the encoder wheel 382 reflect the light from the beam back to its light-receiving detector. The detector senses these interruptions and is coupled to a controller to generate and relay a signal to the host computer to scroll the image in the Y-direction up or down based on the amount of rotation and the direction of rotation. Alternatively, in lieu of the depicted arrangement, the encoder may utilize separated transmitters and receivers with light passing through (instead of reflecting from) an encoder wheel and/or the light may be transmitted in a direction perpendicular to the axis 400a of rotation of wheel 382 such as shown in conjunction with the embodiment depicted in FIGS. 24–28.

In the depicted exemplary arrangement, the encoder 381 is coupled to the stationary portion 334 and the encoder wheel 382 is coupled to rotatable portion 332. The encoder 381 is electronically and structurally coupled to a printed circuit board 383 that is preferably mounted within and to the interior of the stationary portion 334. This mounting arrangement can be accomplished by holes 384 in the printed circuit board 383, mounting hardware 385 such as screws, and threaded holes 386 in the stationary portion 334 that receive the mounting hardware 385. Wire leads 387 electrically couple the printed circuit board 383 to a main printed circuit board, not shown, in the mouse 360 or other computer input device. This enables signals from the encoder 381 to be transmitted to a computer 8 or the like. An aperture 388 is preferably provided so that the leads 387 may extend through the wall of the stationary portion 334.

The encoder wheel 382 is structurally mounted within and to the interior of the rotatable portion 332 by any suitable arrangement. For example, in one arrangement, as depicted, the encoder wheel 382 may have a centrally located hole. The interior of the rotatable portion 332 preferably includes spacers 389, which may take the form of spokes, and an alignment shaft 390. The encoder wheel 382 is positioned over the alignment shaft 390 and spaced by the spacers 389. Either hardware 391 or a press fit arrangement may be used to lock the encoder wheel 382 to shaft 390. It is recognized that alternative mounting arrangements may be used for the encoder and encoder wheel in lieu of the depicted arrangement.

The carriage 340 is coupled to an assembly carrier 350 in a manner permitting the lateral pivoting of the carriage 340 relative to the carrier 350. Such an arrangement provides the user the ability to rotate the rotatable portion 332 in either opposing direction shown by arrow 400, and the ability to engage either the rotatable portion 332 or the stationary portion 334 and laterally pivot the finger-engagable control member 330 relative to the carrier 350 in either opposing direction shown by arrow 402. Such pivoting causes rotation of the finger-engagable control member 330 about axis 402a. Exemplary structure achieving this capability at the front of the carriage 340, as seen in FIGS. 19 and 21, includes an axle portion 352 that protrudes from the front side of the carriage 340 and an axle receiving opening 353

15

in the front of the assembly carrier 350 for receiving the axle portion 352. If desired, similar structure could be used at the rear of the carriage 340.

The arrangement depicted in FIGS. 19–22 combines the mechanical pivoting interface with a tilt sensor. Exemplary structure achieving this capability at the rear of the carriage 340, as seen in FIGS. 21 and 22, includes a potentiometer 370 that includes a stationary body 371 and a rotating axle 372 mounted for rotation within the stationary body 371. In a manner known in the art, the potentiometer senses the angular displacement of the rotating axle 372 relative to the stationary body 371. The stationary body 371 is preferably fixed to the assembly carrier 350 by any desired arrangement such as by locking clips 373. The rotating axle 372 is fixed to the carriage 340 in such a manner that angular displacement of the carriage 340 causes direct angular rotation of the axle 372. One arrangement for such a coupling is to provide a through opening 374 in the rear of the assembly carrier 350, so that the rotating axle 372 extends through the opening 374 and is fixed to the carriage 340. The axle 372 or a portion thereof may be keyed and an axle receiver 376 is provided on the rear of the carriage 340 that provide a mating keyed interface to prevent relative rotational movement between the axle 372 and the axle receiver 376 when assembled. Signals indicative of the sensed rotation are transmitted from leads 377 on the potentiometer 370 to the main circuit board on the mouse 360 or other computer input device. Alternatively, an encoder wheel and light sensor arrangement may be used to sense the tilting. In lieu of a system that provides signals relative to degrees of tilt about axis 402a, such as potentiometer 370, tilting sensors that detects one or more discrete tilt points, such as contact switches as depicted in FIGS. 24–28 may be used.

The carriage 340 is biased to a neutral position with respect to its tilting relative to assembly carrier 350. This biasing is preferably accomplished by a spring. An exemplary arrangement is to use a tension spring 320 coupled at its ends to the carriage 340 and the assembly carrier 350. The spring 320 may be disposed below the carriage 340 and the finger-engagable control member 330. As shown in FIGS. 21 and 22, a flange 322 is an integral part of the spring 320 and the bottom of the carriage may have a hole 324 therein. The hole 324 is sized, or alternatively shaped, such that the spring 320, when assembled, extends through the hole 324 but the flange 322 may not. The upper end of the spring 320 includes a hook 326 that is configured to attach to loop or similar structure, not shown, on the bottom of the carriage 340. Such structure include be a hole in a rib on the bottom of axle receiver 376. This arrangement provides a tension force to bias the carriage to a neutral position. Preferably, the center portion of the finger-engagable control member 330 extends perpendicularly to the opening 305 in the housing 302 of the mouse 360 or other computer input device including the scroll wheel assembly 310. In an alternative biasing arrangement, such as shown in conjunction with FIGS. 24–27, a torsion biasing spring may be used in lieu of the tension spring 320. Alternative biasing arrangements may be utilized.

In use, when the user wants to scroll the image 1 on the display screen 2 in multiple directions along multiple axes 4, 5, he or she will both rotate and/or laterally move the wheel assembly 410 relative to the housing 302 to produce vertical and/or lateral scrolling, respectively. When the rotational portion 332 of the scroll wheel assembly 410 is rotated by the user in the direction of arrow 400, the rotational motion is sensed by a rotational movement sensing system 381 and 382 and the image 1 is scrolled in either a positive or a

16

negative vertical direction that extends parallel to the Y-axis 4, i.e., either up or down. When the scroll wheel assembly 410 (either the rotational portion 332 or the stationary portion 334) is laterally tilted by the user in the direction of arrow 402, the tilting motion is sensed by a tilting sensing system 370–372 and the image 1 is scrolled in either a positive or a negative horizontal direction that extends parallel to the X-axis 4, i.e., either left or right.

FIGS. 24–27 depict an alternative exemplary embodiment of a scroll wheel assembly 410 having a finger-engagable control member 430 of the present invention. The scroll wheel assembly 410 is used with a mouse or other types of computer input devices as previously described and depicted for scrolling an image in multiple directions and along multiple axes (X, Y) relative to a display screen used with a host computer, another type of computing device, or an Internet appliance.

The scroll wheel assembly 410 is mounted within a housing having an opening therein. A portion of the finger-engagable control member 430 is exposed by and extends through the opening so that it can be easily contacted and manipulated by a user. As described in more detail hereinafter, in addition to at least of portion of the scroll wheel assembly 410 being rotational front to rear or front to rear for vertical scrolling, the rotatable member 430 may be pivoted laterally (i.e., side-to-side) to horizontally scroll an image on the display screen, or cause another action by the computer.

The finger-engagable control member 430 of the scroll wheel assembly 410 includes a rotatable portion 432 and a portion 434 that is stationary relative to the rotatable portion 432. The finger-engagable control member 430 is supported within a gimble structure/tiltable carriage 440 permitting the endless rotation of a portion of the finger-engagable control member 430 relative to the carriage 440 about a laterally oriented axis. The carriage 440 preferably encloses at least a portion of the lower half of the finger-engagable control member 430 and leaves the upper portion of the finger-engagable control member 430 unobstructed to facilitate user manipulation. Exemplary structure achieving this capability includes opposing axle portions 442 and 444 that protrude laterally from opposing sides of the finger-engagable control member 430 and axle receiving openings 446 and 448 in the carriage 440 for the respective axle portions 442 and 444. In an alternative arrangement, not shown, axle portions may be provided on the carriage 440 and axle-receiving openings may be provided on the finger-engagable control member 430.

The axle portion 442 on the stationary portion 434 does not rotate relative to its axle receiving opening 446. This fixed relationship is provided by a non-circular shaped axle portion 442 or another keyed structure, and an appropriately sized and shaped opening 446 that prevents relative rotational displacement. On the rotatable portion 432 of the finger-engagable control member 430, the axle portion 444 can pivot freely relative to its axle receiving opening 448. Thus, when the finger-engagable control member 430 is rotated in the direction of arrow 500 (about axis 500a), and more specifically when the center region 436 of the finger-engagable control member 430 is rotated in the direction of arrow 500, its coupling to the carriage 440 tends to cause the rotation of only rotatable portion 432 relative to the stationary portion 434.

To further facilitate the relative rotation between rotatable portion 432 and the stationary portion 434, a portion of the rotatable portion 432 and a portion of the stationary portion 434 overlap along the axis of endless rotation 500a. Spe-

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,187,358 B2

**17**

cifically, in this overlapping region, the radial outer periph-eral surface 435 of stationary portion 434 and the radial inner surface 433 of movable portion 432 form interfacing annular surfaces. The outer peripheral surface 435 of sta-tionary portion 434 provides a bearing and aligning surface for the movable portion 432 and will also aid in the balancing of the rotation of the movable portion 432 about axis 500a.

Rotation of movable portion of the finger-engagable con-trol member 430 in the direction of arrow 500 is preferably sensed internally within the finger-engagable control mem-ber 430 as shown in the figures, but may be sensed externally if desired. An exemplary arrangement for sensing the rota-tion of the rotatable section 432 of finger-engagable control member 430 is shown in FIGS. 26 and 28.

The rotational sensing system for sensing the rotation of the rotatable section 432 of finger-engagable control mem-ber 430 utilizes an encoder method wherein an encoder includes a light transmitter 481a that transmits lights in a direction towards a separate light detector 481b. An encoder ring 482 includes angularly alternating obstructions 482a and gaps 482b such that light from transmitter 481a can pass through gaps 482b between the obstructions 481a. The obstructions 482a on the encoder ring 482 periodically obstruct the light beam when the rotatable section 432 is rotated. The detector 481b senses these obstructions and is coupled to a controller to generate and relay a signal to the host computer to scroll the image in the Y-direction up or down based on the direction of rotation. Alternatively, in lieu of the depicted arrangement, the encoder may utilize a reflective encoder method (instead of a light pass through method) encoder wheel, and/or the light may be transmitted in a direction parallel to the axis 500a of rotation of ring 482 for example as shown in conjunction with the embodiment depicted in FIGS. 19–23. Other alternative arrangements may also be utilized.

In the depicted exemplary arrangement, the encoder 481 is coupled to the stationary portion 434 and the encoder wheel 482 is coupled to rotatable portion 432. The encoder 481 is electronically and structurally coupled to a printed circuit board 483 that is preferably mounted within and to the interior of the stationary portion 434. This mounting arrangement can be accomplished by holes 484 in the printed circuit board 483, mounting hardware 485 such as screws, and threaded holes 486 in the stationary portion 434 that receive the mounting hardware 485. In an alternative mounting arrangement, holes may be provided on the printed circuit board 483 and protruding snaps may be provided as an intergral part of stationary portion 434. Wire leads 487 electrically couple the printed circuit board 483 to a main printed circuit board, not shown, in the mouse 360 or other computer input device. This enables signals from the light receiver 481b of the encoder 481 to be transmitted to a computer 8 or the like. An aperture 488 is preferably provided so that the leads 487 may extend through the wall of the stationary portion 434.

The encoder ring 482 is structurally mounted within and to the interior of the rotatable portion 432 by any suitable arrangement. For example, in one arrangement, as depicted, the encoder ring 482 may be integrally molded with the rotatable portion 432. Alternatively, it may be coupled by hardware, snaps, or a press fit arrangement.

The carriage 440 is coupled to an assembly carrier 450 in a manner permitting the lateral pivoting of the carriage 440 relative to the carrier 450. Such an arrangement provides the user the ability to rotate the rotatable portion 432 in either opposing direction shown by arrow 500, and the ability to

**18**

laterally pivot the finger-engagable control member 430 relative to the carrier 450 in either opposing direction shown by arrow 502 (FIG. 28). Such pivoting causes rotation of the finger-engagable control member 430 about axis 502a. Exemplary structure achieving this capability at the rear of the carriage 440, as seen in FIGS. 24–26, includes an axle portion 452 that protrudes from the front side of the carriage 440 and an axle receiving opening 453 in the rear of the assembly carrier 450 for receiving the axle portion 452. If desired, similar structure could be used at the front of the carriage 440.

The carriage 440 is biased to a neutral position with respect to its tilting relative to assembly carrier 450. This biasing is preferably accomplished by a spring. An exem-plary arrangement, as shown in FIG. 27, uses a torsion spring 420 having one end that is fixed to or bears against the carriage 440 and its other end that is fixed to or bears against the assembly carrier 450. The torsion spring 420 can extend over a forward axle portion 454. However, alternate biasing arrangements, such as but not limited to the biasing system of FIGS. 19–23 may be used. This biasing arrangement provides a rotational force to bias the carriage to a neutral position. Preferably, the center portion of the finger-engag-able control member 430 extends perpendicularly to the opening in the housing of the mouse or other computer input device in this neutral position.

A tilting sensor is used to determine the angular displace-ment of the carriage 440 relative to the assembly carrier 450. An exemplary structure achieving this tilt sensing capability includes laterally extending contact arms 471 and contact switches 473 respectively disposed at the ends of the tilting path of the arms 471. Thus, in this arrangement, the sensors detect a specific predetermined tilt position in the positive and negative tilt directions. The contacts and open circuits of the switches may be self-contained such as in a dome-type switch. Alternatively, the underside of each arm 471 can include a conductive element 472 that contacts an open circuit region 474 of the switch 473. Signals indicative when the carriage 440 has been tilted by the predetermined angle are transmitted from switches 473 to a circuit board on the mouse or other computer input device. However, alternate angular sensing arrangement may be provided.

Alternative exemplary structure achieving this tilt sens-ing capability may be provided at the front or back of the carriage 440 includes a potentiometer, not shown but similar to that shown in FIGS. 21 and 22. The potentiometer senses the rotation of axle 452 relative to the assembly carrier 450. Signals indicative of the sensed rotation are transmitted from leads on the potentiometer to the main circuit board on the mouse or other computer input device. However, alternate angular sensing arrangement may be provided. Alterna-tively, an encoder wheel and light sensor arrangement may be used to sense the tilting.

The scroll wheel assembly 410 is preferably pivotally mounted within the housing of the mouse or other computer input device in a manner to provide a Z-switch. This is preferably accomplished by axles 490 extending from the opposing lateral sides near the front of the assembly carrier 450. However, the scroll wheel assembly 410 may be pivotally coupled adjacent its rear. The axles 490 are received in openings (not shown) in uprights within the housing in a manner to permit relative pivotal movement. An exemplary embodiment of a sensing system for determining the pivoting of assembly carrier 450 relative to the housing includes a contact switch 475 on the side opposite from the pivot axles 490. A portion of tilt axle 452 may be used to cause the contact the switch 475 when the finger-engaging

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

US 7,187,358 B2

19

20

portion 430 is depressed downwardly. An actuator that is part of the carrier 450 may also actuate the Z-switch. Additional contact switches 478 may similarly be provided for the depressible actuators 314 and 316, e.g., the primary and secondary switches.

In an exemplary arrangement, a cover/shutter 495, as shown in FIGS. 24 and 28, is mounted to the carriage 440 and extends upwardly to cover a region of the stationary portion 434 and the rotatable portion 432 on either side of the center section 436, and preferably also a region in front of and behind center region 436. Thus, the shutter 495 includes an aperture 496 sized slightly larger than the center portion 436 (at its intersecting location) through which the center portion 436 extends. In this arrangement, only the center portion 436 of finger-engagable control member 430 is exposed for user manipulation. The shutter 495 extends partly through the opening 305 in the housing 302 of the mouse or other computer input device. The shutter 496 preferably includes a curved upper surface 497 on opposing sides of the center portion 436 so that the opening 305 in the housing 302 is substantially blocked regardless of the angle of tilt of the finger-engagable control member 430. The shutter 495 protects the internal components of the mouse or other computer input device from dust, dirt, and other contaminates that may potentially cause damage. If desired, the shutter 495 can extend through the opening 302 by a sufficient amount to include finger engagable surfaces on opposing sides of the rotatable center section 436 that may be used to laterally tilt the scroll wheel assembly 410.

In use, when the user wants to scroll the image 1 on the display screen 2 in multiple directions along multiple axes 4, 5, he or she will both rotate and/or laterally move the wheel assembly 410 relative to the housing 302 to produce vertical and/or lateral scrolling, respectively. When the center section 436 of the rotational portion 432 of the scroll wheel assembly 410 is rotated by the user in the direction of arrow 500, the rotational motion is sensed by a rotational movement sensing system 481a, 481b, and 482 and the image 1 is scrolled in either a positive or a negative vertical direction that extends parallel to the Y-axis 4, i.e., either up or down. When the scroll wheel assembly 410 (either the center section 436 or the shutter 495) is laterally tilted by the user in the direction of arrow 502, the tilting motion is sensed by a tilting sensing system 471 and 473 and the image 1 is scrolled in either a positive or a negative horizontal direction that extends parallel to the X-axis 4, i.e., either left or right.

