1  Ruffin B. Cordell (Admission pro hac vice pending/cordell@fr.com)
   Linda Liu Kordziel (Admission pro hac vice pending/kordziel@fr.com)
2  Timothy W. Riffe (Admission pro hac vice pending/riffe@fr.com)
   FISH & RICHARDSON P.C.
3  1425 K Street, N.W., 11th Floor
   Washington, DC 20005
4  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
5
   Katherine D. Prescott (SBN 215496/prescott@fr.com)
6  Fish & Richardson P.C.
   500 Arguello Street, Suite 500
7  Redwood City, CA 94063
   Telephone: (650) 839-5070
8  Facsimile: (650) 839-5071

9  David E. Killough (SBN 110719/davkill@microsoft.com)
   MICROSOFT CORPORATION
10 One Microsoft Way
   Redmond, WA 98052-6399
11 Telephone: (425) 703-8865
   Facsimile: (425) 869-1327
12
   Attorneys for Plaintiff
13 MICROSOFT CORPORATION

FILED '08 JUL 31 AM 11:39

CV 08 3666 RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAX ELECTRONICS LTD.,<br><br>Defendant. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than the parties themselves, are known by Microsoft (i) to have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) to have a non-financial

1  CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | interest in that subject matter or in a party that could be substantially affected by the outcome of this
2 | proceeding: None.

Dated: July 31, 2008

FISH & RICHARDSON P.C.

Respectfully submitted,

By: *Katherine D. Prescott*
Katherine D. Prescott

Attorneys for Plaintiff,
MICROSOFT CORPORATION

2  CERTIFICATION OF INTERESTED ENTITIES OR PERSONS