UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*RS*

MICROSOFT CORPORATION,

                     Plaintiff,

          v.

PRIMAX ELECTRONICS LTD.,

                     Defendant.

CV**08**        **3666**

[PROPOSED] ORDER GRANTING
APPLICATION OF TIMOTHY W. RIFFE
FOR ADMISSION *PRO HAC VICE*

Timothy W. Riffe, an active member in good standing of the bar of the District of Columbia,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing plaintiff Microsoft Corporation.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application shall

PROPOSED ORDER GRANTING APPLICATION OF
TIMOTHY W. RIFFE FOR ADMISSION PRO HAC
VICE

1  constitute notice to the party.  All future filings in this action are subject to the requirements

2  contained in General Order No. 45, *Electronic Case Filing.*

3  Dated: _____

4

5
_____
6                                                        United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF TIMOTHY W. RIFFE FOR
*ADMISSION PRO HAC VICE*