Katherine D. Prescott (SBN 215496/prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

David E. Killough (SBN 110719/davkill@microsoft.com)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 703-8865
Facsimile: (425) 869-1327

Attorneys for Plaintiff
MICROSOFT CORPORATION

FILED
08 JUL 31 AM 11: 40
HARO W. WIEKING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3666 RS

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAX ELECTRONICS LTD.,<br><br>Defendant. | Case No.<br><br>**APPLICATION OF LINDA LIU KORDZIEL FOR ADMISSION PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Linda Liu Kordziel, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Microsoft Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

1    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Katherine D. Prescott (SBN 215496/prescott@fr.com)
> FISH & RICHARDSON, P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA 94063
> Telephone: (650) 839-5070
> Facsimile: (650) 839-5071

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2008

FISH & RICHARDSON P.C.

By: _____
    Linda Liu Kordziel

Attorneys for Plaintiff
MICROSOFT CORPORATION

2

APPLICATION OF LINDA L. KORDZIEL FOR
ADMISSION PRO HAC VICE