1  Katherine D. Prescott (SBN 215496/prescott@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   David E. Killough (SBN 110719/davkill@microsoft.com)
5  MICROSOFT CORPORATION
   One Microsoft Way
6  Redmond, WA 98052-6399
   Telephone: (425) 703-8865
7  Facsimile: (425) 869-1327

8  Attorneys for Plaintiff
   MICROSOFT CORPORATION
9

**FILED**
08 JUL 31 AM 11:40
RICHARD W. WIEKING
U.S. DISTRICT COURT

RS
CV 08 3666

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICROSOFT CORPORATION, | Case No. |
|---|---|
| Plaintiff, | **APPLICATION OF RUFFIN B. CORDELL FOR ADMISSION PRO HAC VICE** |
| v. | |
| PRIMAX ELECTRONICS LTD., | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Ruffin B. Cordell, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Microsoft Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Katherine D. Prescott (SBN 215496/prescott@fr.com)
> FISH & RICHARDSON, P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA 94063
> Telephone: (650) 839-5070
> Facsimile: (650) 839-5071

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2008      FISH & RICHARDSON P.C.

By: _____
  Ruffin B. Cordell

Attorneys for Plaintiff
MICROSOFT CORPORATION