1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*RS*

12  | MICROSOFT CORPORATION,

*C*V No. **08**     **3666**

13  |             Plaintiff,

14  |     v.

**[PROPOSED] ORDER GRANTING
APPLICATION OF RUFFIN B. CORDELL
FOR ADMISSION *PRO HAC VICE***

15  | PRIMAX ELECTRONICS LTD.,

16  |             Defendant.

17

18

19

20

21

22  |     Ruffin B. Cordell, an active member in good standing of the bar of the District of Columbia,

23  | having applied in the above-entitled action for admission to practice in the Northern District of

24  | California on a *pro hac vice* basis, representing plaintiff Microsoft Corporation.

25  |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

26  | conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

27  | *vice*. Service of papers upon and communication with co-counsel designated in the application shall

28

1

PROPOSED ORDER GRANTING APPLICATION OF
RUFFIN B. CORDELL FOR ADMISSION PRO HAC
VICE

1    constitute notice to the party.  All future filings in this action are subject to the requirements

2    contained in General Order No. 45, *Electronic Case Filing.*

3    Dated: _____

4

5

6                                                    _____

7                                                    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF TIMOTHY W. RIFFE FOR
ADMISSION PRO HAC VICE