*E-FILED 8/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

    Plaintiff,

v.

PRIMAX ELECTRONICS LTD.,

    Defendant.

Case No. CV 08 3666 RS

[PROPOSED] ORDER GRANTING APPLICATION OF TIMOTHY W. RIFFE FOR ADMISSION *PRO HAC VICE*

    Timothy W. Riffe, an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Microsoft Corporation.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall

1 | constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.
3 | Dated: August 5, 2008

_____
United States District Court Judge