*E-FILED 8/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMAX ELECTRONICS LTD.,<br><br>Defendant. | Case No. CV 08 3666 RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF LINDA LIU KORDZIEL FOR ADMISSION *PRO HAC VICE* |

Linda Liu Kordziel, an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Microsoft Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3  Dated:    August 5, 2008

_____
United States District Court Judge