*E-FILED 8/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PRIMAX ELECTRONICS LTD.,<br><br>  Defendant. | Case No. **CV 08 3666 RS**<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF RUFFIN B. CORDELL FOR ADMISSION *PRO HAC VICE* |

Ruffin B. Cordell, an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Microsoft Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall

1  constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 5, 2008

*[signature]*
United States District Court Judge