It is noted that while some features of the scroll wheel assembly 410 have been depicted and described relative to one described embodiment, these features can be provided in other described embodiments. For example, the shutter 495 depicted in FIGS. 24 and 28 may be used in the embodiment of FIGS. 19–23. Similarly, sensing techniques, tilting and rotational techniques, and associated structures disclosed or depicted relative to one embodiment may be used in addition or in lieu of corresponding structures in another embodiment. Additionally, disclosed aspects and features usable and desirable with a split rotating finger-engagable control member 330/430 are advantageous on other scrolling assemblies and need not be required to be on a scroll wheel assembly with movable and stationary portions.

In a preferred embodiment, the lateral tilting axis 402a/502a is preferably located substantially within the same plane as, or spaced a small distance from the rotational axis 400a/500a. Preferably, but not necessarily, the lateral tilting axis 402a/502a is preferably located to intersect the center portion 336/436. Providing the lateral tilting axis 402a/502a close to the rotational axis 400a/500a provides a higher degree of control and angular tilt relative to the tilting distance traveled. In one arrangement, the finger-engagable control member 310/410 may be tilted approximately 5–30 degrees clockwise or counter-clockwise from its center-biased position. That is, the 5–30 degrees of travel in both opposing angular direction provide a 10–60 degree angular range of travel. Various specific configurations of this arrangement provide ranges of angular travel equal to or in excess of 10 degrees, 20 degrees, 30 degrees, 40 degrees and 50 degrees.

The shape and contour of the portion of the finger-engagable control member may take the form of the embodiments shown in FIGS. 18–28 or may alternatively take the form of the embodiments shown in FIGS. 29–31 or portions thereof. More specifically, the finger-engagable control member 310/410 includes a raised center section 336/436 and opposing side surfaces that may be formed by a shutter or by a rotatable portion and a stationary portion. The raised center section 336/436 may optionally include grooves to assist in the rotation of the center section.

The opposing side surfaces may be angled such as shown in FIGS. 19–23, or convex and curved such as shown in FIG. 24 or FIGS. 29–31. In the embodiment of FIGS. 29 and 30, depicted on a mouse 560 with depressible actuators 514 and 516, the contour of the finger-engagable control member 530 exposed for user manipulation through an opening 505 in housing 502, takes the approximate form of a raised ring-shaped wheel 536 wrapped around a sphere 537. As schematically depicted in isolation in FIG. 30, the convex outer contour of the exposed spherical surfaces 537 on opposing sides of the wheel 536 (alone and in conjunction with the wheel 536) enhances the finger engagable surface area to permit tilting in the direction of arrow 602 while still permitting easy endless rotation of the wheel 536 in the direction of arrow 600. This combination of shapes also provides physical and cognitive cues as to how the finger-engagable control member 530 may be manipulated. The sphere 537 is preferably, but need not be, truncated in regions laterally outside of the regions that are exposed for user manipulation.

In the embodiment of FIG. 31, depicted on a mouse 660 with depressible actuators 614 and 616, the contour of the finger-engagable control member 630 exposed for user manipulation through an opening 605 in housing 602, takes the approximate form of a raised ring-shaped wheel 636 with downwardly angled sloped and slightly curved side surfaces 637. This arrangement also provides advantages as the side surfaces 637 on opposing sides of the raised center section 636 enhances the finger engagable surface area to permit tilting in the direction of arrow 702 while still permitting easy endless rotation of the wheel 636 in the direction of arrow 700. This combination of shapes also provides physical and cognitive cues as to how the finger-engagable control member 630 may be manipulated. The sphere 537 is preferably, but need not be, truncated in regions laterally outside of the regions that are exposed for user manipulation.

In the embodiment of FIGS. 32–34, depicted on a mouse 760 with depressible actuators 714 and 716, the contour of the finger-engagable control member 730 exposed for user manipulation through an opening 705 in housing 702, takes the approximate form of a raised ring-shaped wheel 736 with raised side edges 798 and a concave recessed center section forming a finger-locating/finger-positioning groove 799. This arrangement also provides advantages as the groove 799 assists in the single finger control of the tilting in the direction of arrow 802 as well as the endless rotation

21

of the wheel 736 in the direction of arrow 800. A convex shutter 795 may also be provided to protect the internal components of the computer input device 760.

These arrangements are useful with software applications offering horizontal scrolling opportunities, such as various a spreadsheet program, an Internet browser, and word processor programs and especially in instances where a user would be trying to view an image that is larger than what can be completely shown on screen in the vertical and/or horizontal directions. By rolling the finger-engagable control member, a user can navigate back and forward between information on the bottom and top of the image. By tilting the finger-engagable control member horizontally, the user can navigate between views and information on the right and left of the viewed image.

The speed of the scrolling in the vertical direction may be any desirable rate relative to the rotation, and such speed may be preset or controllable and adjustable through software, e.g., a graphical user interface on a mouse driver, so that the user may select his or her own preference. Horizontal scrolling may be controlled dependent upon on the amount of time the finger-engagable control member is tilted and/or by the amount of tilt of the finger-engagable control member. Similarly, the speed of the scrolling may be preset, or controllable and adjustable through software, e.g., a graphical user interface on a mouse driver, so that the user may select his or her own preferences. If desired, a time threshold for the tilting of the finger-engagable control member may be imposed prior to the initiation of horizontal scrolling to prevent inadvertent tilting from modifying the viewed image.

While the scroll wheel assembly is preferably used to cause scrolling in the horizontal and vertical directions, it may also be used to provide single commands other than "scroll right" and "scroll left". For example, as with some keys on mice and keyboards, these commands may be programmable. Thus, depending upon the embodiment, translating or pivoting the rotatable member to the left can activate a pre-programmed command such as "BACK," and moving the rotatable member to the right can activate a pre-programmed command such as "FORWARD."

Further, with the use of such a the finger-engagable control member/wheel, and modifier keys that create the ability to modify the input from the finger-engagable control member/wheel, it is possible to control document zooming or other non-scrolling actions if desired. For example, the combined actions of the Alt and Y keystrokes and manipulation of a scroll wheel could control zooming in and out. If desired, the combination of modifier keys in combination with sliding the scroll wheel horizontally could be used to angularly rotate an image on the display, such as a drawing object. In such an example, the horizontal displacement of the wheel can affect the amount of angular rotation and/or the speed of the rotation.

It is understood that while the forms of the invention herein shown and described include the best mode contemplated for carrying out the present invention, they are not intended to illustrate all possible forms thereof. It will also be understood that the words used are descriptive rather than limiting, and that various changes may be made without departing from the spirit or scope of the invention as claimed below.

We claim:

1. An input device for scrolling an image, said device comprising:

a housing having an opening;

22

a finger-engagable control member provided within the housing and having a portion extending through the opening permitting user manipulation thereof, the finger-engagable control member being endlessly rotatable about a rotating axis extending within the housing and tiltable about a tilting axis, the finger-engagable control member further being inwardly displaceable into the housing;

a rotation sensor for sensing rotation of the finger-engagable control member;

a tilt sensor for sensing tilting of the finger-engagable control member,

a switch for sensing inward displacement of the finger-engagable control member into the housing, wherein the switch is located at one of (a) in front of and (b) behind the finger-engagable control member.

2. The device of claim 1 wherein the input device is an electronic mouse and when the finger-engagable control member is rotated, a signal is transmitted to scroll the image in a first scroll direction and wherein when the finger-engagable control member is tilted, a signal is transmitted to scroll the image in a second scroll direction, the second scroll direction being perpendicular to the first scroll direction.

3. The device of claim 1 wherein the finger-engagable control member is pivotable about a displacement axis in an inwardly displaceable movement.

4. The device of claim 3 wherein the displacement axis is perpendicular to the tilting axis and parallel to the rotating axis.

5. The device of claim 3 further comprising a carriage that occupies at least a portion of the finger-engagable control member.

6. The device of claim 5 wherein the carriage is stationary when the finger-engagable control member is rotated.

7. The device of claim 5 wherein the switch is located behind the finger-engagable control member.

8. The device of claim 5 wherein the switch is located under the carriage.

9. The device of claim 8 wherein the switch is located at a location underlying the tilting axis.

10. The device of claim 9 wherein the switch is activated responsive to contact of the carriage with the switch.

11. The device of claim 9 wherein the carriage further includes a tilt axle.

12. The device of claim 11 wherein the tilt axle contacts the switch when the finger-engagable control member is inwardly displaced along the displacement axis and wherein the switch is activated responsive to contact of the tilt axle with the switch.

13. The device of claim 1 wherein the tilt sensor has a first contact switch at a first lateral side of the finger-engagable control member along the rotating axis of the finger-engagable control member and a second contact switch at a second lateral side of the finger-engagable control member along the rotating axis of the finger-engagable control member.

14. The device of claim 13 wherein the finger-engagable control member includes a first lateral arm extending laterally from a first lateral side and a second lateral arm extending from a second lateral side, the first lateral arm and the second lateral arm being coplanar on a plane that is parallel to the rotating axis and the pivoting axis and intersects the finger-engagable control member.

15. The device of claim 14 further comprising a carriage containing at least a portion of the finger-engagable control member wherein the switch is located under the carriage and

US 7,187,358 B2

23

at the rear of the finger-engagable control member at a location underlying the pivoting axis.

**16.** The device of claim 15 wherein the switch is activated responsive to contact of the carriage with the switch.

**17.** An electronic mouse device for scrolling an image, the device comprising:

a housing having an opening;

a finger-engagable control member provided within the housing and having a portion extending through the opening permitting user manipulation thereof, the finger-engagable control member being endlessly rotatable about a rotating axis extending within the housing and tiltable about a tilting axis, the finger-engagable control member further being inwardly displaceable into the housing;

a circuit board underlying the finger-engagable control member and including a first contact switch, a second contact switch, and a third contact switch thereon, wherein the first contact switch and the second contact switch are tilt sensing switches located on opposite sides of the finger-engagable control member and the third contact switch senses inward displacement of the finger-engagable control member and is located at one of (a) in front of and (b) behind the rotating axis.

**18.** The device of claim 17 wherein the third contact switch is behind the finger-engagable control member.

**19.** The device of claim 17 wherein the third contact switch is in front of the finger-engagable control member.

**20.** The device of claim 17, wherein the finger-engagable control member tilts about a displacement axis when it is inwardly displaced into the housing, the displacement axis being longitudinally offset from the rotating axis.

24

**21.** An electronic mouse device for scrolling an image, the device comprising:

a housing having an opening;

a finger-engagable control member provided within the housing and having a portion extending through the opening permitting user manipulation thereof, the finger-engagable control member being endlessly rotatable about a rotating axis extending within the housing, tiltable about a tilting axis, inwardly displaceable into the housing about a displacement axis, the tilting axis being perpendicular to the rotating axis and the displacement axis, and the displacement axis is parallel to and offset from the rotation axis.

**22.** The device of claim 21 further comprising a rotation sensor for sensing rotation of the finger-engagable control member; a tilt sensor for sensing tilting of the finger-engagable control member, and a finger-engagable control member inward displacement sensor for sensing inward displacement of the finger-engagable control member into the housing.

**23.** The device of claim 22 wherein the finger-engagable control member inward displacement sensor and the tilting axis are vertically superimposed.

**24.** The device of claim 23 wherein the wherein the tilt sensor has a first contact switch spaced from a first lateral side of the finger-engagable control member along the rotating axis of the finger-engagable control member and a second contact switch spaced from a second lateral side of the finger-engagable control member along the rotating axis of the finger-engagable control member.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 05/05/2008

(12) **United States Patent**　　　　　　(10) **Patent No.:**　　US 7,068,257 B1
Bohn　　　　　　　　　　　　　　　(45) **Date of Patent:**　　Jun. 27, 2006

(54) **IMAGING LENS WITH INTEGRAL LIGHT SOURCE HOLDER**

(75) Inventor: **David D. Bohn**, Fort Collins, CO (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 470 days.

(21) Appl. No.: **10/417,173**

(22) Filed: **Apr. 17, 2003**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/382,867, filed on Mar. 7, 2003, now Pat. No. 7,009,598, and a continuation-in-part of application No. 10/382,931, filed on Mar. 7, 2003.

(51) **Int. Cl.**
*G09G 5/08* (2006.01)
(52) **U.S. Cl.** ..................................... 345/166; 345/163
(58) **Field of Classification Search** ......... 345/163–167
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,517,211 A * | 5/1996 | Kwang-Chien | ............. 345/166 |
| 5,578,813 A | 11/1996 | Allen et al. | |
| 5,686,720 A | 11/1997 | Tullis | |
| 5,943,233 A | 8/1999 | Ebina et al. | |
| 6,256,016 B1 | 7/2001 | Piot et al. | |
| 6,421,045 B1 | 7/2002 | Venkat et al. | |
| 6,424,407 B1 | 7/2002 | Kinrot et al. | |

| | | |
|---|---|---|
| 6,462,330 B1 | 10/2002 | Venkat et al. |
| 6,486,873 B1 | 11/2002 | McDonough et al. |
| 2003/0006965 A1 | 1/2003 | Bohn |
| 2003/0142075 A1 | 7/2003 | Chin |
| 2003/0142078 A1 | 7/2003 | Chin |
| 2003/0201951 A1 | 10/2003 | Chin |
| 2004/0084610 A1 | 5/2004 | Leong et al. |
| 2004/0149894 A1 | 8/2004 | Tschimen et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 08137613 A | * | 5/1996 |
| KR | 2002050803 A | * | 6/2002 |

* cited by examiner

*Primary Examiner*—Alexander Eisen
(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57)　　　　　　**ABSTRACT**

An imaging lens unit has an imaging lens and an integral holder for a light source such as a LED. The imaging lens unit can include a body portion, with the imaging lens being formed as an integral part of the body portion, together with a light source support fixture also formed as an integral part of the body portion. The support fixture supports a light source in a desired spatial relationship with respect to the imaging lens, and may have an opening for insertion of the light source into the support fixture along an installation axis. The fixture may be configured to prevent removal of the light source along substantially all other axes. The light source support fixture can be configured to support and retain the light source without additional cooperating structure. The invention further includes a computer mouse having an imaging lens unit with an integral light source support.

**38 Claims, 23 Drawing Sheets**





FIG. 1A
PRIOR ART

Copy provided by USPTO from the PIRS Image Database on 05/09/2008



FIG. 1B
PRIOR ART



FIG. 2



FIG. 3

FIG. 4



Case 5:08-cv-03666-RS   Document 1-7   Filed 07/31/2008   Page 7 of 32



FIG. 5



FIG. 6

Case 5:08-cv-03666-RS    Document 1-7    Filed 07/31/2008    Page 9 of 32



FIG. 7



FIG. 8

Copy provided by USPTO from the PIRS Image Database on 05/09/2008

Case 5:08-cv-03666-RS    Document 1-7    Filed 07/31/2008    Page 1 of 32



FIG. 9

FIG. 10



FIG. 11



FIG. 13



FIG. 14





FIG. 12

FIG. 15A    FIG. 15B    FIG. 15C    FIG. 15D

   

FIG. 15E    FIG. 15F

 



FIG. 16



FIG. 17



FIG. 18

FIG. 19





FIG. 20

Case 5:08-cv-03666-RS    Document 1-7    Filed 07/31/2008    Page 20 of 30



FIG. 21

Copy provided by USPTO from the PIRS Image Database on 05/09/2008



FIG. 22



FIG. 23



FIG. 24

Case 5:08-cv-03666-RS    Document 17    Filed 07/31/2008    Page 147 of 32



FIG. 25

US 7,068,257 B1

1

# IMAGING LENS WITH INTEGRAL LIGHT SOURCE HOLDER

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation-in-part of the U.S. patent application titled "Multiple Channel Light Guide for Optically Tracking Pointing and Input Devices," filed on Mar. 7, 2003 and having Ser. No. 10/382,867 now U.S. Pat. No. 7,009,598, and is also a continuation-in-part of the U.S. patent application titled "Computer Input Device with Multi-Purpose Light Guide," filed on Mar. 7, 2003 and having Ser. No. 10/382,931.

## FIELD OF THE INVENTION

This invention relates generally to optical components usable in optically-tracking pointing and input devices such as computer mice. More particularly, this invention relates to an imaging lens having an integral holder for supporting and positioning a light source.

## BACKGROUND OF THE INVENTION

Computer input and other pointing devices, such as electronic mice, convert physical movement into movement of a cursor or other image across a computer screen. Previously, many such devices utilized mechanically driven encoder wheels and other moving components to detect direction and magnitude of motion, and to then convert that information into data for communication to a computer or other device. Optical surface tracking offers an improved method of motion detection. Instead of encoder wheels rotated by a ball rolling across a surface, an array of photo-sensitive elements generates an image of a desktop (or other supporting surface) portion when light from an associated illumination source (such as a light emitting diode) reflects from the desktop or other surface. Subsequent images are compared, and based on the correlation between images, the magnitude and direction of mouse motion may be determined. Exemplary optical tracking systems, and associated signal processing techniques, include those disclosed in commonly owned U.S. Pat. Nos. 6,172,354, 6,303,924 and 6,373,047.

FIG. 1A schematically shows various components of an existing optical tracking system in a computer mouse 1a. Mouse 1a (shown in phantom lines) moves across a surface 2a such as a desk top or a table. A region 3a of the bottom surface of mouse 1a is either transparent or open so that light may reach a portion of the surface 2a (the "target area" T) and be reflected back to an image sensor 7a. A light source 4a inside of mouse 1a, which is typically a LED, is selectively turned on and off so as to controllably illuminate the target area T. Light from LED 4a reflects from the target area and is collected and focused by a lens 5a through an aperture 6a. Light passing through aperture 6a strikes a photosensing surface of an image sensor 7a. Image sensor 7a then forms (sometimes in connection with other components) an image of the target area T (or a portion thereof). Typically, image sensor 7a is attached to a Printed Circuit Board (PCB) 8a, only a portion of which is represented in FIG. 1A. In alternative configurations, a light guide directs light from a LED to the target area. One such configuration is shown in FIG. 1B, in which components 1b–8b are generally similar to components 1a–8a of FIG. 1A. In the configuration of FIG. 1B, however, light from LED 4b is transmitted to the

2

target area T via light guide 9b. Typically, light guide 9b is formed from light-transmissive material such as glass or plastic. The light from LED 4b enters light guide 9b and reflects from the internal surfaces of the material, and then exits from an exit face e to illuminate the target area.

Although an improvement over mechanically-tracking types of motion sensing systems, optically-tracking systems present a new set of challenges. The light source, lens, image sensor and other components must be properly positioned with respect to one another. Permissible tolerances for this positioning are generally closer than tolerances associated with assembly of mechanical tracking components. Mismatches between mating components can cause imaging errors which degrade overall system performance. It is therefore often desirable to minimize the number of components which must be assembled. There are also advantages in minimizing the number of structural components beyond reduction of tolerance stack-ups. For example, fewer components can lead to reduction in assembly costs.

Various structures for holding a lens and at least partially supporting a LED (or other light source) have been developed. Commonly-owned U.S. Pat. No. 6,421,045 describes a lens carrier having a lens formed within a well of an annular bearing surface. The carrier also has a LED rest formed on the underside of the carrier. However, the structure described by the U.S. Pat. No. 6,421,045 patent cooperates with another structure (or structures) to retain and properly align the LED.

## SUMMARY OF THE INVENTION

The present invention addresses many of the challenges described above. In particular, the present invention provides an imaging lens unit having an imaging lens and an integral holder for a light source such as a LED. In one embodiment, the imaging lens unit includes a body portion, with the imaging lens being formed as an integral part of the body portion. A light source support fixture is also formed as an integral part of the body portion. The support fixture is configured to support a light source in a desired spatial relationship with respect to the imaging lens. The support fixture also has an opening for insertion of the light source into the support fixture along an installation axis; the fixture is further configured to prevent removal of the light source along substantially all other axes. In another embodiment, a light source support is configured to receive the light source and to support and retain the light source (without additional cooperating structure) in a desired spatial relationship with respect to the imaging lens. The invention further includes a computer mouse having an imaging lens unit with an integral light source support. Other features and advantages of the invention are described herein and in the accompanying drawings, or will be apparent to persons skilled in the art once provided with the following description and accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is schematic drawing of components in an existing optically-tracking computer mouse.

FIG. 1B is a schematic drawing of one existing arrangement for illuminating a target area.

FIG. 2 is an "exploded" view of a computer mouse incorporating an optical structure according to one embodiment of the invention.

FIG. 3 is a cross section taken along lines 3—3 of FIG. 2.

3

4

FIG. 4 is an inverted "exploded" partial view of the computer mouse of FIG. 2.

FIG. 5 is a top view of an optical structure according to one embodiment of the invention.

FIG. 6 is a cross section taken along lines 6—6 of FIG. 5.

FIG. 7 is a cross section of an optical structure shown in FIG. 6 when assembled with other components.

FIG. 8 is a schematic drawing showing operation of a multi-channel light guide according to one embodiment of the invention.

FIG. 9 is a cross section of an optical structure according to another embodiment of the invention.

FIG. 10 is a cross section taken along lines 10—10 of FIG. 9.

FIG. 11 is a drawing schematically showing light patterns from the optical structure of FIGS. 9 and 10.

FIG. 12 is a cross section of an optical structure according to another embodiment of the invention.

FIG. 13 is a cross section taken along lines 13—13 of FIG. 12.

FIG. 14 is a drawing schematically showing light patterns from the optical structure of FIGS. 12 and 13.

FIGS. 15A–15F are cross sections of a portion of an optical structure according to additional embodiments of the invention.

FIG. 16 is a rear perspective view of a computer mouse according to another embodiment of the invention.

FIG. 17 is an "exploded" view of a computer mouse incorporating an optical structure according to another embodiment of the invention.

FIG. 18 is a cross section taken along lines 18—18 of FIG. 17.

FIG. 19 is an inverted "exploded" partial view of the computer mouse of FIG. 17.

FIG. 20 is a top view of an optical structure according to another embodiment of the invention.

FIG. 21 is a cross section taken along lines 21—21 of FIG. 20.

FIG. 22 is another cross section similar to that of FIG. 21, but with various angles labeled.

FIG. 23 is a cross section of an optical structure shown in FIG. 21 when assembled with other components.

FIG. 24 is a cross section of an optical structure according to a further embodiment of the invention.

FIG. 25 is a cross section of an optical structure according to yet another embodiment of the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The invention is described using an optically-tracking computer mouse as an example of a device into which the invention may be incorporated. However, the invention is not limited to computer mice.

FIG. 2 is an "exploded" view of portions of a computer mouse 10 incorporating an optical structure 100 according to one preferred embodiment of the invention. Housing base 12 is configured to rest upon and move over a desk top or other tracking surface, as well as to support and contain other components. Housing base 12 may be molded from ABS (acrylonitrile butadiene styrene) or other suitable material. Formed in the interior of housing base 12 is an access/support structure 14. FIG. 3 is a cross section of access/support structure 14 taken along line 3—3 in FIG. 2. Access/support structure 14 includes walls 16 extending upward from the interior bottom surface 18 of housing base 12. Access/support structure 14 includes a first well 20.

Located in the bottom of first well 20 is a transmission hole 22. Located at the other end of access/support structure 14 is a second well 24. Located in the center of second well 24 is a receiving hole 26. Separating wells 20 and 24 is a baffle 28. Mouse 10 also has an upper housing 70, which may have one or more buttons 72, 74, an opening for a scroll wheel 76, and other mechanisms for receiving user input. Mouse 10 would typically include numerous other components such as a battery (if mouse 10 is wireless), various connectors, cabling, etc. So as not to obscure FIG. 2 with unnecessary detail, these additional components are not shown, but would be understood as present by persons skilled in the art.

Optical structure 100 fits over access/support structure 14. Located on one end of optical structure 100 and extending upward is LED support 102. Also located on optical structure 100 and extending upward may be a positioning post 104 and spacer/shield wall 106. As shown in FIG. 2, positioning post 104 cooperates with a hole in printed circuit board (PCB) 200 to position and stabilize optical structure 100 with respect to PCB 200. Spacer/shield wall 106 may also be formed so as to position and stabilize optical structure 100 with respect to PCB 200. In alternate embodiments, either or both of positioning post 104 and spacer/shield wall 106 may be absent. LED support 102 extends through an opening 202 in PCB 200. Image sensor 204 is positioned adjacent to opening 202 on the underside of PCB 200. When assembled, LED 210 is positioned vertically downward inside of LED support 102 (see FIG. 7). Leads 212 from LED 210 are soldered to PCB connection points 214. Different types of LEDs may be used in connection with the invention. In one preferred embodiment, a T1-¾ size LED producing light at approximately 630 nm is used. Such a LED is available from Agilent Technologies of Palo Alto, Calif. having part number HLMP-EG24-RU000. LEDs producing light at other wavelengths and having other or different features may also be used. Light sources other than LEDs could also be used.

As can be seen in FIGS. 2, 4 and 7, LED 210 is completely contained within LED support 102. LED support 102 maintains LED 210 in a desired position without reliance upon other structural components.

Image sensor 204 contains multiple light sensitive elements and can be used to create electrical signals representing an image. In one preferred embodiment, image sensor 204 is an integrated circuit containing both the light sensitive elements and the circuitry for converting the received light into electrical signals. On such device is described in commonly-owned U.S. patent application Ser. No. 10/305,062, titled "Photo-Sensor Array for Motion Detection" and filed Nov. 27, 2002, incorporated by reference herein. Other image sensor integrated circuits are known in the art and are commercially available. One such sensor is available from Agilent Technologies and has part number ADNS-2620. Other image sensing components are described in the aforementioned U.S. Pat. Nos. 6,172,354, 6,303,924 and 6,373,047 (including documents referenced therein). In other embodiments, image sensor 204 may only contain light sensitive components, with the associated conversion circuitry located elsewhere.

FIG. 4 is similar to FIG. 2, but inverted so as to expose the underside of PCB 200 and optical structure 100. FIG. 4 shows LED 210 in place, and omits housing base 12. Aperture plate 216 covers image sensor 204 (not shown in FIG. 4) and has an aperture 220 formed therein. Light enters aperture 220 and strikes photo-sensitive regions of image sensor 204. In other embodiments, aperture plate 216 could be situated on the underside of PCB 200 and image sensor

5

204 on the upper side of PCB 200, with an opening in PCB 200 between image sensor 204 and aperture plate 216. Aperture plate 216 may be integrated with image sensor 204 prior to attachment to PCB 200, may be formed as an integral component of the image sensor, or may be attached as a separate piece to PCB 200. Exposed on the underside of optical structure 100 are two light guide channels 110 and 112, which are further described below. Also shown on the underside of optical structure 100 is imaging lens 114 (also described below).

FIGS. 5 and 6 show optical structure 100 in more detail. FIG. 5 is a top view of optical structure 100. LED support 102 is formed as a hollow cylinder, and has a vertical opening 116 on one side. Upon assembly, LED 210 is positioned inside the cylinder of LED support 102 and pointing vertically downward. Three vertical locating ridges 118 are formed inside of LED support 102 and serve to align LED 210. In some embodiments, locating ridges 118 are sized such that a press fit would exist between the outer surface of LED 210 and ridges 118. In particular, use of certain more flexible materials for optical structure 100 (such as, e.g., polycarbonate) would facilitate a press fit. If optical structure 100 is instead formed from a more brittle material (such as, e.g., polystyrene), ridges 188 could be sized to provide a clearance fit. Even in the case of a clearance fit, however, LED 210 would still be supported on all sides. LED 210 could only be removed by withdrawal along an axis substantially coincident with the axis along which LED 210 is inserted into the interior cavity of support 102. In particular, the opening 116 between the rightmost two ridges 118 in FIG. 5 is not sufficiently wide to allow LED 210 to pass through.

Formed in the bottom of LED support 102 is a collection lens 120. Collection lens 120 collects light emitted by LED 210 and directs that light to the tracking surface target area via channels 110 and 112. Also formed in optical structure 100 is an imaging lens 114. Imaging lens 114 collects and focuses light reflected from a target area and directs that light through aperture 220 in aperture plate 216. LED support 102 maintains LED 210 in a fixed position relative to imaging lens 114.

FIG. 6 is a cross section of optical structure 100 taken along lines 6—6 of FIG. 5. Collection lens 120 and channels 110 and 112 form a light guide for directing light from LED 210 (when placed in support 102) to a target area. This light guide receives light from LED 210, divides that light between two channels 110 and 112 having stepped front faces (as described below), and rejoins that light by directing it to the target area. Channels 110 and 112 are located on the underside of LED support 102. Front channel 110 has a front face 124 and a rear face 126. Rear face 126 forms a Total Internal Reflecting (TIR) surface. A portion of the light emitted by LED 210 and entering collection lens 120 is diverted to channel 110. This diverted light is then reflected by the TIR surface and exits channel 110 through front face 124. Rear channel 112 has a front face 130, a rear face 132, and a rear vertical face 134. Rear face 132 also forms a TIR surface. A portion of the light from LED 210 entering collection lens 120 is diverted to channel 112. This portion of the light is reflected by the TIR surface of rear face 132 and exits channel 112 through front face 130. Front faces 124 and 130 form a stepped arrangement relative to one another. In other words, front faces 124 and 130 lie in generally parallel planes, but are offset by an amount g by which the rear channel 112 extends further downward than front channel 110. Channels 110 and 112 are separated by a space bounded by the rear face 126 of front channel 110 and

6

the front face 130 of rear channel 112. This separation between the channels is filled with a material (air in this case) that is dissimilar to that of the channels. In a preferred embodiment, channels 110 and 112 have the following dimensions (referring to FIG. 6):

TABLE 1

| | |
|---|---|
| $a_1$ (angle of front channel front face to horizontal) | 88.0° |
| $a_2$ (angle of front channel rear face to horizontal) | 52.5° |
| $b_1$ (angle of rear channel front face to horizontal) | 88.0° |
| $b_2$ (angle of rear channel rear face to horizontal) | 47.5° |
| c (distance from top of front channel rear face to collection lens centerline) | 0.872 in. |
| d (height of top of front channel rear face) | 4.880 in. |
| e (height of top of rear channel rear face) | 2.930 in. |
| f (distance from top of rear channel rear face to collection lens centerline) | 3.402 in. |

As seen in FIGS. 4 and 6, a vertical wall 138 surrounds the underside of optical structure 100. Channels 110 and 112 are inside the perimeter of wall 138, as is imaging lens 114. Upon assembly, optical structure 100 fits over access/support structure 14, with walls 138 of optical support structure 100 surrounding walls 16 of access/support structure 14.

Optical structure 100 is preferably molded as an integral component. Possible materials for optical structure 100 include clear polystyrene available from BASF Corporation of Mount Olive, N.J., grade 148G KG21; clear polystyrene available from Nova Chemicals Corporation of Moon Township, Pa., grade PS1300; LEXAN polycarbonate resin available from GE Plastics of Fairfield, Conn., grade 121R, color 1111; and MAKROLON polycarbonate resin available from Bayer Polymers of Pittsburgh, Pa., grade 2405, color 1000. Other possible materials include acrylic, cyclic olefin copolymer, SAN styrene blend and NAS styrene blend.

Imaging lens 114 includes upper and lower convex lenses $114_a$ and $114_b$. The refractive power and other optical properties of imaging lens 114 may vary based upon distance from image sensor 204, distance of image sensor 204 above the tracking surface, the specific design of image sensor 204, and other configuration choices. The determination of imaging lens optical requirements is within the routine ability of a person skilled in the art once provided with the descriptions herein and various design parameters. Similarly, the preferred refractive power and other optical properties of collection lens 120 may vary based on parameters such as size of LED 210, size of channels 110 and 112, distances from a target area, and other configuration choices. The determination of collection lens optical requirements is likewise within the routine ability of a person skilled in the art once provided with the descriptions herein and the relevant design parameters. In one preferred embodiment, collection lens 120 causes light emanating from channels 110 and 112 to be slightly out of focus. In this manner, light is more evenly spread onto the target area of the tracking surface.

FIG. 7 is a cross section of optical structure 100, access/support structure 14, PCB 200, image sensor 204 and LED 210 in an assembled condition. Channels 110 and 112 rest within and to the rear of first well 20 of access/support structure 14. Baffle 28 (which also prevents or minimizes stray light from reaching imaging lens 114), together with a beveled edge 30 on transmission hole 22, defines boundaries for an angled path for light from channels 110 and 112 to target area 34. Light exiting from front faces 124 and 130 of channels 110 and 112 shines upon and illuminates target area 34. The arrows showing target area 34 only approximate the

7

location and extent of the target area for purposes of illustration. A portion of this light is then reflected upward from target area 34 through entrance hole 26 to imaging lens 114. Imaging lens 114 then collects and focuses this reflected light and directs it into aperture 220 of aperture plate 216. The light then passes through aperture 220 and reaches the photo-sensitive elements of image sensor 204.

As can also be appreciated from FIG. 7, optical structure 100 provides a unitary structure that positions LED 210 with respect to imaging lens 114 without reliance upon other structures.

FIG. 8 schematically shows operation of optical structure 100 and advantages provided over other systems for directing illumination to a target surface. In FIG. 8, the arrows generally show the directions in which most of the light is directed through channels 110 and 112. Because of scattering and other effects, however, there will also be light transmitted in other directions. Light from front channel 110 exits the front face 124 at a first angle α. Light exits the front face 130 of rear channel 112 at an angle β, which is shallower than angle α. There is a gap g between the lowest portion of channel 110 and the lowest portion of channel 112. Light from rear channel 112 and front channel 110 simultaneously illuminates the target area T. By illuminating from two different angles, light is more evenly distributed across the target area, and non-uniform illumination is reduced. Light can be divided between channels 110 and 112 in any proportion. Preferably, a majority of the light from LED 210 is directed into channel 110, and a smaller portion of light is directed into channel 112. In one preferred embodiment, channels 110 and 112 are formed such that approximately 80% of the target area illumination comes from front channel 110, and approximately 20% of the target area illumination comes from rear channel 112. In that embodiment, light is directed to the target area from the front channel at an angle of approximately 70° from the vertical (or approximately 20° from the horizontal). Light is directed to the target area from the rear channel at approximately 80° from the vertical (or approximately 10° from the horizontal). In other embodiments, approximately 50%–90% of light reaching the target area comes from front channel 110, and approximately 10%–40% of light reaching the target area comes from rear channel 112. In yet other embodiments, approximately 70%–90% of light reaching the target area comes from front channel 110, and approximately 10%–30% of light reaching the target area comes from rear channel 112. In still other embodiments, light is directed to the target area from the front channel at an angle of approximately 50°–85° from the vertical (or approximately 5°–40° from the horizontal), and light is directed to the target area from the rear channel at approximately 50°–85° from the vertical (or approximately 50–40° from the horizontal), although at a shallower angle than light from the front channel.

FIGS. 9–14 show additional embodiments of an optical structure 100' and 100". Optical structure 100' (FIG. 9) is substantially similar to optical structure 100 except for the configurations of front faces 124' and 130' of channels 110' and 112'. As shown in FIG. 10, a cross section taken along lines 10—10 of FIG. 9, the front faces 124' and 130' are not planar. Instead, each channel front face is faceted. In this manner, light can be more evenly distributed across the target area. FIG. 11 schematically shows light shined on a target area by front faces 124' and 130'. Each facet will generally direct most of its light to a portion of the target area, with those portions substantially overlapping. Because of scattering and other effects, however, some light is also

8

transmitted in other directions and in regions outside of the general illumination patterns shown. As shown in FIG. 11, faceted front faces 124' and 130' do not shine all light in the same areas, but their illumination patterns do substantially overlap. To simplify FIG. 11, only three boxes are shown for the patterns caused by various facets, and not six boxes (one for each facet). Although channels 110' and 112' each has three facets, the number of facets can be varied. Optical structure 100" (FIG. 12) is also similar to optical structure 100 except for the shape of the front faces 124" and 130" of channels 110" and 112". In this embodiment, and as shown in FIG. 13, the front faces 124" and 130" are formed as curvilinear concave refractive surfaces. As shown in FIG. 14, front faces 124" and 130" are configured to spread light across the target area out of focus, i.e. over a larger spot size, thereby distributing light more evenly. The non-planar front face(s) of the channels could take other forms. For example, the front face of one or more of the channels could have a cross-section in a form such as is shown in one of FIGS. 15A through 15F. FIGS. 15A–15F are cross sections of a single channel taken in a location similar to that of line 10—10 in FIG. 9, with the proportions slightly exaggerated for clarity of illustration. FIGS. 15A–15C are examples of other forms of a faceted front face. FIG. 15D is an example of a curvilinear convex front face. FIG. 15E is an example of a combination faceted-concave front face. FIG. 15F is an example of a combination faceted-convex front face. In some embodiments, one front face may be planar and the other non-planar (whether faceted, convex, concave, combination convex-faceted or combination concave-faceted). In still other embodiments, one front face may be one type of non-planar face and another front face may be another type of non-planar face.

FIG. 16 is a rear perspective view of a mouse 300 according to another embodiment of the invention. Mouse 300 is similar to mouse 10 of FIGS. 3–7, and includes an upper housing 370, a housing base 312, a scroll wheel 376 and buttons 372 and 374 (not shown in FIG. 16, but seen in FIG. 17). Mouse 300 further includes an externally-visible light window 304. Light window 304 may be transparent or translucent, and may also be color tinted. Window 304 is arranged so that light from an internal light source (as described more fully below) is visible to a mouse user when the lower housing 312 of mouse 300 rests upon a supporting surface. Window 304 could be located elsewhere on mouse 300; an example of a possible alternate location includes, but is not limited to, window 304'. In use, mouse 300 is connected to a computer (not shown) and provides signals to the computer to control a cursor or other screen image. Mouse 300 may communicate with and receive power from the computer via a wired connection (not shown), or may be wireless and receive power from a battery within mouse 1 (also not shown).

FIG. 17 is an "exploded" view of portions of computer mouse 300. Except as set forth in more detail below, the features of mouse 300 shown in FIGS. 17–23 are similar to the features of mouse 10 shown in FIGS. 2–7. For convenience, each feature in FIGS. 17–23 has the same reference number as the analogous feature in FIGS. 2–7, except that 300 has been added (e.g., scroll wheel 376 in FIG. 17 is analogous to scroll wheel 76 in FIG. 2). Except where stated otherwise, the previous description of features of mouse 10 applies to the features of mouse 300. As seen in FIG. 17, and unlike mouse 10, walls 316 of access/support structure 314 are open at the end (see also FIG. 18, a cross-section of access/support structure 314 taken along lines 18—18 in FIG. 17). The opening between walls 316 faces window 304.

9

In one embodiment, window 304 is a transparent or translucent insert attached to housing base 312, housing base 312 being otherwise opaque. Window 304 fits into a cutout 345 in upper housing 370 when mouse 300 is assembled. In other embodiments, window 304 could be located entirely within upper housing 370. Upper housing 370 may have one or more buttons 372, 374, an opening for a scroll wheel 376, and/or other mechanisms for receiving user input. Mouse 300 would typically include numerous other components such as a battery (if mouse 300 is wireless), various connectors, cabling, etc. So as not to obscure the drawings with unnecessary detail, these additional components are not shown, but would be understood as present by persons skilled in the art.

As with optical structure 100 of mouse 100, optical structure 400 of mouse 300 fits over access/support structure 314. As shown in FIG. 19, however, optical structure 400 differs from optical structure 100. As seen in FIG. 19 (which is similar to FIG. 17 but inverted so as to expose the underside of PCB 500 and optical structure 400), light guide channels 410 and 412 face in opposite directions. Moreover, wall 438 is open at one end.

FIGS. 20 and 21 show optical structure 400 in more detail. FIG. 20 is a top view of optical structure 400, and is similar to FIG. 5. FIG. 21 is a cross section of optical structure 400 taken along lines 21—21 of FIG. 20. Upon assembly, LED 510 is positioned inside the cylinder of LED support 402 and pointing vertically downward. Three vertical locating ridges 418 are formed inside of LED support 402 and serve to align LED 510. Formed in the bottom of LED support 402 is a collection lens 420. Collection lens 420 collects light emitted by LED 510 and directs that light to the tracking surface target area via channel 410 and to window 304 via channel 412. Also formed in optical structure 400 is an imaging lens 414. Imaging lens 414 collects and focuses light reflected from a target area and directs that light through aperture 511 in aperture plate 520.

Light from LED 510 strikes the upper surface of collection lens 420 and is divided between channels 410 and 412. The portion divided into channel 410 is used to illuminate a target area for imaging by image sensor 504. Channel 410 has an exit face 424 and a reflecting face 426. Reflecting face 426 forms a Total Internal Reflecting (TIR) surface. Light travels through channel 410 and strikes the TIR surface of reflecting face 426. The light is then reflected by the TIR surface of reflecting face 426 and exits channel 410 through exit face 424. Another portion of the light emitted by LED 510 and entering collection lens 420 is diverted to channel 412. This diverted light is then reflected by a TIR surface of reflecting face 430 of channel 412, and exits channel 412 through exit face 434. Reflecting face 430 and exit face 434 may be separated by a horizontal face 432. Light divided into channel 412 is used for illuminating window 304. Channels 412 and 410 are separated by a space bounded by the reflecting face 426 of channel 410 and by reflecting face 430 of channel 412. Upon assembly, the open end of optical structure 400 aligns with the opening between walls 316 of access/support structure 314 so as to allow light from exit face 434 to reach window 304. Channels 410 and 412 rest between walls 316 and within well 320.

Like optical structure 100 of FIGS. 2–7, optical structure 400 is preferably molded as an integral component. Possible materials for optical structure 400 include clear polystyrene available from BASF Corporation of Mount Olive, N.J., grade 148G KG21; clear polystyrene available from Nova Chemicals Corporation of Moon Township, Pa., grade PS1300; LEXAN polycarbonate resin available from GE

10

Plastics of Fairfield, Conn., grade 121R, color 1111; and MAKROLON polycarbonate resin available from Bayer Polymers of Pittsburgh, Pa., grade 2405, color 1000. Other possible materials include acrylic, cyclic olefin copolymer, SAN styrene blend and NAS styrene blend.

Imaging lens 414 includes upper and lower convex lenses $414_a$ and $414_b$. The refractive power and other optical properties of imaging lens 414 may vary based upon distance from image sensor 504, distance of image sensor 504 above the tracking surface, the specific design of image sensor 504, and other configuration choices. The determination of imaging lens optical requirements is within the routine ability of a person skilled in the art once provided with the descriptions herein and various design parameters. Similarly, the preferred refractive power and other optical properties of collection lens 420 may vary based on parameters such as size of LED 510, size of channels 410 and 412, distances from a target area, desired output illumination through window 304, and other configuration choices. The determination of collection lens optical requirements is likewise within the routine ability of a person skilled in the art once provided with the descriptions herein and the relevant design parameters.

In one embodiment, approximately 80% of light entering collecting lens 420 is directed to channel 410, and approximately 20% of the light entering collecting lens 420 is directed to channel 412. In that embodiment, angle $\alpha$ (FIG. 22) is approximately 67.5°; angle $\beta$ is approximately 52° and angle $\gamma$ is approximately 90°($\beta$+2)°. In other embodiments, approximately 70%–90% of light entering collecting lens 420 is directed to channel 410, and approximately 10%–30% of light entering collecting lens 420 is directed to channel 412. In another embodiment similar to that shown in FIG. 17, angle $\alpha$ is approximately 55°. Angle $\alpha$ may generally be between approximately 45° and 70°, depending on LED (or other light source) height, angle of face 434 with the vertical, distance to the window to be illuminated and height of the window.

FIG. 23 is a cross section of optical structure 400, access/support structure 314, PCB 500, image sensor 504 and LED 510 in an assembled condition. Channels 412 and 410 rest between walls 316 of access/support structure 314. Baffle 328, together with a beveled edge 330 on transmission hole 322, define boundaries for an angled path for light from channel 410 to target area T. The bracket above the "T" in FIG. 23 only approximates the location and extent of the target area for purposes of illustration. Baffle 328 also prevents or minimizes stray light from reaching imaging lens 414. Light exiting from exit face 424 of channel 410 shines upon and illuminates target area T. A portion of this light is then reflected upward from target area T through entrance hole 326 to imaging lens 414. Imaging lens 414 then collects and focuses this reflected light and directs it into aperture 520 of aperture plate 516. The light then passes through aperture 520 and reaches the photo-sensitive elements of image sensor 504. Light exiting from exit face 434 of channel 412 shines upon window 304 and is visible to a user of mouse 300 while mouse 300 rests upon a supporting surface.

In the embodiments of FIGS. 17–23, light generally exits from faces 424 and 434 in directions that are approximately 180° apart in the horizontal plane (e.g., the plane of the bottom housing 318 in FIG. 23). In other embodiments, light from exit faces 424 and 434 may be separated by other angles. For example, and referring to FIG. 16, alternate location 304' could instead be located on (or toward) one of the sides of mouse 300. Access/support structure 314 could

11
12

be modified as necessary to allow direction of light to a window not directly behind optical structure 400. Light from exit face 434 could also be directed upward or downward by modification of channel 412.

FIGS. 24 and 25 show cross sections of optical structures according to alternate embodiments of the invention. FIG. 24 is a cross section of an optical structure 600 taken along a lengthwise centerline, similar to the cross sections shown in FIGS. 6, 7, 9, 12 and 21–23. The LED support structure of optical structure 600 does not extend in a direction parallel to an optical axis of the imaging lens, as shown in prior embodiments. Instead, the support structure includes a cavity 617 formed in an end of optical structure 600, and LED 810 is inserted into that cavity. Although a rim is shown around an end of LED 810, an optical structure such as optical structure 600 could alternatively accept a LED without such a rim. In the embodiment of FIG. 24, the LED longitudinal axis $P_L$ is perpendicular to an optical axis $P_O$ of the imaging lens 614. Formed at the end of cavity 617 is a collection lens 620. Opposite collection lens 620 is an exit face 624. Although exit face 624 is formed as a planar surface, face 624 could instead be a convex refractive surface or have other shapes. As shown by the bold arrow in FIG. 24, light from LED 810 is refracted from exit face 624 toward a tracking surface (e.g., desk top or other supporting surface of an optical mouse). Light is then reflected by surface roughness of the tracking surface at various angles (not shown) toward imaging lens 614. Similar to prior embodiments, optical structure 600 may have one or more spacer/shield walls 606, a positioning post (not shown) and one or more vertical walls 638. The open region 621 within vertical walls 638 and under imaging lens 614 could cooperate with a modified access/support structure (not shown) formed on the interior of a computer mouse.

FIG. 25 is a cross section of an optical structure 700, also taken along a lengthwise centerline similar to the cross sections shown in FIGS. 6, 7, 9, 12 and 21–23. Similar to optical structure 600 of FIG. 24, optical structure 700 does not position a LED such that the longitudinal axis of the LED is parallel to an optical axis of the imaging lens. Instead, an end of optical structure 700 is angled upward to form a LED support structure, with LED 810 resting within cavity 717. An optical structure such as optical structure 700 could alternatively accept a LED without a rim. In the embodiment of FIG. 25, the LED longitudinal axis $P_L$ is at an angle $\Phi$ to optical axis $P_O$ of the imaging lens 714. In one embodiment, $\Phi$ is approximately 60°. Formed at the end of cavity 717 is a collection lens 720. Opposite collection lens 720 is an exit face 724. Although exit face 724 is formed as a convex refractive surface, face 724 could instead be planar or have other shapes. As shown by the bold arrows in FIG. 25, light from LED 810 is directed from exit face 624 toward a tracking surface, and is then reflected by surface roughness at various angles (not shown) toward imaging lens 714. Similar to prior embodiments, optical structure 700 may have one or more spacer/shield walls 706, a positioning post (not shown) and one or more vertical walls 738. The open region 721 within vertical walls 738 and under imaging lens 714 could cooperate with a modified access/support structure (not shown) formed on the interior of a computer mouse.

As can be appreciated from the above description, an integral lens and light holder according to the invention provides numerous advantages over the prior art. Instead of separate structures for mounting and aligning a LED and for focusing and directing reflected light, a single structure is provided. Because only a single structure is needed, overall

costs are reduced. Moreover, reducing the number of pieces permits close tolerances to be more easily maintained during assembly. Although several examples of carrying out the invention have been described, those skilled in the art will appreciate that there are numerous variations and permutations of the above described examples that fall within the spirit and scope of the invention. As but one example, a unitary lens and light source holder according to the invention need not be used in conjunction with a corresponding support structure such as access/support structures 14 or 314. Numerous other configurations are possible. As but one other example, more or less than two channels could be implemented. One, some or all of the additional channels could also have a non-planar front face. These and other modifications are within the scope of the invention, which is only limited by the attached claims.

The invention claimed is:

1. An imaging lens unit for use in conjunction with an optical sensor, comprising:
   a body portion;
   an imaging lens formed as an integral part of the body portion, the imaging lens having an optical axis; and
   a light source support fixture formed as an integral part of the body portion, and wherein the support fixture
   is configured to support a light source in a desired spatial relationship with respect to the imaging lens,
   has an opening for insertion of the light source into the support fixture along an installation axis,
   is configured to prevent removal of the light source along substantially all other axes, and
   extends from the body portion in a direction substantially parallel to and offset from the optical axis.

2. The imaging lens unit of claim 1, wherein the support fixture comprises an integral collection lens.

3. The imaging lens unit of claim 1, wherein the imaging lens unit is molded from one of polycarbonate, polystyrene, acrylic, cyclic olefin copolymer, SAN styrene blend and NAS styrene blend.

4. The imaging lens unit of claim 1, wherein the imaging lens includes an optical axis and wherein the installation axis is substantially perpendicular to the optical axis.

5. An imaging lens unit for use in conjunction with an optical sensor, comprising:
   a body portion;
   an imaging lens formed as an integral part of the body portion; and
   a light source support fixture formed as an integral part of the body portion, and wherein the support fixture
   is configured to support a light source in a desired spatial relationship with respect to the imaging lens,
   has an opening for insertion of the light source into the support fixture along an installation axis,
   is configured to prevent removal of the light source along substantially all other axes,
   is substantially columnar in shape,
   has a cavity formed therein, and
   further comprises a plurality of locating ridges disposed about the periphery of the cavity configured to position the light source into a predetermined position.

6. An imaging lens unit for use in conjunction with an optical sensor, comprising:
   a body portion;
   an imaging lens formed as an integral part of the body portion; and
   a light source support fixture formed as an integral part of the body portion, and wherein the support fixture

US 7,068,257 B1

13

is configured to support a light source in a desired spatial relationship with respect to the imaging lens,

has an opening for insertion of the light source into the support fixture along an installation axis,

is configured to prevent removal of the light source along substantially all other axes,

is substantially columnar in shape,

has a cavity formed therein, and

has a lengthwise opening along a substantial part of the support fixture length, the lengthwise opening being sized to prevent passage of the light source therethrough.

7. An imaging lens unit for use in conjunction with an optical sensor, comprising:

a body portion;

an imaging lens formed as an integral part of the body portion;

at least one integral locating extension for positioning the imaging lens with respect to an image sensor; and

a light source support fixture formed as an integral part of the body portion, and wherein the support fixture

is configured to support a light source in a desired spatial relationship with respect to the imaging lens,

has an opening for insertion of the light source into the support fixture along an installation axis, and

is configured to prevent removal of the light source along substantially all other axes.

8. The imaging lens unit of claim 7, wherein the imaging lens includes an optical axis and wherein the at least one integral locating extension is configured to position the imaging lens a designated distance from the image sensor along the optical axis.

9. An imaging lens unit for use in conjunction with an optical sensor, comprising:

a body portion;

an imaging lens formed as an integral part of the body portion;

an integral light guide for directing light from the light source to a reflecting position, the reflecting position being situated such that a reflecting surface in the reflecting position will reflect the directed light into the imaging lens; and

a light source support formed as an integral part of the body portion, and wherein the support fixture

is configured to support a light source in a desired spatial relationship with respect to the imaging lens,

has an opening for insertion of the light source into the support fixture along an installation axis, and

is configured to prevent removal of the light source along substantially all other axes.

10. An imaging lens unit for use in conjunction with an optical sensor, comprising:

a body portion;

an imaging lens formed as an integral part of the body portion, the imaging lens having an optical axis; and

a light source support fixture formed as an integral part of the body portion, and wherein the support fixture

is configured to support a light source in a desired spatial relationship with respect to the imaging lens,

has an opening for insertion of the light source into the support fixture along an installation axis, the installation axis being at an angle to the optical axis, said angle being approximately 60°, and

is configured to prevent removal of the light source along substantially all other axes.

11. An imaging lens unit for use in conjunction with an optical sensor, comprising:

14

a body portion;

an imaging lens formed as an integral part of the body portion; and

a light source support formed as an integral part of the body portion, and wherein the light source support is configured to receive the light source,

configured to support, without additional cooperating structure, a light source in a desired orientation to the imaging lens,

laterally displaced from the imaging lens, and

is configured to retain, without additional cooperating structure, the light source in the desired orientation to the imaging lens.

12. The imaging lens unit of claim 11, wherein the imaging lens includes an optical axis and wherein the light source support extends from the body portion in a direction substantially parallel to and offset from the optical axis.

13. The imaging lens unit of claim 11, wherein the light source support is substantially columnar in shape.

14. The imaging lens unit of claim 13, wherein the light source support has a cavity formed therein, and wherein the light source support further comprises a plurality of locating ridges disposed about the periphery of the cavity configured to position the light source into a predetermined position.

15. The imaging lens unit of claim 13, wherein the light source support has a cavity formed therein, and wherein the light source support further has lengthwise opening along a substantial part of the light source support length, the lengthwise opening being sized to prevent passage of the light source therethrough.

16. The imaging lens unit of claim 11, further comprising at least one integral locating extension for positioning the imaging lens with respect to an image sensor.

17. The imaging lens unit of claim 16, wherein the imaging lens includes an optical axis and wherein the at least one integral locating extension is configured to position the imaging lens a designated distance from the image sensor along the optical axis.

18. The imaging lens unit of claim 11, wherein the light source support comprises an integral collection lens.

19. The imaging lens unit of claim 11, further comprising an integral light guide for directing light from the light source to a reflecting position, the reflecting position being situated such that a reflecting surface in the reflecting position will reflect the directed light into the imaging lens.

20. The imaging lens unit of claim 11, wherein the imaging lens unit is molded from one of polycarbonate, polystyrene, acrylic, cyclic olefin copolymer, SAN styrene blend and NAS styrene blend.

21. The imaging lens unit of claim 11, wherein the imaging lens includes an optical axis and wherein the light source support comprises a cavity formed in the body portion, the cavity extending in a direction substantially perpendicular to the optical axis.

22. The imaging lens unit of claim 11, wherein the imaging lens includes an optical axis and wherein the light source support comprises a cavity formed in the body portion, the cavity extending in a direction that is at an angle to the optical axis, the angle being approximately 60°.

23. A computer mouse, comprising:

a housing having

a housing base, the housing base having a lower surface configured for contact with and to move across a supporting surface, the lower surface having an imaging region through which light may be transmitted and received, and

an upper housing coupled to the housing base;

15

16

a light source contained within the housing;

an image sensor contained within the housing and positioned to receive light from the light source after the light has emanated from and then been reflected back through the imaging region; and

an imaging lens unit having

a body portion,

an imaging lens formed as an integral part of the body portion and positioned in an optical path between the image sensor and the imaging region, and

a light source support formed as an integral part of the body portion, wherein the light source support is configured to receive the light source,

configured to support, without additional cooperating structure, a light source in a desired orientation to the imaging lens,

laterally displaced from the imaging lens, and

configured to retain, without additional cooperating structure, the light source in the desired orientation to the imaging lens.

24. The computer mouse of claim 23, wherein the imaging lens includes an optical axis and wherein the light source support extends from the body portion in a direction substantially parallel to and offset from the optical axis.

25. The computer mouse of claim 23, wherein the light source support is configured to hold the light source in a substantially perpendicular orientation with respect to the lower surface.

26. The computer mouse of claim 23, wherein the light source support is substantially columnar in shape.

27. The computer mouse of claim 26, wherein the light source support has a cavity formed therein, and wherein the light source support further comprises a plurality of locating ridges disposed about the periphery of the cavity configured to position the light source into a predetermined position.

28. The computer mouse of claim 26, wherein the light source support has a cavity formed therein, and wherein the light source support further has lengthwise opening along a substantial part of the light source support length, the lengthwise opening being sized to prevent passage of the light source therethrough.

29. The computer mouse of claim 23, further comprising at least one integral locating extension for positioning the imaging lens with respect to the image sensor.

30. The computer mouse of claim 29, wherein the imaging lens includes an optical axis and wherein the at least one integral locating extension is configured to position the imaging lens a designated distance from the image sensor along the optical axis.

31. The computer mouse of claim 23, wherein the light source support comprises an integral collection lens.

32. The computer mouse of claim 23, wherein the imaging lens unit further includes an integral light guide for directing light from the light source through the imaging region to a reflecting position on the supporting surface, the reflecting position being situated such that a portion of the supporting surface in the reflecting position will reflect the directed light into the imaging lens.

33. The computer mouse of claim 32, further comprising an illumination window formed in the housing in a position visible to a mouse user when the lower surface is in contact with a supporting surface, and wherein the imaging lens unit further includes an integral light guide for transmitting a portion of the light from the light source to the illumination window.

34. The computer mouse of claim 23, wherein the imaging lens unit is molded from one of polycarbonate, polystyrene, acrylic, cyclic olefin copolymer, SAN styrene blend and NAS styrene blend.

35. The computer mouse of claim 23, further comprising a printed circuit board having a first face on which the imaging sensor is mounted and a second face opposite the first face, wherein the imaging lens confronts the first face, and wherein the light source support extends through the printed circuit board so as to extend beyond the second face.

36. The computer mouse of claim 35, wherein the imaging lens unit further includes at least one extension protruding in a direction substantially opposite to a direction from which the light source support extends from the body portion, the extension configured to cooperate with a corresponding extension on an inner surface of the housing base so as to locate the imaging lens in a desired spatial relationship with the imaging region.

37. The computer mouse of claim 23, wherein the light source support is configured to hold the light source in a substantially parallel orientation with respect to the lower surface.

38. The computer mouse of claim 23, wherein the light source support is configured to hold the light source at an angle of approximately 30° with respect to the lower surface.

*    *    *    *    *

US006531692B1

(12) **United States Patent**
   Adan et al.

(10) **Patent No.:**     **US 6,531,692 B1**
(45) **Date of Patent:**     **Mar. 11, 2003**

(54) **OPTICAL COUPLING ASSEMBLY FOR IMAGE SENSING OPERATOR INPUT DEVICE**

(75) Inventors: **Manolito E. Adan**, Woodinville, WA (US); **Mark W. Casebolt**, Seattle, WA (US); **Erik G. von Fuchs**, Duvall, WA (US); **Suresh Venkat**, Woodinville, WA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/273,899**

(22) Filed:    **Mar. 22, 1999**

(51) Int. Cl.[7] ............................ **H01J 40/14**; G02B 6/06; G09G 5/00

(52) U.S. Cl. ................. **250/221**; 250/551; 250/227.24; 345/157

(58) Field of Search ............................... 250/221, 222.1, 250/208.1, 551, 227.11, 227.24; 345/156, 157, 163, 164, 165, 166

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,364,035 A | 12/1982 | Kirsch | 340/710 |
| 4,390,873 A | 6/1983 | Kirsch | 340/710 |
| D281,776 S | 12/1985 | Griffin | D21/48 |
| 4,578,674 A | 3/1986 | Baker et al. | 340/710 |
| 4,647,771 A | 3/1987 | Kato | 250/237 R |
| 4,682,159 A | 7/1987 | Davison | 340/709 |
| 4,712,101 A | 12/1987 | Culver | 340/710 |
| 4,736,191 A | 4/1988 | Matzke et al. | 340/365 |
| 4,751,505 A | 6/1988 | Williams et al. | 340/710 |
| 4,786,763 A | 11/1988 | Langewis et al. | 200/6 |
| 4,799,055 A | 1/1989 | Nestler et al. | 340/710 |
| 4,804,949 A | 2/1989 | Faulkerson | 340/710 |
| D302,010 S | 7/1989 | McLaughlin et al. | D14/114 |
| 4,856,785 A | 8/1989 | Lantz et al. | 273/148 |

| | | | |
|---|---|---|---|
| 4,857,903 A | 8/1989 | Zalenski | 340/710 |
| 4,906,843 A | 3/1990 | Jones et al. | 250/221 |
| 4,922,236 A | 5/1990 | Heady | 340/710 |
| 4,949,080 A | 8/1990 | Mikan | 340/711 |
| D315,896 S | 4/1991 | Brown | D14/100 |
| 5,045,843 A | 9/1991 | Hansen | 340/709 |
| 5,142,506 A | 8/1992 | Edwards | 367/127 |
| 5,274,361 A | 12/1993 | Snow | 345/166 |
| 5,296,838 A | 3/1994 | Suzuki | 345/157 |
| 5,347,275 A | 9/1994 | Lau | 341/20 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 403 782 | 12/1990 |
| EP | 0 609 819 A1 | 8/1994 |
| GB | 2 272 763 A | 11/1993 |
| WO | WO/94/10652 | 5/1993 |
| WO | WO/97/29477 | 2/1997 |

*Primary Examiner*—Kevin Pyo
(74) *Attorney, Agent, or Firm*—Joseph R. Kelly; Westman, Champlin & Kelly, P.A.

(57)    **ABSTRACT**

An emitter lens is provided between the radiation source and the work surface to be illuminated. The emitter lens collects radiation and reshapes the illumination pattern to increase intensity and uniformity. The radiation source and emitter lens have associated housings which act to properly orient and align the emitter lens and radiation source. The emitter lens also acts to space the radiation source from an aperture in a housing of the computer input device to provide protection against damage due to electrostatic discharge (ESD). An imaging lens is provided between the work surface and the image sensor to focus light reflected from the work surface onto the image sensor. An imaging lens housing or holder is provided to properly orient and align the imaging lens with the image sensor. The imaging lens housing provides an apron which increases ESD discharge path length. The imaging lens housing also provides bias members and a lens/sensor interface which act to accurately locate the imaging lens closely proximate the image sensor.

**47 Claims, 12 Drawing Sheets**



**US 6,531,692 B1**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,349,371 A | 9/1994 | Fong | 345/166 |
| 5,367,315 A | 11/1994 | Pan | 345/156 |
| 5,440,144 A | 8/1995 | Raffel et al. | 250/574 |
| 5,463,387 A | 10/1995 | Kato | 341/31 |
| 5,471,542 A | 11/1995 | Ragland | 382/128 |
| 5,517,211 A | 5/1996 | Kwang-Chien | 345/166 |
| 5,525,764 A | 6/1996 | Junkins et al. | 178/18 |
| 5,532,476 A | 7/1996 | Mikan | 250/221 |
| 5,557,440 A | 9/1996 | Hanson et al. | 359/161 |
| 5,558,329 A | 9/1996 | Liu | 273/148 B |
| 5,561,445 A | 10/1996 | Miwa et al. | 345/163 |
| 5,574,480 A | 11/1996 | Pranger et al. | 345/166 |
| 5,577,848 A | 11/1996 | Bowen | 400/472 |
| 5,617,312 A | 4/1997 | Iura et al. | 364/188 |
| 5,627,565 A | 5/1997 | Morishita et al. | 345/158 |
| 5,644,337 A | 7/1997 | Stacy | 345/167 |
| 5,680,157 A | 10/1997 | Bidiville et al. | 345/165 |
| 5,686,942 A | 11/1997 | Ball | 345/158 |
| 5,689,284 A | 11/1997 | Herget | 345/145 |
| 5,694,153 A | 12/1997 | Aoyagi et al. | 345/161 |
| 5,729,009 A | 3/1998 | Dandliker et al. | 250/208.2 |



*FIG._1*



*FIG._2A*



*FIG._2B*



*FIG._3*



*FIG._4A*



*FIG._4B*



*FIG._5*





*FIG._8A*



*FIG._8B*



FIG.--9

FIG.--10A



**FIG._10B**



FIG._10C

FIG._11



*FIG._12*



*FIG._13A*



*FIG._13B*



*FIG._14A*



*FIG._14B*



110

310

314    300

304    155

*FIG._15*



314    155    158    322

316

316

322

*FIG._16*



350    155    186    *FIG._17*

150

155

352

350    *FIG._18*

US 6,531,692 B1

**1**

## OPTICAL COUPLING ASSEMBLY FOR IMAGE SENSING OPERATOR INPUT DEVICE

### REFERENCE TO CO-PENDING APPLICATION

Reference is made to U.S. patent application Ser. No. 09/036,809, filed Mar. 9, 1998, entitled "OPERATOR INPUT DEVICE", now U.S. Pat. No. 6,172,354, issue Jan. 9, 2001 and Ser. No. 09/217,403, filed Dec. 21, 1998, entitled "IMAGE SENSING OPERATOR INPUT DEVICE" now U.S. Pat. No. 6,303,924, issue Oct. 16, 2001 both of which are assigned to the same assignee as the present application. Both applications are hereby fully incorporated by reference.

### INCORPORATION BY REFERENCE

The following U.S. patent is hereby fully incorporated by reference:

U.S. Pat. No. 5,581,094 issued to Hara et al., entitled "PHOTODETECTOR ARRAY COMPRISING PHOTO DETECTORS, AND OBJECT DETECTOR COMPRISING THE PHOTO DETECTOR ARRAY AND AN OBJECT DETECTING PROCEDURE", and assigned to Mitsubishi Electric Corporation.

### BACKGROUND OF THE INVENTION

The present invention relates to an input device for a computer system. More specifically, the present invention relates to an optical coupling assembly for an input device which provides position information to the computer system based on movement of the input device.

A traditional computer input device, such as a mouse, includes a housing with a ball mounted in the housing. The ball is either configured in a traditional manner in which, in the normal work position, the ball engages a work surface and rotates in response to the user's movement of the mouse across the work surface. The ball may also be provided as a track ball, which is rotated by digital manipulation from the user. In either case, position encoders are used to detect rotation of the ball in the mouse, and to provide position information indicative of that rotation to the computer. In many instances, the position information is used to control movement of a visual image (such as a mouse cursor) on the display screen of the computer.

Also, in one prior device, a computer input device is configured with the track ball arrangement described above. The track ball is preprinted with a uniform predetermined or predefined image. A charge coupled device is used to detect the image on the track ball and detect movement of the image. Movement of the predefined image is used to provide position information to the computer.

However, the prior computer mouse which uses the charge coupled device configuration has a number of significant disadvantages. First, the reaction time of charge coupled devices is quite slow. In addition, processing an image signal from a charge coupled device is computationally intensive and takes a relatively large, and expensive processor. Also, charge coupled devices are highly sensitive to saturation. In other words, if the ambient light conditions are variable, charge coupled devices do not perform well. In addition, if an extraneous light source, such as a relatively bright light, is directed toward the image producing surface, the charge coupled devices can easily become saturated and their performance then quickly degrades.

Further, another prior computer mouse commercially available from Mouse Systems of California included a

**2**

mouse with an LED which was used in conjunction with a mouse pad having a predetermined, uniform pattern thereon. The pattern was formed by a uniform grid of blue and red lines. The emissions from the LED was reflected off of the mouse pad to a detector which provided an analog output signal. The signal was in the form of a waveshape with peaks corresponding to the different colored grid lines. From this waveform, the lines were counted and interpolated to obtain position information. Such a mouse system requires a mouse pad with a special uniform pattern implemented thereon.

In the two co-pending patent applications referenced above, an image sensor (such as an imaging array) is used in one illustrative embodiment to detect movement of the computer input device over a work surface. The imaging array can be thought of as taking a picture of the work surface, and analyzing the picture for a pattern or for surface texture or color markings. After waiting an appropriate time, the array takes another picture of the surface and compares it with the previous picture. By finding areas of the two pictures which are the same (or similar), a direction, distance, and/or rotation vector can be determined.

In order for the image sensor to take the picture, a radiation source is used to impinge electromagnetic radiation on the work surface. Radiation reflected from the work surface is reflected back towards the image sensor which captures the image (or takes the picture).

### SUMMARY OF THE INVENTION

It has been found that many commercially available radiation sources, and in particular light emitting diodes (LEDs), suffer from common problems. The LEDs are typically fabricated with varying degrees of field of view and light uniformity. The field of view is controlled by a primary lens which is typically integrated with the LED housing. The uniformity is typically dependent on the quality of the silicon die and the placement of the die on the substrate material. The variation in field of view and uniformity can typically lead to a "donut" shaped image being projected on a surface which resides within a near field.

The present invention provides an optical coupling assembly in a computer input device between a radiation source and an image sensor.

An emitter lens is provided between the radiation source and the work surface to be illuminated. The emitter lens collects radiation and reshapes the illumination pattern to increase intensity and uniformity. The radiation source and emitter lens have associated housings which act to properly orient and align the emitter lens and radiation source. The emitter lens also acts to space the radiation source from an aperture in a housing of the computer input device to provide protection against damage due to electrostatic discharge (ESD).

An imaging lens is provided between the work surface and the image sensor to focus light reflected from the work surface onto the image sensor. An imaging lens housing or holder is provided to properly orient and align the imaging lens with the image sensor. The imaging lens housing provides an apron which increases ESD discharge path length. The imaging lens housing also provides bias members and a lens/sensor interface which act to accurately locate the imaging lens closely proximate the image sensor.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of an exemplary environment for implementing an input device in accordance with the present invention.

3

FIG. 2A is a functional block diagram of a computer and an input pointing device as used in one embodiment of the present invention.

FIG. 2B illustrates one example of a packet of information generated by an input pointing device for transmission to the computer.

FIG. 3 illustrates a computer input device, shown in partial sectional and partial block diagram form, in accordance with one embodiment of the present invention.

FIG. 4A illustrates one embodiment of a light pattern disposed on a work surface.

FIG. 4B illustrates an embodiment of a light pattern disposed on the work surface in accordance with one embodiment of the present invention.

FIG. 5 illustrates a collection and shaping emitter lens in accordance with one aspect of the present invention.

FIG. 6 is a side sectional view of a portion of a computer input device in accordance with one aspect of the present invention.

FIGS. 7A and 7B illustrate an LED housing in accordance with one feature of the present invention.

FIG. 7C is an exploded view illustrating an emitter lens housing, the emitter lens generally described with respect to FIG. 5 and the LED housing described with respect to FIGS. 7A and 7B.

FIGS. 8A and 8B illustrate an emitter lens housing, or tunnel, in accordance with one feature of the present invention.

FIG. 9 illustrates the emitter lens housed in the lens housing shown in FIGS. 7C, 8A and 8B.

FIGS. 10A and 10B illustrate the emitter lens, lens housing, LED and LED housing all assembled a computer input device in accordance with one aspect of the present invention.

FIG. 10C illustrates the assembly shown in FIG. 10A, with a printed circuit board assembled thereon.

FIG. 11 is a side sectional view of the portion of the computer input device shown in FIG. 6, with an image sensing circuit assembled thereon.

FIG. 12 is an enlarged side view of one illustrative embodiment of an image sensor which can be utilized with the present invention.

FIGS. 13A and 13B illustrate an imaging lens holder in accordance with one feature of the present invention.

FIGS. 14A and 14B illustrate the imaging lens holder shown in FIGS. 13A and 13B.

FIG. 15 is a cross-sectional view of the imaging lens holder and imaging lens taken along section lines 15—15 in FIG. 14A.

FIG. 16 is a larger cross-sectional view of the imaging lens holder illustrating its relationship with respect to the printed circuit board which holds the image sensor in accordance with one aspect of the present invention.

FIG. 17 is an enlarged view of an alternate embodiment of an imaging lens holder in accordance with one aspect of the present invention.

FIG. 18 is an enlarged view of another embodiment of an imaging lens holder in accordance with one aspect of the present invention.

DETAILED DESCRIPTION OF THE
ILLUSTRATIVE EMBODIMENTS

The present invention provides a user input device for generating position information and providing that informa-

4

tion to a computer system. The position information is generated based on detected movement of the user input device, or a portion thereof. The movement is detected by identifying a pattern or image on a surface movable relative to the user input device and monitoring relative movement of the pattern. An optical coupling is provided between a source of radiation for illuminating the surface and a detector detecting the pattern or image. The optical coupling provides one or more advantages, such as increasing uniformity of illumination, effectively amplifying the radiation to increase illumination of the surface, providing increased electrostatic discharge (ESD) protection, and/or providing ease of manufacturing.

While a portion of the present description proceeds with reference to a mouse-type pointing device, it will be appreciated that the present invention can be implemented in any type of computer input device which generates a signal based on detected movement of one surface relative to another. For example, the present invention can be used to detect movement of a trackball, and to detect switch depressions, wheel rotations and mouse movements, to name a few.

Overview

FIG. 1 and the related discussion are intended to provide a brief, general description of a suitable computing environment in which the invention may be implemented. Although not required, portions of the specification will be described, at least in part, in the general context of computer-executable instructions, such as program modules, being executed by a personal computer or other computing device. Generally, program modules include routine programs, objects, components, data structures, etc. that perform particular tasks or implement particular abstract data types. Moreover, those skilled in the art will appreciate that the invention may be practiced with other computer system configurations, including hand-held devices, multiprocessor systems, microprocessor-based or programmable consumer electronics, network PCs, minicomputers, mainframe computers, game consoles and the like. The invention is also applicable in distributed computing environments where tasks are performed by remote processing devices that are linked through a communications network. In a distributed computing environment, program modules may be located in both local and remote memory storage devices. The computer input device of the present invention may be useful in all such environments.

With reference to FIG. 1, an exemplary environment for the invention includes a general purpose computing device in the form of a conventional personal computer 20, including processing unit 21, a system memory 22, and a system bus 23 that couples various system components including the system memory to the processing unit 21. The system bus 23 may be any of several types of bus structures including, for instance, a memory bus or memory controller, a peripheral bus, and a local bus using any of a variety of bus architectures. The system memory includes read only memory (ROM) 24 and random access memory (RAM) 25. A basic input/output 26 (BIOS), containing the basic routine that helps to transfer information between elements within the personal computer 20, such as during start-up, is stored in ROM 24. The personal computer 20 further includes a hard disk drive 27 for reading from and writing to a hard disk (not shown), a magnetic disk drive 28 for reading from or writing to removable magnetic disk 29, and an optical disk drive 30 for reading from or writing to a removable optical disk 31 such as a CD ROM or other optical media. The hard

5

disk drive 27, magnetic disk drive 28, and optical disk drive 30 are connected to the system bus 23 by a hard disk drive interface 32, magnetic disk drive interface 33, and an optical drive interface 34, respectively. The drives and the associated computer-readable media provide nonvolatile storage of computer readable instructions, data structures, program modules and other data for the personal computer 20.

Although the exemplary environment described herein employs a hard disk, a removable magnetic disk 29 and a removable optical disk 31, it should be appreciated by those skilled in the art that other types of computer readable media which can store data that is accessible by a computer, such as magnetic cassettes, flash memory cards, digital video disks, Bernoulli cartridges, random access memories (RAMs), read only memory (ROM), and the like, may also be used in the exemplary operating environment.

A number of program modules may be stored on the hard disk, magnetic disk 29, optical disk 31, ROM 24 or RAM 25, including an operating system 35, one or more application programs 36, other program modules 37, and program data 38. A user may enter commands and information into the personal computer 20 through input devices such as a keyboard 40 and pointing device (or mouse) 42. Other input devices (not shown) may include a microphone, joystick, game pad, satellite dish, scanner, trackball or the like. These and other input devices are often connected to the processing unit 21 through a serial port interface 46 that is coupled to the system bus 23, but may be connected by other interfaces, such as a sound card, a parallel port, a game port or a universal serial bus (USB). A monitor 47 or other type of display device is also connected to the system bus 23 via an interface, such as a video adapter 48. In addition to the monitor 47, personal computers may typically include other peripheral output devices such as speakers and printers (not shown).

The personal computer 20 may operate in a networked environment using logic connections to one or more remote computers, such as a remote computer 49. The remote computer 49 may be another personal computer, a server, a router, a network PC, a peer device or other network node, and typically includes many or all of the elements described above relative to the personal computer 20, although only a memory storage device 50 has been illustrated in FIG. 1. The logic connections depicted in FIG. 1 include a local area network (LAN) 51 and a wide area network (WAN) 52. Such networking environments are commonplace in offices, enterprise-wide computer network intranets and the Internet.

When used in a LAN networking environment, the personal computer 20 is connected to the local area network 51 through a network interface or adapter 53. When used in a WAN networking environment, the personal computer 20 typically includes a modem 54 or other means for establishing communications over the wide area network 52, such as the Internet. The modem 54, which may be internal or external, is connected to the system bus 23 via the serial port interface 46. In a network environment, program modules depicted relative to the personal computer 20, or portions thereof, may be stored in the remote memory storage devices. It will be appreciated that the network connections shown are exemplary and other means of establishing a communications link between the computers may be used.

For a better understanding of the present invention, a brief discussion of mouse message processing is now provided. For clarity, the present discussion proceeds with respect to the computer input device being implemented as a mouse and processing of a mouse message having a specific packet

6

and structure. Of course, as discussed above, other types of computer input devices are contemplated, as are other types and structures of messages, packets, etc. FIG. 2A is a functional block diagram of computer 20 used with input device 42 in accordance with one embodiment of the present invention. Mouse 42 illustratively has right and left buttons and a depressible, rotatable wheel 103 there between. However, the mouse 42 may have more actuators (such as thumb actuation buttons or more finger actuation buttons) or fewer actuators (such as only a single button or two buttons) or different types of actuators (such as triggers, rollers, etc.), or any combination. The block diagram of computer 20 shown in FIG. 2A includes a number of the items discussed with respect to FIG. 1, and those items are similarly numbered. However, the block diagram in FIG. 2A also shows a number of components in greater detail which are used in processing a mouse message. Computer 20 includes mouse driver 60, message hook procedure 62, and focus application 64. To better understand the operation of input device 42 in computer system 20 shown in FIG. 2A, the components of that system are discussed in connection with a data structure illustrated in FIG. 2B. Of course, it will be appreciated that rearrangement of the data portions within the data structure or different data portions can be used as well. For example, where different actuators are used, the data structure will change accordingly.

FIG. 2B illustrates a four-byte -mouse packet .66 in a row and column format with bytes 68, 70, 72, and 74 shown in rows and the individual bits of each byte shown in columns. Byte 68 is the first byte provided by input device 42, byte 70 is the second byte, byte 72 is the third byte, and byte 74 is the fourth byte. The columns of bits are organized with the least significant bits on the far right and the most significant bits on the far left. Thus, column 76 includes the least significant bits of each of the four bytes and column .78 includes the most significant bits of the four bytes.

Within mouse packet 66, first byte 68 includes left button bit 80, right button bit 82, and middle button bit 84. A one in the left button bit 80 indicates that the left button is depressed and a zero in left button bit 80 indicates the left button is not depressed. Similarly, a one in the right button bit 82 or middle button bit 84 indicates that the right button or the middle button, respectively, are depressed and a zero in either of these bits indicates that their respective button is not depressed.

Fourth bit 86 is set to a one.

Fifth bit 88 of byte 68 is the ninth bit of a 9-bit signed value that is completed by byte 70. The 9-bit value produced by the combination of bit 88 and byte 70 represents the direction and magnitude of movement of the mouse along the X-coordinate. Since the 9-bit value is in two's complement format, bit 88 indicates the direction of mouse movement such that if it has a value if zero, mouse movement is in a positive X direction and if it has a value of one, mouse movement is in the negative X direction.

Sixth bit 90 of first byte 68 is the ninth bit of a 9-bit signed value that is completed by byte 72. The combination of bit 90 and third byte 72 produces a value that indicates the magnitude and direction and movement of the mouse along the Y coordinate. Since this value is a two's complement signed value, bit 90 indicates the direction of movement along the Y coordinate such that if it has a value of one, the mouse movement is in a negative Y direction and if it has a value of zero, the mouse movement is in a positive Y direction.

Seventh bit 92 and eighth bit 94 of first byte 68 indicate whether the 9-bit values formed by bit 88 and byte 70 and

7

by bit 90 and byte 72, respectively, have incurred an overflow condition. This occurs when more than nine bits of movement have been detected by the mouse. In this condition, the respective 9-bit value should be set to its maximum magnitude for the direction of movement.

The least significant four bits 96, 98, 100 and 101 of fourth byte 74 represent the direction and magnitude of movement of wheel 103 (illustrated in FIG. 2A). The value represented by bits 96–101 is a signed value wherein a positive value indicates wheel motion toward the user and a negative value indicates wheel motion away from the user.

Bits 105 and 107 are the fifth and sixth bits of byte 74, respectively, and indicate closure of switches corresponding to the left and right buttons, respectively, of mouse 42. Thus, when bit 105 has a value of one, the switch associated with the left button is closed indicating that the corresponding mouse button has been depressed. Bit 107 reflects closure of the switch associated with right mouse button in a similar fashion.

Bits 109 and 111 of fourth byte 74 are reserved for later use and are set to zero. Those skilled in the art will recognize that mouse packet 66 illustrated in FIG. 2B and the serial interface 46 described below are used in PS/2 and serial mouse connections. For universal serial bus (USB) connections, the mouse information is sent to the mouse driver using publicly available USB protocols for mice.

In order to describe the processing of a conventional mouse message, reference is made to both FIGS. 2A and 2B. To initiate a mouse message, the user first manipulates mouse 42. Based on this manipulation, mouse 42 generates a mouse packet that is passed to serial interface 46 and which is indicative of the manipulation event. When serial interface 46 receives mouse packet 66, it converts the serial information in mouse packet 66 into a set of parallel packets and provides the parallel packets to mouse driver 60. Mouse driver 60 creates a mouse message based on the manipulation event. The creation of the mouse message is identical to the manner in which existing mice create mouse messages.

The mouse message is then transmitted to operating system 35. In one illustrative embodiment, operating system 35 is a "WINDOWS NT®", a "WINDOWS 95®", or a "WINDOWS 98®", brand operating system (provided by Microsoft Corporation of Redmond, Washington). Of course, other operating systems can be used as well, such as OS/2 available from IBM Corporation of Armonk, N.Y. or UNIX. Operating system 35 includes a mouse message hook list that identifies a series of mouse message hook procedures 62. When operating system 35 receives the mouse message from mouse driver 60, it examines the mouse message hook list to determine if any mouse message hook procedures have registered themselves with operating system 35. If at least one mouse message hook procedure has registered itself with operating system 35, operating system 35 passes the mouse message to the registered mouse message hook procedure 62 that appears first on the list.

The called mouse message hook executes and returns a value to operating system 35 that instructs the operating system to pass the mouse message to the next registered mouse message hook.

The mouse message may, for example, represent a command to an application which owns the window currently under focus in computer 20. In that instance, the message hook procedure 62 issues the command to the focus window application. In response, the focus window application 64 performs the desired function.

After the message hook procedure 62 issues the command to the focus application 64, the message hook procedure 62

8

consumes the mouse message by removing the message from the message chain. This is accomplished by returning a value to operating system 35 which indicates to the operating system that it should not pass the mouse message to any other message hook procedures.

FIG. 3 is a more detailed diagram, in partial block form and partial schematic, form, illustrating a computer input device, such as mouse 42, in accordance with one embodiment of the present invention. Mouse 42 includes housing 102, electromagnetic radiation source (which may simply be a light source such as an LED) 104, aperture 106 defined in the bottom of housing 102, optical coupler 107, optical coupler 108, image or pattern detector 110, controller 112, and current driver 114. In FIG. 3, mouse 42 is shown supported relative to work surface 116. Pattern detector 110 can be any suitable detector which is capable of detecting images or patterns from information carried by electromagnetic radiation impinging thereon and providing a signal indicative of such patterns or images, and may be an artificial retina pattern detector as described in greater detail below, for example.

Light source 104 can be any suitable source of electromagnetic radiation which can be used to provide radiation for impingement on a pattern or image and which can then be detected by pattern detector 110. In one illustrative embodiment, light source 104 includes LED 118 and integral lens 120. Source 104 could also be a surface mounted LED, or low grade lasers (with a wavelength in the nanometer range), for example.

Radiation emitted from LED 118 is transmitted through integral lens 120 (which is illustratively a dome shaped clear optical piece of material such as glass or plastic integral with the casing of LED 118) such that it impinges on optical coupler 107. As is described in greater detail below, optical coupler 107 collects radiation emitted by LED 118 and shapes transmitted radiation into a desired shape. The radiation exits optical coupler 107 and passes through aperture 106 in housing 102 and impinges upon work surface 116 which can optionally have no predetermined pattern thereon, or a predetermined pattern or image thereon. The light then reflects off of work surface 116 toward optical coupler 108.

Optical coupler 108 illustratively includes a lens which collects the radiation reflected from surface 116 and directs it to image detector (e.g., artificial retina) 110. It should be noted that the lens in optical coupler 108 can be eliminated with the addition of lenses on either LED 118, image detector 110, or both. Similarly, the lens in optical coupler 108 can simply be eliminated if the radiation is detectable by the detector, such that the image or pattern can be detected, without a lens.

Image detector 110 generates an image signal indicative of an image or pattern on work surface 116 based on the radiation reflected from work surface 116. The image signal is provided to controller 112 which, in one illustrative embodiment, computes position information based on the image signal. The position information indicates movement of mouse 42 relative to work surface 116, as is described in more detail in the above-identified patent applications which are hereby fully incorporated by reference. Position information is provided by controller 112 in the form of an information packet, through an output such as a cable (not shown), to computer 20 illustrated in FIGS. 1 and 2A. Mouse 42 may also provide the output from controller 112 through a wireless transmission link such as infrared, ultrasonic, or radiofrequency links. In an illustrative embodiment, the position information provided by control-

9

ler 112 is provided according to a conventional format, such as through a serial interface, a universal serial bus (USB) interface, or in any other interface format.

Image detector 110, in one illustrative embodiment, is an artificial retina manufactured by Mitsubishi Electric Corporation and includes a two-dimensional array of variable sensitivity photo detectors (VSPDs) which operates in a known manner. Briefly, the VSPDs are formed by a side-by-side pair of diodes integrated onto and separated by a semi-insulated GaAs layer (pn-np structure). In one embodiment, the array is a 32×32 element array, but could be larger or smaller as desired. The photo detector current depends, both in sign and magnitude, on applied voltage. Such VSPDs exhibit an analog memory affect which stores conductivity information when a voltage is applied in the presence of an optical write pulse. This information is retrieved by injecting an optical readout pulse.

Image processing in such devices is based on optical matrix-vector multiplication. An input image is projected onto the device as a weight matrix. All VSPDs have one electrode connected along rows, yielding a sensitivity control vector. Thus, the VSPD sensitivity can be set to arbitrary values in each row within a certain range. In addition, the remaining VSPD electrode is connected along columns, yielding an output current vector defined by the matrix vector product of the weight matrix times the sensitivity control vector.

In an illustrative embodiment, image detector 110 is controlled to perform edge extraction operations. The sensitivities of two adjacent detector rows are set to +1 and −1, respectively, whereas all other sensitivities are set at 0. In this embodiment, the output current is proportional to the difference in light intensities of the two active rows. By shifting the control voltage pattern in a cyclical manner (0, +1, −1, 0, 0, etc.), the horizontal edges of the input image are sensed. Thus, the system operates in a time sequential and semi-parallel mode.

In one illustrative embodiment, mouse 42 also includes current driver 114 which is coupled to source 104. In that embodiment, controller 112 can be configured to intermittently sense the intensity of the radiation generated by source 104 and adjust the current provided to source 104 through current driver 114. In other words, if the sensed intensity is lower than a desired range, controller 112 provides a feedback signal to current driver 114 to boost the current provided to source 104 in order to increase the intensity of the electromagnetic radiation emanating from source 104. If, on the other hand, the intensity of the radiation is higher than a desired range, controller 112 provides the feedback signal to current driver 114 to reduce the current provided to source 104 to thereby reduce the intensity of the radiation emitted from source 104. This may be done, for example, to reduce the overall power consumption of mouse 42.

One precise way in which controller 112 receives the image signal from image detector 110 and processes the image signal to generate position information is set out in the co-pending patent applications mentioned above. Therefore, that processing is not described in any greater detail here.

OPTICAL COUPLING ASSEMBLY

In one illustrative embodiment, image detector 110 is configured to detect microscopic surface roughness or color variation on work surface 116. In detecting the surface roughness information can be generated as mouse 42 is moved over substantially any surface. In detecting the surface roughness

10

or color, image detector 110 and controller 112 are configured to look for shadows which show up as dark spots in the optical field of view through aperture 116. In order to create shadows based on the surface roughness, radiation source 104 is disposed at an angle α relative to generally planar surface 116. In one illustrative embodiment, α is approximately 20 degrees. However, α could be disposed at substantially any angle between 0 degrees and 90 degrees, so long as image detector 110 and controller 112 can detect the surface roughness.

In any case, a number of problems can exist with current, commercially available, LEDs. For example, typical LEDs provide radiation in a "donut" shape such that a relatively narrow, generally circular, band of higher intensity radiation is emitted. The band is concentrically surrounded by an inner region of lower radiation and an outer region of lower radiation which dissipates with radial distance from the radial center of the band. Because image detector 110 and controller 112 are looking for dark spots, or shadows, it is important that the radiation illuminate the field of view on surface 116 uniformly such that shadows or dark spots can be accurately detected and such that movement of those shadows or dark spots can be accurately followed.

Another problem associated with conventional LEDs is that they typically require a higher drive current in order to achieve higher intensity. In accordance with one illustrative embodiment of the present invention, as the intensity of the radiation illuminating the field of view on surface 116 increases, image detection or pattern detection can be accomplished more accurately by image detector 110 and controller 112. Therefore, it can be desirable to have a higher intensity radiation impinging on surface 116 from source 104. Of course, when higher intensity radiation requires higher drive current, this can increase heat dissipation in source 104 and shorten the useful life of source 104. Similarly, increased drive current also increases the overall power consumption of mouse 42.

In addition, commercially available devices, such as computer input devices, must meet certain safety specifications relating to light intensity. For example, the smaller the light source, the closer the eye can be permitted to come and still meet the eye safety specification. Meeting this specification also renders it more difficult to attain surface illumination of the desired intensity.

Also, conventional LEDs are provided with bare metal wires, leads, or similar-type conductors over which the LED receives power. Commercial computer input devices must also meet an electrostatic discharge (ESD) specification. Briefly, that specification provides that, from an opening in a housing of the device, any electrostatic discharge path must exceed a minimum threshold distance or have other ESD dissipation or clamping circuitry disposed thereon. For instance, in one specification, the ESD discharge path between an opening in the housing and any exposed leads in the housing must exceed approximately 25 mm.

Further, as discussed above, source 104 is illustratively provided at an angle relative to work surface 116. However, this results in an oblong radiation pattern, such as radiation pattern 130 illustrated in FIG. 4A. Oblong pattern 130 is generated by emitted radiation impinging on surface 116 in the direction generally indicated by arrows 132. Assuming the field of view being viewed by image detector 110 is designated by numeral 134, it can be advantageous to reshape the illumination pattern 130 by pulling in the oblong ends of pattern 130 in the direction generally indicated by arrows 136. Similarly, it can be advantageous to extend the

11

generally central portion of illumination pattern 130 in the direction generally indicated by arrows 138. Reshaping illumination pattern 130 in this way results in illumination pattern 140 generally illustrated in FIG. 4B. It can be seen that by redirecting radiation to accomplish pattern 140, the intensity in the area of field of view 134 increases, as does the uniformity of the illumination. Also, it may be desirable for the pattern of illumination to be another shape, such as generally square, rectangular, etc. The present invention can be utilized to accomplish this as well.

In order to address a number of the disadvantages associated with conventional LEDs, as discussed above, one embodiment of the present invention provides optical coupler 107 as generally illustrated in FIG. 5. In the embodiment illustrated in FIG. 5, optical coupler 107 has an inlet end 142 and an outlet end 144, and a radiation coupling portion 146 extending therebetween. In an illustrative embodiment, inlet end 142 is generally convex such that it acts to collect radiation emitted by source 104. Inlet end 142 is also illustratively disposed in close proximity, or adjacent, source 104. In the embodiment illustrated in FIGS. 3 and 5, inlet end 142 is located very closely adjacent lens 120 on LED 104.

Light conducting portion 146 acts to conduct the collected light which enters through inlet end 142 axially along lens 107 to outlet end 144. Outlet end 144, in one illustrative embodiment, has a generally concave shape which acts to reshape the illumination pattern which impinges on surface 116, so that the pattern is more circular (such as that shown in FIG. 4B).

Therefore, optical coupler 107 addresses a number of the disadvantages associated with conventional LEDs. First, optical coupler 107 has inlet end 142 which acts to collect radiation emitted by source 104. This tends to increase the intensity of radiation emitted at the outlet end 144 of coupler 107. In addition, the outlet end 144 is configured to reshape the illumination pattern which impinges on surface 116. This increases the intensity and uniformity of the radiation impinging on the field of view area 134 which is viewed by image detector 110. Similarly, the central portion 146 of optical coupler 107 has a length which is sufficient to remove radiation source 104 from aperture 106 by an amount which reduces the likelihood that electrostatic discharge will reach any exposed leads or wires within housing 102. In one illustrative embodiment, the optical coupler 107 has an axial length which is sufficient such that exposed wires powering source 104 are removed from aperture 106 by in excess of about 25 mm.

It can thus be appreciated that, in order to provide repeatability and accuracy in manufacturing mouse 42, and in order to ensure that inlet end 142 of optical coupler 107 receives and collects the desired amount of radiation, and outlet end 144 directs that radiation to an appropriate spot on surface 116, it is important that optical coupler 107 and source 104 be well aligned with one another. Similarly, it is important that outlet end 144 be well aligned with aperture 106. In addition, many conventional LEDs have emission patterns which are rotationally variable (e.g., the pattern changes slightly with rotation about a longitudinal axis of the LED). In one embodiment, optical coupler 107 is also rotationally sensitive. Therefore, not only is it important that optical coupler 107 and source 104 be appropriately axially aligned with one another, it can also be important that optical coupler 107 and source 104 be rotationally oriented properly relative to one another.

FIG. 6 is a side sectional view of a portion of mouse 42 in accordance with one illustrative embodiment of the

12

present invention. FIG. 6 illustrates that mouse 42 has a lower housing 150 which defines aperture 106 therein. FIG. 6 also illustrates optical coupler 107 coupled closely adjacent source 104 (which in the embodiment illustrated in FIG. 6 is an LED). In order to accomplish alignment between optical coupler 107 and LED 104, bottom wall 150 is provided with a receiving region, or ramp 152. As is described in greater detail later in the specification, ramp 152 includes a generally inclined tunnel for receiving the outlet end 144 of optical coupler 107. In addition, in order to further accomplish alignment, mouse 42 includes an LED support housing 154. Support housing 154 is described in greater detail below, and receives LED 104. Housing 154 also includes locator posts, one of which is designated by numeral 156. Locator posts 156 are disposed within corresponding apertures in a circuit board 158. When posts 156 are seated within the apertures in circuit board 158, housing 154 is disposed at an angle relative to work surface 116 which is generally similar to that at which optical coupler 107 is disposed. In addition, housing 154 locates the emission end of LED 104 closely adjacent the inlet end 142 of optical coupler 107.

Light is emitted from LED 104 and collected and transmitted to aperture 106 by optical coupler 107. The light is then reflected upwardly through an imaging lens 155 held by a lens holder 157, through an opening 206 in printed circuit board 158, and impinges upon image detector 110, which in the embodiment illustrated in FIG. 6, is an integrated circuit device. Opening 206 is sized to allow image detector 110 to be mounted thereover, and to have its sensitive detector array aligned with lens 155. The optical coupling assembly used to transmit reflected radiation, reflected from work surface 116, to image detector 110, is discussed later in the specification with respect to FIGS. 10C–18.

FIGS. 7A and 7B better illustrate LED housing 154. FIG. 7A is a side view of LED housing 154 and FIG. 7B is a rear view, taken from a rear side 160 of LED housing 154. FIG. 7A illustrates that LED housing 154 actually has a plurality of locator posts 156 which are offset, in one illustrative embodiment, in a direction from front to rear along housing 154. FIG. 7A also illustrates that a tunnel or aperture, shown in phantom and illustrated by numeral 161, extends through housing 154 from rear end 160 to forward end 162 thereof. FIG. 7A also illustrates that a pair of notches or steps 164 are provided on either side of opening 161 on front end 162 of housing 154.

FIG. 7B illustrates that, in one illustrative embodiment, locator posts 156 are not only offset front to back, but are offset from side to side on housing 154. FIG. 7B further illustrates that, in one illustrative embodiment, opening 161 is defined by an inner periphery of housing 154 having a flattened side 166. Flattened side 166 is configured to mate with a commercially available LED which has a flattened side thereof. In this way, during assembly, the LEDs will always be placed in a similar rotational orientation within housing 154.

FIG. 7C is an exploded view illustrating the assembly and alignment of optical coupler 107 and LED housing 154. FIG. 7C illustrates that optical coupler 107, in one illustrative embodiment, includes a top flange 168 and a pair of side flanges 170 and 172. Flanges 168–172 are illustratively integrally formed with optical coupler 107. However, they could also be formed as discrete pieces connected thereto.

In any case, optical coupler 1.07 is inserted within tunnel 152 in the housing 150 of mouse 42. Tunnel portion 152 includes an interior cavity 174 for receiving the outlet end

13

144 of optical coupler 107. Optical coupler 107 slides within cavity 174 until the forward ends of flanges 168–172 abut the wall 176 defining cavity 174. Flanges 168–172 thus preclude further advancement of optical coupler 107 within cavity 174. In this way, optical coupler 107 is disposed at the desired downward angle (e.g., approximately 20 degrees) toward aperture 106. Housing 154 is then located on printed circuit board 158 with locator pins 156. Once they are located, steps or notches 164 rest on, and exert a slightly downward pressure on, the rearward ends of flanges 170 and 172. The forward end of housing 154, just below notches 164, also nests against the rearward surface of flanges 170 and 172 to keep optical coupler 107 from moving rearwardly, out of cavity 174.

FIGS. 8A and 8B are isometric views which better illustrate the portion of housing 150 of mouse 42 which forms ramp portion 152. FIGS. 8A and 8B illustrate that wall 176 includes a ramp section 178 which has a generally convex portion 180 and a pair of standoff portions 182 and 184. The upper portion of wall 176 abuts the forward end of flange 168 on optical coupler 107, while the side flanges 170 and 172 on optical coupler 107 ride along standoff portions 182 and 184. In this way, ramp portion 152 of housing 150 ensures that optical coupler 107 is properly oriented within cavity 174.

It can also be important that light emitted by LED 104 not be generally free to radiate throughout the housing which defines the interior of mouse 42. Therefore, FIGS. 8A and 8B illustrate that ramp portion 152 is provided with an extending wall 186. Wall 186 extends above, and generally encloses, three sides of ramp portion 152. This helps to preclude emissions of radiation from LED 104 throughout the housing.

FIG. 9 is an enlarged view of optical coupler 107 seated within cavity 174. FIG. 9 better illustrates the forward ends of flanges 168, 170, and 172 in abutment with wall portion 176, and the lower portions of flanges 170 and 172 riding along ramp standoff portions 182 and 184.

FIGS. 10A–10C better illustrate optical coupler 107, LED 104, and LED housing 154. FIGS. 10A and 10B illustrate optical coupler 107, LED 104 and housing 154 coupled to one another in a lower housing portion of mouse 42, without printed circuit board 158 assembled therein. FIG. 10C illustrates the same assembly, except that circuit board 158 is provided within the housing. FIG. 10A better illustrates that notch 164 on LED housing 154 similarly rides on an upper surface of flange 170. It will be appreciated that an oppositely disposed notch 164, on an opposite side of housing 154 to that shown in FIG. 10A, rides on flange 172. FIG. 10A also better illustrates that the portion of housing 154 just below notch 164 rides on an axial end of flange 170, to preclude movement of optical coupling device 107 rearwardly, toward housing 154, and out of the cavity 174 in which it is disposed.

FIGS. 10A and 10B also illustrate that LED 104 is illustratively provided with a pair of power leads 190 and 192 which project generally rearwardly therefrom and extend downwardly within slots 194 and 196 in flange 198 which extends rearwardly from housing 154. In one illustrative embodiment, flange 198 is integrally formed with housing 154. It can thus be seen that optical coupler 107 provides a significant offset between aperture 106, in the lower housing of mouse 42 and the exposed leads 190 and 192 of LED 104.

FIGS. 10A and 10B also illustrate that, in one illustrative embodiment, the lower housing portion 150 of mouse 42 is

14

provided with a number of standoffs 200 and a plurality of clips 202. Printed circuit board 158 (illustrated in FIG. 10C) is supported by standoffs 200 and held in place by clips 202.

FIG. 11 is a side sectional view of a portion of mouse 42 similar to that shown in FIG. 6, and similar items are correspondingly numbered. FIG. 11 illustrates optical coupler 108 in some detail, as including imaging lens 155 and an ESD shield 300. Lens 155 is, in one illustrative embodiment, integrated with ESD shield 300 (which is shown in greater detail later in the specification with respect to FIGS. 13A–14B) using a conventional injection molding process in which ESD shield 300 is injection molded around lens 155. ESD shield 300 is illustratively formed of a commercially available polycarbonate material sold under the designation LEXAN 141. FIG. 11 also illustrates that ESD shield 300 extends in a first direction from lens 155 toward optical coupler 107 and in a second direction from lens 155 away from optical coupler 107. In the direction away from optical coupler 107, ESD shield 300 provides a channel 302 which receives a fence portion 304 which protrudes from the lower surface 150. This nesting arrangement effectively increases the electrostatic discharge path in that direction. In other words, an electrostatic discharge traveling through aperture 106, around lens 155, and in the direction away from optical coupler 107, must traverse fence 304 first in the upward direction, and then in the downward direction, and then further advance away from optical coupler 107 until it reaches the outward end of ESD shield 300 before it can contact any exposed leads.

FIG. 12 is a side view of one illustrative embodiment of image detector 110. In the embodiment illustrated in FIG. 12, image detector 110 includes an integrated circuit portion 304 having a sensitive area 306, and an aperture plate 308. In the embodiment illustrated in FIG. 12, aperture plate 308 has a depending portion 310 with an aperture therein for allowing radiation to pass therethrough and impinge on sensitive area 306.

FIGS. 13A and 13B are isometric views of ESD shield 300. FIGS. 13A and 13B illustrate that ESD shield 300 has an extending wall portion 312, a lens holding area 314, a plurality of projections 316 and a plurality of resilient bias members 318, each having a depending foot 320 thereon. FIGS. 13A and 13B also illustrate that ESD shield 300 has a transition portion 322 which transitions between wall 312 and lens holding are 314.

Feet 320 of resilient members 318 illustratively extend downwardly below the lower surface of ESD shield 300. Therefore, feet 320, in an unbiased position, elevate ESD shield 300 slightly off the lower surface 150 of mouse 42. However, resilient members 318 are formed substantially as cantilevered beams extending from a remainder of ESD shield 300 to provide resilience for biasing lens holding area 314 toward image detector 110, as is described in greater detail below.

FIGS. 14A and 14B are isometric views of ESD shield 300 assembled onto the lower housing portion 150 of mouse 42. FIGS. 14A and 14B illustrate that wall portion 312 generally defines an inner periphery which is larger than wall portion 186. Wall portion 312 is also, in one illustrative embodiment, taller than wall portion 186. Thus, wall portion 312 of ESD shield 300 provides additional ESD protection in the area of wall 186.

FIGS. 14A and 14B also illustrate that ESD shield 300 extends in all radial directions away from lens holding area 314. Therefore, when ESD shield 300 is formed, and imaging lens 155 is integrally molded within lens holding area

US 6,531,692 B1

15

314 through a well known injection molding process, printed circuit board 158 and all bare leads or conductors are mounted within the housing of mouse 42 above ESD shield 300. Aperture 106 in the bottom of the housing of mouse 42 is thus effectively separated from any bare leads or wires by an ESD path which is defined, at a minimum, by the outer periphery of ESD shield 300.

Not only does ESD shield 300 provide an ESD barrier, it also enhances alignment between lens 155 and image detector 110. FIG. 15 is a partial sectional view of an interface between an image detector 110 and ESD shield 300, taken along section lines 15—15 in FIG. 14A. FIG. 15 illustrates that lens holding area 314 is defined by a wall which has an inner periphery which is flared slightly outwardly. The inner periphery of lens holding area 314 is also sized to receive a portion of aperture plate 310 of image detector 110. When circuit board 158 is snapped into place within the housing of mouse 42, aperture plate 310 exerts a downward pressure on the wall defining lens holding area 314. The bias members 318 on the corners of ESD shield 300 provide an opposing bias force, which opposes the downward deflecting force imparted by the printed circuit board. This causes the wall defining area 314 to nest with, and become aligned with, aperture plate 310. This alignment action brings lens 155 into close proximity with aperture plate 310, and also operates to tightly align lens 155 with aperture plate 310.

FIG. 16 is a side sectional view of a portion of ESD shield 300 with printed circuit board 158 assembled thereover. FIG. 16 shows that, in one illustrative embodiment, there is a slight clearance between projections 316 on ESD shield 300 and the lower surface of printed circuit board 158. In this way, if either printed circuit board 158 or ESD shield 300 rotate or tilt in the direction indicated by arrows 322, only a small degree of such rotation will be accommodated. The bottom surface of printed circuit board 158 will then engage the upper surface of a corresponding projection 316. Such engagement precludes further rotation in that direction and enhances alignment between imaging lens 155 and image detector 110.

FIG. 17 illustrates an alternative embodiment for coupling lens 155 to the lower housing 150 of mouse 42. Rather than providing an ESD shield (such as shield 300 described above) integrally molded with, or integrally coupled to, lens 155, the embodiment illustrated in FIG. 7 simply shows that the bottom surface 150 of the housing of mouse 42 is provided with lens receiving block 350. Lens receiving block 350 has an opening therein sized to snugly receive the outer periphery of lens 155. Lens 155 is then simply adhered within the opening in block 350 using an optical grade adhesive, using a frictional fit, or using a mechanical clamp or other securing device. In that embodiment, since lens 155 is secured directly to the bottom housing of mouse 42, there can be no electrostatic discharge upwardly through the aperture. Therefore, ESD shield 300 can be eliminated.

FIG. 18 illustrates yet another alternative embodiment for securing lens 155 within mouse 42. In FIG. 18, block 350 is provided as shown in FIG. 17. However, rather than securing lens 155 within the opening in block 350 using adhesive, block 350 has an interior groove which receives an o-ring 352. O-ring 352, in one illustrative embodiment, is formed of a silicone or pliable rubber material. In that embodiment, lens 155 can be inserted within the opening and secured therein using a frictional fit, or a snap-type fit. Lens 155 and o-ring 352 thus effectively seal the opening from electrostatic discharge.

Other alternate embodiments are also contemplated. For example, optical coupler 107 can be split into two or more

16

pieces along its longitudinal axis. Further, inlet end 142 of optical coupler 107 can be secured to LED 104 using adhesive or a mechanical housing disposed about LED 104 and end 142. Outlet end 144 can be secured within cavity 174 using other means, other than LED housing 154. For example, outlet end 144 of optical coupler 107 can be adhered within cavity 174 or secured therein using a discrete mechanical clamp. Also, bias members 318 can be embodied as other devices, such as separate springs or spring members, and there can be more or fewer bias members 318 than are illustrated.

Again, while the above description has proceeded at some points with respect to a mouse, the present invention can be used with any type of computer input device in which movement is detected. For example, and as set out in the applications incorporated by reference, the present invention can be used with a trackball. In that case, the optical couplers 107 and/or 108 can be inserted between the radiation source and the trackball surface and between the trackball surface and the image sensor, respectively. A similar arrangement can be used to detect movement of substantially any surface relative to the image detector.

CONCLUSION

It can thus be seen that one illustrative embodiment of the present invention provides an optical coupling assembly on one or both of the radiation emission end and the radiation detection end of the computer input device. The optical coupling assemblies provide one or more advantages. For instance, the optical coupling assemblies serve to align the optical components thereof while maintaining ease of assembly. In addition, the optical coupling assemblies overcome a number of disadvantages associated with commercially -available light sources (such as LEDs). The optical coupling assemblies serve to increase intensity and uniformity of the surface being illuminated by the light source, while decreasing the required drive current. The optical assemblies also enhance ESD protection, and provide proper orientation of orientation sensitive parts.

It should also be noted that the particular prescription of any lens or lensing elements mentioned herein are determined using well known optical design techniques. Such prescriptions are typically dependent on the distances of the lens from light sources and surfaces to be illuminated, desired focal points, desired illumination patterns, sizes of the components involved, angles of impingement, desired intensity, etc.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

1. A coupling assembly in a computer input device having a first housing portion with an aperture therein, a radiation source, and an image detector, the radiation source emitting radiation through the aperture and the image detector receiving radiation reflected off of a work surface over which the computer input device is used, the coupling assembly comprising:

a source housing coupled to the radiation source;

a first optical coupler, having a longitudinal length and generally defining a substantially linear longitudinal axis, a collection end located proximate the radiation source and an emitting end emitting radiation collected by the collection end to form an illumination pattern on

US 6,531,692 B1

17

18

the work surface, the first optical coupler being disposed generally between the source housing and the aperture in the first housing portion; and

a first optical coupler housing supporting the first optical coupler therein such that its longitudinal axis is at an angle relative to the work surface between 0 and 90 degrees and supporting the first optical coupler to orient the first optical coupler at a predetermined, desired orientation about its longitudinal axis.

2. The coupling assembly of claim 1 wherein the first optical coupler comprises:

a shaping portion shaping the illumination pattern into a desired illumination pattern.

3. The coupling assembly of claim 2 wherein the first optical coupler housing is configured to support the first optical coupler such that radiation emitted by the emitting end thereof impinges on the work surface at an angle between 0 degrees and 90 degrees.

4. The coupling assembly of claim 3 wherein the shaping portion is configured to shape the illumination pattern to increase uniformity of radiation in the illumination pattern.

5. The coupling assembly of claim 4 wherein the shaping portion is configured to provide the desired illumination pattern as substantially circular.

6. The coupling assembly of claim 2 wherein the shaping portion is disposed at the emitting end of the first optical coupler.

7. The coupling assembly of claim 1 wherein the first optical coupler includes an elongate radiation conducting portion between the collection end and the emitting end.

8. The coupling assembly of claim 1 wherein the first housing has an exterior surface which defines the aperture and wherein the first optical coupler housing comprises:

a ramp sized to receive the first optical coupler thereon and to support the first optical coupler.

9. A coupling assembly in a computer input device having a first housing portion with an aperture therein, a radiation source, and an image detector, the radiation source emitting radiation through the aperture and the image detector receiving radiation reflected off of a work surface over which the computer input device is used, the coupling assembly comprising:

a source housing coupled to the radiation source;

a first optical coupler disposed generally between the source housing and the aperture in the first housing portion,

a first optical coupler housing supporting the first optical coupler,

wherein the first optical coupler comprises:

a collection end located proximate the radiation source, collecting radiation emitted by the radiation source,

an emitting end emitting radiation collected by the collection end to form an illumination pattern on the work surface,

wherein the first housing has an exterior surface which defines the aperture and wherein the first optical coupler housing comprises:

a ramp sized to receive the first optical coupler thereon and to support the first optical coupler at an angle between 0 degrees and 90 degrees relative to the exterior surface,

wherein the first optical coupler includes a plurality of flanges disposed about an outer periphery thereof and engaging the ramp.

10. The coupling assembly of claim 9 wherein the first optical coupler housing further defines a cavity having an inlet sized to receive the emitting end of the first optical coupler.

11. The coupling assembly of claim 10 wherein at least one of the plurality of flanges abuts the first optical coupler housing adjacent the inlet to preclude further movement of the first optical coupler into the cavity.

12. The coupling assembly of claim 10 wherein the first optical coupler housing further comprises:

a wall extending about a portion of the inlet, separating the inlet from the image detector.

13. The coupling assembly of claim 12 wherein the first optical coupler housing is formed integrally with the first housing portion.

14. The coupling assembly of claim 1 wherein the source housing has a first end and a second end, and wherein the first end is located proximate the collecting end of the first optical coupler.

15. The coupling assembly of claim 14 wherein the first end of the source housing engages the first optical coupler, securing the first optical coupler in the first optical coupler housing.

16. The coupling assembly of claim 15 wherein the radiation source is electrically coupled to a circuit board and wherein the source housing includes a plurality of locators sized to fit within locator apertures in the circuit board.

17. The coupling assembly of claim 15 wherein the radiation source includes a characteristic keyed exterior shape and wherein the source housing includes an interior surface shaped to receive the characteristic keyed exterior shape of the radiation source.

18. The coupling assembly of claim 1 and further comprising:

a second optical coupler disposed between the aperture in the first housing portion of the computer input device and the image detector.

19. The coupling assembly of claim 18 wherein the second optical coupler includes:

an imaging lens located generally between the aperture in the first housing portion and the image detector, the imaging lens focusing radiation entering through the aperture in the first housing portion on the image detector.

20. The coupling assembly of claim 19 herein the second optical coupler includes:

an imaging lens mounting assembly coupled to the imaging lens.

21. The coupling assembly of claim 20 wherein the imaging lens mounting assembly comprises:

at least one bias member operably coupled to the imaging lens, biasing the imaging lens to a predetermined location relative to the image detector.

22. The coupling assembly of claim 21 wherein the at least one bias member biases the imaging lens toward the image detector.

23. The coupling assembly of claim 21 wherein the imaging lens mounting assembly includes:

a lens mounting area and an extending portion extending generally radially outwardly from the lens mounting area.

24. The coupling assembly of claim 23 wherein the at least one bias member comprises:

a plurality of resilient members coupled to an outer periphery of the extending portion, each resilient member including a projecting foot located to lift the lens mounting assembly in a direction generally toward the image detector.

25. The coupling assembly of claim 23 wherein the extending portion is formed of electrically insulative mate-

US 6,531,692 B1

19

rial and is sized to extend an electrostatic discharge travel path entering through aperture to a desired length.

26. The coupling assembly of claim 23 wherein the imaging lens mounting assembly is injection molded around the imaging lens so the imaging lens is integral with the imaging lens mounting assembly.

27. The coupling assembly of claim 23 wherein the imaging lens mounting assembly includes:

an interface configured to align the imaging lens with the image detector under a bias force exerted by the at least one bias member.

28. The coupling assembly of claim 27 wherein the image detector includes a projecting aperture plate and wherein the interface includes a wall generally defining the lens holding area and shaped to mate with the projecting aperture plate.

29. The coupling assembly of claim 28 wherein the wall generally defining the lens holding area is sized to receive a portion of the projecting aperture plate such that, under the bias force, the interface seeks into alignment with the aperture plate.

30. The coupling assembly of claim 23 wherein the image detector is mounted to a circuit board and wherein the extending portion includes a plurality of projections, spaced from the lens mounting area and projecting toward the circuit board to limit relative movement of the circuit board and the extending portion.

31. The coupling assembly of claim 18 wherein the second optical coupler includes:

an imaging lens adhesively secured to the lower housing portion of the computer input device adjacent the aperture.

32. The coupling assembly of claim 18 wherein the second optical coupler includes:

an imaging lens fixedly secured to the lower housing portion of the computer input device adjacent the aperture by a securing mechanism which precludes electrostatic discharge therethrough.

33. The coupling assembly of claim 18 wherein the imaging lens mounting assembly includes:

a lens receiving cavity adjacent the aperture in the first housing portion, the imaging lens fixedly secured to the first housing portion of the computer input device within the lens receiving cavity by a securing mechanism which precludes electrostatic discharge therethrough.

34. A computer input device comprising:

a first housing portion with an aperture therein;

a radiation source;

an image detector, the radiation source emitting radiation through the aperture and the image detector receiving radiation reflected off of a work surface over which the computer input device is used; and

a coupling assembly comprising a source housing coupled to the radiation source, a first optical coupler, having a longitudinal length and generally defining a substantially linear longitudinal axis, a collection end located proximate the radiation source and an emitting end emitting radiation collected by the collection end to form an illumination pattern on the work surface, the first optical coupler being disposed generally between the source housing and the aperture in the first housing portion, and a first optical coupler housing supporting the first optical coupler to orient the first optical coupler at a predetermined, desired orientation about its longitudinal axis.

20

35. The computer input device of claim 34 wherein the first optical coupler includes: a collection end located proximate the radiation source, collecting radiation emitted by the radiation source; and

an emitting end emitting radiation collected by the collection end to form an illumination pattern on the work surface, the emitting end shaping the illumination pattern into a desired illumination pattern to increase uniformity of radiation on the work surface.

36. A computer input device comprising:

a first housing portion with an aperture therein;

a radiation source;

an image detector, the radiation source emitting radiation through the aperture and the image detector receiving radiation reflected off of a work surface over which the computer input device is used; and

a coupling assembly comprising an elongate optical conductor; the elongate optical conductor having a longitudinal length and generally defining a substantially linear longitudinal axis, wherein the elongate optical conductor is oriented at a predetermined, desired orientation about its longitudinal axis, conducting radiation from the radiation source toward the aperture and being sized to space the radiation source from aperture by an amount sufficient to increase an electrostatic discharge path, measured from the aperture to the radiation source, to a desired length.

37. A coupling assembly in a computer input device having a first housing portion, a radiation source, and an image detector, the radiation source emitting radiation toward a movable surface and the image detector receiving radiation reflected off of the surface, the coupling assembly comprising:

a source housing coupled to the radiation source;

a first optical coupler, having a longitudinal length and generally defining a substantially linear longitudinal axis, a collection end located proximate the radiation source and an emitting end emitting radiation collected by the collection end to form an illumination pattern on the work surface, the first optical coupler being disposed generally between the source housing and the movable surface; and

a first optical coupler housing supporting the first optical coupler therein such that its longitudinal axis is at an angle relative to the work surface between 0 and 90 degrees and supporting the first optical coupler to orient the first optical coupler at a predetermined, desired orientation about its longitudinal axis.

38. The coupling assembly of claim 37 wherein the first optical coupler comprises:

a collection end located proximate the radiation source, collecting radiation emitted by the radiation source.

39. The coupling assembly of claim 38 wherein the first optical coupler comprises:

an emitting end emitting radiation collected by the collection end to form an illumination pattern on the movable surface.

40. The coupling assembly of claim 39 wherein the first optical coupler comprises:

a shaping portion shaping the illumination pattern into a desired illumination pattern.

41. The coupling assembly of claim 40 wherein the computer input device includes a rotatable member and wherein the surface comprises a surface of the rotatable member.

US 6,531,692 B1

21

**42.** The coupling assembly of claim **39** wherein the first optical coupler includes an elongate radiation conducting portion between the collection end and the emitting end.

**43.** The coupling assembly of claim **37** and further comprising:

a second optical coupler disposed between the surface and the image detector.

**44.** The coupling assembly of claim **43** wherein the second optical coupler includes:

an imaging lens located generally between the movable surface and the image detector, the imaging lens focusing radiation reflected from the movable surface on the image detector.

**45.** The coupling assembly of claim **44** wherein the second optical coupler includes:

22

an imaging lens mounting assembly coupled to the imaging lens.

**46.** The coupling assembly of claim **45** wherein the imaging lens mounting assembly comprises:

at least one bias member operably coupled to the imaging lens, biasing the imaging lens to a predetermined location relative to the image detector.

**47.** The coupling assembly of claim **46** wherein the imaging lens mounting assembly includes:

a lens mounting area and an extending portion extending generally radially outwardly from the lens mounting area.

\* \* \* \* \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,531,692 B1                                    Page 1 of 1
DATED           : March 11, 2003
INVENTOR(S)     : Adan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 2,
Lines 36 and 37, delete "-"

Column 4,
Lines 27 and 35, delete "."

Column 7,
Line 9, "96-101" should be in bold print

Column 12,
Line 65, "1.07" should be -- 107 --

Column 15,
Line 50, delete "."

Column 16,
Lines 21 and 34, delete "-"

Column 19,
Line 10, delete "-"

Column 20,
Line 19, ";" should be -- , --

Signed and Sealed this

Third Day of August, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*